B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wiser Construction, LLC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0296763** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1501 State Highway 168**<br>**Moapa, NV**<br>ZIP Code **89025** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 106**<br>**Moapa, NV**<br>ZIP Code **89025** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wiser Construction, LLC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                      Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Wiser Construction, LLC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Charles T. Wright NV**
Signature of Attorney for Debtor(s)

**Charles T. Wright NV No.10285**
Printed Name of Attorney for Debtor(s)

**Piet & Wright**
Firm Name

**3130 S. Rainbow Blvd., Suite 304**
**Las Vegas, NV 89146**

_____
Address

**d@pietwright.com, tiffany@pietwright.com, veronica@pietwright.com**
  **(702) 566-1212  Fax: (702) 566-4833**
Telephone Number

**July 19, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Adam R. Lewis**
Signature of Authorized Individual

**Adam R. Lewis**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**July 19, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Wiser Construction, LLC.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Afco Steel**<br>**P.O. Box 231**<br>**Little Rock, AR 72203** | **Afco Steel**<br>**P.O. Box 231**<br>**Little Rock, AR 72203** | **Business Debt** | | **730,475.10** |
| **Aggregate Industries - SWR, Inc.**<br>**Aggregate Industries - Western**<br>**Dept. 2471 P.O. Box 122471**<br>**Dallas, TX 75312** | **Aggregate Industries - SWR, Inc.**<br>**Aggregate Industries - Western**<br>**Dept. 2471 P.O. Box 122471**<br>**Dallas, TX 75312** | **Business Debt** | | **2,452,630.55** |
| **Ahern Rentals, Inc.**<br>**Attn: Jodi EXT 86632**<br>**P.O. Box 271390**<br>**Las Vegas, NV 89127** | **Ahern Rentals, Inc.**<br>**Attn: Jodi EXT 86632**<br>**P.O. Box 271390**<br>**Las Vegas, NV 89127** | **Business Debt** | | **99,860.14** |
| **Angle Concrete, LLC**<br>**4525 South Sandhill Road, Suite 111**<br>**Las Vegas, NV 89121** | **Angle Concrete, LLC**<br>**4525 South Sandhill Road, Suite 111**<br>**Las Vegas, NV 89121** | **Business Debt** | | **61,964.37** |
| **California Portland Cement**<br>**2025 East Financial Way**<br>**Glendora, CA 91741** | **California Portland Cement**<br>**2025 East Financial Way**<br>**Glendora, CA 91741** | **Business Debt** | | **115,243.39** |
| **Cemex**<br>**Attn: Heather**<br>**P.O. Box 100497**<br>**Pasadena, CA 91189** | **Cemex**<br>**Attn: Heather**<br>**P.O. Box 100497**<br>**Pasadena, CA 91189** | **Business Debt** | | **87,193.54** |
| **CMC Fontana Steel/Rebar**<br>**4265 West Tompkins Avenue**<br>**Las Vegas, NV 89103** | **CMC Fontana Steel/Rebar**<br>**4265 West Tompkins Avenue**<br>**Las Vegas, NV 89103** | **Business Debt** | | **80,479.94** |
| **Harber Company Inc.**<br>**3764 Civic Center Drive**<br>**North Las Vegas, NV 89030** | **Harber Company Inc.**<br>**3764 Civic Center Drive**<br>**North Las Vegas, NV 89030** | **Business Debt** | | **174,847.53** |
| **HD Supply Waterworks**<br>**File #: 56214**<br>**Los Angeles, CA 90074** | **HD Supply Waterworks**<br>**File #: 56214**<br>**Los Angeles, CA 90074** | **Business Debt** | | **152,737.17** |
| **Heldenfels Enterprises, Inc.**<br>**5700 South IH-35**<br>**San Marcos, TX 78666** | **Heldenfels Enterprises, Inc.**<br>**5700 South IH-35**<br>**San Marcos, TX 78666** | **Business Debt** | | **95,012.61** |

B4 (Official Form 4) (12/07) - Cont.

In re **Wiser Construction, LLC.**                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Highway Technologies Corp.<br>P.O. Box 33946<br>Chicago, IL 60694 | Highway Technologies Corp.<br>P.O. Box 33946<br>Chicago, IL 60694 | Business Debt | | 56,667.57 |
| Insituform Technologies<br>6320 McLeod Drive, Suite 1<br>Las Vegas, NV 89120 | Insituform Technologies<br>6320 McLeod Drive, Suite 1<br>Las Vegas, NV 89120 | Business Debt | | 62,295.50 |
| McKinney Drilling Company<br>1130 Annapolis Road, Suite 103<br>Odenton, MD 21113 | McKinney Drilling Company<br>1130 Annapolis Road, Suite 103<br>Odenton, MD 21113 | Business Debt | | 59,209.25 |
| Patriot Contractors, LLC<br>7770 W. Spring Mountain Road<br>Las Vegas, NV 89117 | Patriot Contractors, LLC<br>7770 W. Spring Mountain Road<br>Las Vegas, NV 89117 | Business Debt | | 364,093.03 |
| Prime Contracting LLC<br>500 North Estrella Pkwy, Ste. B2-606<br>Goodyear, AZ 85338 | Prime Contracting LLC<br>500 North Estrella Pkwy, Ste. B2-606<br>Goodyear, AZ 85338 | Business Debt | | 284,055.65 |
| Sequoia Electric Underground<br>5960 North Park Street<br>Las Vegas, NV 89149 | Sequoia Electric Underground<br>5960 North Park Street<br>Las Vegas, NV 89149 | Business Debt | | 270,524.85 |
| Severn Trent Services Inc.<br>P.O. Box 7777<br>Philadelphia, PA 19175 | Severn Trent Services Inc.<br>P.O. Box 7777<br>Philadelphia, PA 19175 | Business Debt | | 118,587.18 |
| Trench Plate Rental Corp.<br>13217 Laureldale Avenue<br>Downey, CA 90242 | Trench Plate Rental Corp.<br>13217 Laureldale Avenue<br>Downey, CA 90242 | Business Debt | | 66,009.82 |
| United Rentals<br>File 51122<br>450 Glass Lane Suite C<br>Los Angeles, CA 90074 | United Rentals<br>File 51122<br>450 Glass Lane Suite C<br>Los Angeles, CA 90074 | Business Debt | | 105,041.83 |
| Wells Fargo Bank (Line of Credit)<br>P.O. Box 30427<br>Los Angeles, CA 90030 | Wells Fargo Bank (Line of Credit)<br>P.O. Box 30427<br>Los Angeles, CA 90030 | Business Debt | | 120,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Wiser Construction, LLC.** _____  Case No. _____

  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 19, 2011** _____

Signature  **/s/ Adam R. Lewis** _____

**Adam R. Lewis**
**Managing Member**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re   **Wiser Construction, LLC.**
_____,   Case No. _____
Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 6,003,247.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 48,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 181 | | 6,375,798.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 189 | | | |
| Total Assets | | | 6,003,247.00 | | |
| Total Liabilities | | | | 6,423,798.99 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Wiser Construction, LLC.**                      Case No. _____

                                     Debtor         Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Wiser Construction, LLC.**                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account Wells Fargo Bank** | - | **100,000.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **100,000.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wiser Construction, LLC.** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Contract Receivables** | - | **4,553,247.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Various claims against owners, subcontractors and suppliers** | - | **1,300,000.00** |

Sub-Total >    **5,853,247.00**
(Total of this page)

Sheet __1__ of __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **John Deer Excavator** **Vehicle is secured for $48,000 by lender.** | - | 48,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Basic office equipment, furnishing and supplies** | - | 2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 50,000.00 |
| (Total of this page) | |
| Total > | 6,003,247.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Wiser Construction, LLC.**                       Case No. _____

                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxx7846**<br><br>John Deer Credit<br>P.O. Box 4450<br>Carol Stream, IL 60197 | | - | | | **2011**<br><br>**Automobile Loan**<br><br>**John Deer Excavator**<br><br>Value $       **48,000.00** | | | | **48,000.00** | **0.00** |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |

**0**   continuation sheets attached

|  | Subtotal<br>(Total of this page) | **48,000.00** | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **48,000.00** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Wiser Construction, LLC.**                                              Case No. _____

                                                                  ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>        0        </u>  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Wiser Construction, LLC.**                                    Case No. _____
                                                                    ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**21st Image** <br>**1616 Burt Street** <br>**Omaha, NE 68102** | - | | **2011** <br>**Business Debt** | | | | 0.00 |
| Account No. <br><br>**24/7 Express Gas Station** <br>**785 West Craig Road** <br>**North Las Vegas, NV 89032** | - | | **2011** <br>**Business Debt** | | | | 0.00 |
| Account No. **0014** <br><br>**3B Engineering, LLC** <br>**Raymond E. Brannen/PEPresident** <br>**4150 West Pioneer Avenue** <br>**Las Vegas, NV 89102** | - | | **2011** <br>**Business Debt** | | | | 13,484.37 |
| Account No. <br><br>**A - John Portable Toilet Rentals** <br>**Attn: Olga Campa** <br>**P.O. Box 1852** <br>**Blanco, TX 78606** | - | | **2011** <br>**Business Debt** | | | | 0.00 |

__180__ continuation sheets attached

Subtotal
(Total of this page)                                                    13,484.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **2011** **Business Debt** | | | | |
| **A Company, Inc. - LV** **P.O. Box 5702** **Boise, ID 83705** | - | | | | | | | 0.00 |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **A Construction & Autoglass, Inc.** **9745 Grand Teton Drive, #3086** **Las Vegas, NV 89166** | - | | | | | | | 0.00 |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **A&R Demolition** **Attn: Steve Copus** **13201 FM 812** **Del Valle, TX 78617** | - | | | | | | | 0.00 |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **A-1 Concrete Cutting & Demo** **Universal Consulting Corp.** **6470 Procyon, Suite A** **Las Vegas, NV 89118** | - | | | | | | | 0.00 |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **A-1 Lock & Key** **1005 East Main** **Uvalde, TX 78801** | - | | | | | | | 0.00 |

Sheet no. __1__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**
_____ ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  | - | | | 2011 Business Debt | | | | |
| A-1 Office Machine, Inc. 1215 South Commerce Street Las Vegas, NV 89102 | | | | | | | | 0.00 |
| Account No.  | - | | | 2011 Business Debt | | | | |
| A-Core, Inc. Attn: Angie/Liliana 1480 South Sandhill, Suite A Washington, UT 84780 | | | | | | | | 0.00 |
| Account No.  | - | | | 2011 Business Debt | | | | |
| Aaron Lewis 6144 Villa de Picasso Avenue Las Vegas, NV 89131 | | | | | | | | 0.00 |
| Account No.  | - | | | 2011 Business Debt | | | | |
| Aaron Plumbing, Co. 158 "G" Street South Kerrville, TX 78028 | | | | | | | | 0.00 |
| Account No.  | - | | | 2011 Business Debt | | | | |
| ABC Angel 5070 Arville Street, Suite 4 Las Vegas, NV 89118 | | | | | | | | 0.00 |

Sheet no. __2__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.**                                              , Case No. _____
                                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2011** **Business Debt** | | | | |
| **Able Concrete Pumping** **Attn: Tammy** **1483 Ringe Lane** **Las Vegas, NV 89110** | - | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **AC Houston Lumber Company** **2912 East La Madre Way** **North Las Vegas, NV 89033** | - | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Access Technologies Corp.** **Attn: Controller Melissa Dunn** **241 Sunpac Avenue** **Henderson, NV 89011** | - | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Ace Fencing Company** **Attn: Jamie Snell** **631 North Stephanie, Suite 245** **Henderson, NV 89014** | - | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Ace Fire Equipment** **2620 Western Avenue** **Las Vegas, NV 89146** | - | | | | | | 0.00 |

Sheet no. __3__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0581**<br><br>**Ace Fire Systems, Inc.**<br>**2620 Western Avenue**<br>**Las Vegas, NV 89109** | - | | **2011**<br>**Business Debt** | | | | 304.03 |
| Account No.<br><br>**Ace Hardware**<br>**3320 East Flamingo Road, Suite 41**<br>**Las Vegas, NV 89145** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**ACT Pipe & Supply**<br>**6950 West Sam Houston Pkwy North**<br>**Houston, TX 77041** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Adam Lewis**<br>**P.O. Box 428**<br>**Moapa, NV 89025** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0002**<br><br>**Adam Lewis (dba Adam Lewis Gradig)**<br>**P.O. Box 428**<br>**Moapa, NV 89025** | - | | **2011**<br>**Business Debt** | | | | 17,470.55 |

Sheet no.  **4**  of  **180**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    17,774.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 2011 Business Debt | | | | |
| Adan Ballesteros (Jaime) 603 Campfire Trail Pflugerville, TX 78660 | | | | | | | | 0.00 |
| Account No. | | - | | 2011 Business Debt | | | | |
| ADB Bank P.O. Box 1750 Cedar City, UT 84721 | | | | | | | | 0.00 |
| Account No. | | - | | 2011 Business Debt | | | | |
| ADS Environmental 3320 Sunrise Sve., Suite 102 Las Vegas, NV 89101 | | | | | | | | 0.00 |
| Account No. 1039 | | - | | 2011 Business Debt | | | | |
| Advanced Mobile Tire, Inc. Advanced Tire & Wheel 5010 Hwy 95 Fort Mohave, AZ 86426 | | | | | | | | 195.00 |
| Account No. 0748 | | - | | 2011 Business Debt | | | | |
| Afco Steel P.O. Box 231 Little Rock, AR 72203 | | | | | | | | 730,475.10 |

Sheet no. __5__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    730,670.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **AFLAC** <br> **Worldwide Headquarters** <br> **1932 Wynnton Road** <br> **Columbus, GA 31999** | - | | | 2011 <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **AG. Equipment, Inc.** <br> **4420 East Main** <br> **Uvalde, TX 78801** | - | | | 2011 <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Agco Finance, LLC** <br> **P.O. Box 9263** <br> **Des Moines, IA 50306** | - | | | 2011 <br> **Business Debt** | | | | 0.00 |
| Account No. **0747** <br><br> **AGCS Marine Ins. Company** <br> **Allianz Global Corp. & Special** <br> **P.O. Box 0522** <br> **Carol Stream, IL 60132** | - | | | 2011 <br> **Business Debt** | | | | 1,450.45 |
| Account No. **0563** <br><br> **Aggregate Industries - SWR, Inc.** <br> **Aggregate Industries - Western** <br> **Dept. 2471 P.O. Box 122471** <br> **Dallas, TX 75312** | - | | | 2011 <br> **Business Debt** | | | | 2,452,630.55 |

Sheet no.  __6__  of  __180__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,454,081.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                        ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Aggregate Industries - SWR, Inc.** <br> **Attn: Jean Mumpower** <br> **3101 East Craig Road** <br> **North Las Vegas, NV 89030** | - | | 2011 <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Agri Systems / Systems West** <br> **24054 South Mn. Hwy 22** <br> **Litchfield, MN 55355** | - | | 2011 <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Agustin Reyes** <br> **5117 Zoroaster** <br> **Las Vegas, NV 89148** | - | | 2011 <br> **Business Debt** | | | | 0.00 |
| Account No. **0008** <br><br> **Ahern Rentals, Inc.** <br> **Attn: Jodi EXT 86632** <br> **P.O. Box 271390** <br> **Las Vegas, NV 89127** | - | | 2011 <br> **Business Debt** | | | | 99,860.14 |
| Account No. <br><br> **AICCO, Inc.** <br> **P.O. Box 200455** <br> **Dallas, TX 75320** | - | | 2011 <br> **Business Debt** | | | | 0.00 |

Sheet no. __7__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    99,860.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Air Gas NCN** <br> **Attn: Dody** <br> **P.O. Box 7425** <br> **Pasadena, CA 91109** | - | | 2011 <br> **Business Debt** | | | | 0.00 |
| Account No. **0582** <br><br> **AirGas West** <br> **P.O. Box 7423** <br> **Pasadena, CA 91109** | - | | 2011 <br> **Business Debt** | | | | 158.95 |
| Account No. <br><br> **Al Park Petroleum, Inc.** <br> **P.O. Box 1600** <br> **Elko, NV 89803** | - | | 2011 <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Alberto Luna** <br> **503 Rock Rose Circle** <br> **Kyle, TX 78640** | - | | 2011 <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Albertson's** <br> **Attn: Customer Service** <br> **157 South Howard Street** <br> **Spokane, WA 99201** | - | | 2011 <br> **Business Debt** | | | | 0.00 |

Sheet no. __**8**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          158.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**
_____,    Case No. _____
                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| All American Flagging P.O. Box 26011 Las Vegas, NV 89126 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Allegiance Premium Finance, Co. P.O. Box 26011 Las Vegas, NV 89126 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Allegra Print & Imaging 5301 Longley Lane, Suite 47 Reno, NV 89511 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Allen Drilling, Inc. 4015 West Tompkins Avenue Las Vegas, NV 89103 | - | | | | | | | | 0.00 |
| Account No. **1003** | | | | | 2011 Business Debt | | | | |
| Allen Keller Company P.O. Box 393 Fredericksburg, TX 78624 | - | | | | | | | | 3,470.60 |

Sheet no. __9___ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,470.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.** ,                    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Allen Plumbing & Supply, Co. 2005 South Hwy 83 Crystal City, TX 78839 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Alliance Landscaping 240 Elliot Road Henderson, NV 89011 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Alliante Station Casino & Hotel 7300 Alliante Parkway North Las Vegas, NV 89084 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Allied Insurance PCRO Commercial Underwriting 1100 Locust Street Des Moines, IA 50391 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Allied Trench Shoring Service P.O. Box 4180 Fullerton, CA 92834 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __10__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                                    , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0609** <br><br> **Alternative Office Systems** <br> **Attn: Ben Behun/Michelle** <br> **3930 West Ali Baba Lane** <br> **Las Vegas, NV 89118** | - | | | **2011** <br> **Business Debt** | | | | 1,177.81 |
| Account No. **0700** <br><br> **Aluma Systems** <br> **Bank of America C/O Aluma** <br> **91473 Collections Centers Drive** <br> **Chicago, IL 60693** | - | | | **2011** <br> **Business Debt** | | | | 215.00 |
| Account No. <br><br> **Ameri-Fab NV LLC** <br> **P.O. Box 87298** <br> **Phoenix, AZ 85080** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **American Asphalt & Grading** <br> **Attn: Nikki Howie** <br> **3624 Goldfish Street** <br> **North Las Vegas, NV 89032** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **American Asphalt & Grading** <br> **Attn: Jill Vickery** <br> **3624 Goldfish Street** <br> **North Las Vegas, NV 89032** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __11__ of __180__ sheets attached to Schedule of                                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)                  1,392.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                                ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2011 Business Debt | | | | |
| American Express P.O. Box 0001 Los Angeles, CA 90096 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| American Fence Company, Inc. Attn: Cindy/Sherrie 4230 Losee Road North Las Vegas, NV 89030 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| American General Life Co. Payment Processing Center P.O. Box 0798 Carol Stream, IL 60132 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| American Insurance Companies Chase Manhattan Bank, #4 Chase Metrotech Center Brooklyn, NY 11245 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| American Pavement Preservation 4725 East Cartier Avenue Las Vegas, NV 89115 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __12__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0454** <br><br> **American Piping Services, Inc.** <br> **Attn: Rachel** <br> **6625 South Valley View Blvd., #200** <br> **Las Vegas, NV 89118** | - | | | | **2011** <br> **Business Debt** | | | | **163.00** |
| Account No. <br><br> **Amerigas** <br> **3434 Kier Road, Suite 3** <br> **North Las Vegas, NV 89030** | - | | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Ameritex Pipe & Products** <br> **P.O. Box 150** <br> **Seguin, TX 78156** | - | | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Anastacio Galicia** <br> **1117 West Adans Avenue** <br> **Las Vegas, NV 89106** | - | | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Anderson Drilling** <br> **Attn: Ann/Cai** <br> **6115 Boulder Hwy.** <br> **Las Vegas, NV 89122** | - | | | | **2011** <br> **Business Debt** | | | | **0.00** |

Sheet no. __**13**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **163.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
                                 **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Anderson Heritage Electric**<br>**350 Falcon Ridge Parkway**<br>**Building 700, Suite 103**<br>**Mesquite, NV 89027** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0010** <br><br>**Angle Concrete, LLC**<br>**4525 South Sandhill Road, Suite 111**<br>**Las Vegas, NV 89121** | - | | | **2011**<br>**Business Debt** | | | | 61,964.37 |
| Account No. <br><br>**Anthony Sampson**<br>**11407 Antler Bend Road**<br>**Austin, TX 78737** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. <br><br>**Any Lab Test Now**<br>**5523 Balcones Drive, Suite B**<br>**Austin, TX 78731** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0310** <br><br>**AON Risk Insurance Services**<br>**Attn: Phillip Arzu**<br>**Department 9832**<br>**Los Angeles, CA 90084** | - | | | **2011**<br>**Business Debt** | | | | 13,107.00 |

Sheet no. __14__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    75,071.37

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0013** <br><br> **Apco Construction** <br>**3840 North Commerce Street** <br>**North Las Vegas, NV 89032** | - | | | | **2011** <br>**Business Debt** | | | | 6,146.95 |
| Account No. **0297** <br><br> **Apco Equipment** <br>**Attn: Jill** <br>**3432 North 5th Street** <br>**North Las Vegas, NV 89032** | - | | | | **2011** <br>**Business Debt** | | | | 486.45 |
| Account No. <br><br> **Apple Masonry, Inc.** <br>**Attn: Austin Apple/Tamera** <br>**4547 North Rancho Drive, #D** <br>**Las Vegas, NV 89130** | - | | | | **2011** <br>**Business Debt** | | | | 0.00 |
| Account No. <br><br> **APS** <br>**P.O. Box 2906** <br>**Phoenix, AZ 85062** | - | | | | **2011** <br>**Business Debt** | | | | 0.00 |
| Account No. <br><br> **ARC Mercury LDO/Reprographics** <br>**Attn: Elizabeth** <br>**3325 Pepper Lane** <br>**Las Vegas, NV 89120** | - | | | | **2011** <br>**Business Debt** | | | | 0.00 |

Sheet no. __**15**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,633.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Architectural Precast, Inc. 4630 East Ann Road Las Vegas, NV 89115 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Arco AM/PM 7212 South Jones Blvd. Las Vegas, NV 89139 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Aricon 3 Inc. 2747 North 83nd Street Mesa, AZ 85207 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Aron Woloch 1712 Ross Port Bend Leander, TX 78641 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Artisan Construction, LLC Attn: Nick P.O. Box 33434 Las Vegas, NV 89133 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __16__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Artisan Spatial Technology**<br>**Attn: Nick**<br>**P.O. Box 33434**<br>**Las Vegas, NV 89133** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. <br><br>**Arturo Gomez-Torres**<br>**3300 Terra Bella Drive**<br>**Las Vegas, NV 89108** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. <br><br>**Ash Grove Cement Co.**<br>**Attn: Martha**<br>**P.O. Box 4100-59**<br>**Portland, OR 97208** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **1037**<br><br>**Ashlan Concrete Cutting**<br>**2632 Abels Lane**<br>**Las Vegas, NV 89115** | - | | | **2011**<br>**Business Debt** | | | | 13,162.50 |
| Account No. <br><br>**Aspen Publishers Inc.**<br>**4829 Innovation Way**<br>**Chicago, IL 60682** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __17__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **13,162.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Associated Biders & Contrs. Las Vegas Chapter 5070 Arville Street, Suite 4 Las Vegas, NV 89118 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Associated General Contractors Attn: Jayna McAdam 150 North Durango Drive, Suite 100 Las Vegas, NV 89145 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Assurance, LTD Attn: Vicki 5740 South Arville Suite 204 Las Vegas, NV 89118 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| AT&T P.O. Box 5001 Carol Stream, IL 60197 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| AT&T Mobility P.O. Box 650574 Dallas, TX 75265 | - | | | | | | | 0.00 |

Sheet no. __18__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Atlas Construction Supply, Inc. Attn: Dave Reynolds 4840 West Hacienda Avenue Las Vegas, NV 89118 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| ATSSA Attn: Jena 15 Riverside Pkwy, Suite 100 Fredericksburg, VA 22406 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Aurelio Moreno 3405 San Juan Drive Las Vegas, NV 89108 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Austin American-Statesman P.O. Box 1231 San Antonio, TX 78294 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Austin Energy Attn: Dorothy Keily 4411-B Meinardus Drive Austin, TX 78744 | - | | | | | | | 0.00 |

Sheet no. __19__ of __180__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**
_____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Austin Traffic Signal, LLP Attn: Collette Phillips P.O. Box 130 Round Rock, TX 78680 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Automation Direct 3505 Hutchingson Road Cumming, GA 30040 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| AutoZone 123 South Front Street Memphis, TN 38103 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Avar Construction Systems, Inc. 47375 Fremont Blvd. Fremont, CA 94538 | - | | | | | | | 0.00 |
| Account No. **0630** | | | | 2011 Business Debt | | | | |
| B & H Construction Attn: Ray Hoffman 240 East Horizon Drive, Suite A Henderson, NV 89015 | - | | | | | | | 43,341.67 |

Sheet no. __20__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **43,341.67**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| B and H Radiator 1400 Foremaster Lane Las Vegas, NV 89101 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Baker & Hostetler, LLP Attn: Jim Nye 1000 Louisiana, Suite 2000 Houston, TX 77002 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Bank of America P.O. Box 15726 Wilmington, DE 19886 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Bank of the West P.O. Box 4002 Concord, CA 94524 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Barajas & Associates, Inc. 7373 Peak Drive, Suite 170 Las Vegas, NV 89128 | - | | | | | | | 0.00 |

Sheet no. __21__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Baseline Manufacturing Company Attn: Ray Buckner P.O. Box 1776 New Waverly, TX 77358 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| BCHWP&T Benesystems Attn: Betty 9089 East Bahia, Suite 100 Scottsdale, AZ 85260 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Bear Marketing 5850 Stoneleigh Drive Suwanee, GA 30024 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Bear.Com Wireless Worldwide Attn: Roberto Garcia 4009 Distribution Drive, Bldg. 200 Garland, TX 75041 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Bearing Belt & Chain Co., Inc. 3501 Aldebaran Street Las Vegas, NV 89114 | - | | | | | | | | 0.00 |

Sheet no. __22__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                                  ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Ben D. Medrano 1630 Wells Branch Pkwy., Apt. 1011 Austin, TX 78729 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Ben Learned P.O. Box 327 Moapa, NV 89025 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Benchmark Consulting Services 5443 South Durango Drive Las Vegas, NV 89113 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Beneco 9089 East Bahia Drive, Suite 100 Scottsdale, AZ 85260 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Benesystems Attn: M. Chavez 9089 East Bahia Drive, Suite 100 Scottsdale, AZ 85260 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __23__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**
                                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Best Buy/HSBC**<br>**P.O. Box 15524**<br>**Wilmington, DE 19850** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Bethany Pearson**<br>**P.O. Box 440**<br>**Panaca, NV 89042** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Bid Depository, Inc.**<br>**810 South Durango Road, Suite 103**<br>**Las Vegas, NV 89145** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Big "O" Tires**<br>**1301 E. Highway 372**<br>**Pahrump, NV 89048** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Big Bend Water District**<br>**1520 Thomas Edison Drive**<br>**Laughlin, NV 89029** | - | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __24__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2011** **Business Debt** | | | | |
| **Bill Stickell Transport** **1022 Nevada Why, #37** **Boulder City, NV 89005** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Blaine Equipment, Inc.** **Attn: Tanya/Kathy** **P.O. Box 15125** **Las Vegas, NV 89114** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Blu Hyde** **P.O. Box 784** **Moapa, NV 89025** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Blue Iron, Inc.** **P.O. Box 736** **West Sacramento, CA 95691** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Blue Ox** **Attn: Leroy** **P.O. Box 840513** **Hildale, UT 84784** | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. __25__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.** _____,  Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Blue Point Materials**<br>**P.O. Box 625**<br>**Overton, NV 89040** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0938**<br><br>**BMP Specialists, LLC**<br>**P.O. Box 296**<br>**Cedar Park, TX 78630** | - | | | | **2011**<br>**Business Debt** | | | | 600.00 |
| Account No. **0318**<br><br>**Border Const. Specialties**<br>**Attn: Brenda**<br>**P.O. Box 5836**<br>**Phoenix, AZ 85010** | - | | | | **2011**<br>**Business Debt** | | | | 3,850.82 |
| Account No.<br><br>**Bowen Collins & Associates**<br>**756 East 12200 South**<br>**Draper, UT 84020** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Boy Scouts of America**<br>**7220 Paradise Road**<br>**Las Vegas, NV 89119** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __**26**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,450.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No.<br><br>**Boyce, Inc.**<br>**Attn: Tim**<br>**P.O. Box 547**<br>**Logandale, NV 89021** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Brad Risinger, DDS, MSD**<br>**1046 Garner Field Road**<br>**Uvalde, TX 78801** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Brenner & Associates, Inc.**<br>**3014 West Charleston Blvd., #100**<br>**Las Vegas, NV 89102** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Brennon Holm**<br>**924 Desert Oak Court, Unit A**<br>**Las Vegas, NV 89145** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Brent Holm**<br>**835 Colony Circle**<br>**Washington, UT 84780** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __27__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Brian Bohn** <br> **8515 West Rosada Way** <br> **Las Vegas, NV 89149** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Brian Lane** <br> **3955 Crystal Trip** <br> **Las Vegas, NV 89129** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Brimont Construction, Inc.** <br> **Attn: Monty Bledsoe** <br> **P.O. Box 1142** <br> **Overton, NV 89040** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Bruce G. Perkins** <br> **P.O. Box 153** <br> **Overton, NV 89040** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. **0584** <br><br> **Bruin Painting Corporation** <br> **Attn: James Willhite** <br> **6 Sunset Way, Suite 106** <br> **Henderson, NV 89014** | - | | | **2011** <br> **Business Debt** | | | | **2,999.70** |

Sheet no. __28__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)          **2,999.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2011 Business Debt | | | | |
| **Brundage Electric, Inc.** **Attn: Leah Barker** **12226 Wigwam Parkway** **Henderson, NV 89074** | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Bullhead Lock and Safe** **1355 Ramar  Road., Suite 8** **Bullhead City, AZ 86442** | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Business Suites Barton Springs** **901 MoPac Expressway South** **Plaza One, Suite 300** **Austin, TX 78746** | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Business Vehicle Finance** **P.O. Box 9001888** **Louisville, KY 40290** | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **C & C Metals** **Attn: Jim Galbraith** **2523 Northline Road** **Conroe, TX 77384** | - | | | | | | | 0.00 |

Sheet no. __29__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Wiser Construction, LLC._____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **0709**<br><br>**Cactus Rose Construction, Inc.**<br>**1923 East 5th Street**<br>**Tempe, AZ 85281** | - | | | **2011**<br>**Business Debt** | | | | **350.10** |
| Account No.<br><br>**California Landscape & Design**<br>**273 North Benson**<br>**Upland, CA 91786** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No. **0525**<br><br>**California Portland Cement**<br>**2025 East Financial Way**<br>**Glendora, CA 91741** | - | | | **2011**<br>**Business Debt** | | | | **115,243.39** |
| Account No.<br><br>**California State Distribution**<br>**Attn: Stephanie M. Campobasso Unit**<br>**P.O. Box 989067**<br>**West Sacramento, CA 95798** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**CalPly**<br>**8535 East Florence Avenue, Suite 100**<br>**Downey, CA 90240** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __30__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**115,593.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| CalPortland Company Attn: Cindy Dept. No. 7409 Los Angeles, CA 90084 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Calvin Jessop 1552 Wagonmaster Road Washington, UT 84780 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Cameron Dynes 1755 Dyarte Drive Henderson, NV 89014 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Cananwill, Inc. Department 7200 Los Angeles, CA 90088 | - | | | | | | | | 0.00 |
| Account No. 0888 | | | | | 2011 Business Debt | | | | |
| Capital Pumping, LP 3636 Executive Center Drive, Suite 201 Austin, TX 78731 | - | | | | | | | | 415.36 |

Sheet no. __31__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            415.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**             Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Caprenos, Inc. <br> 4345 Murphy Canyon Road, Suite 200 <br> San Diego, CA 92123 | - | | | 2011 <br> Business Debt | | | | 0.00 |
| Account No. 0732 <br><br> Carpets N More <br> 7260 Dean Martin Drive, Suite 100 <br> Las Vegas, NV 89118 | - | | | 2011 <br> Business Debt | | | | 201.27 |
| Account No. <br><br> CarQuest <br> 2635 East Millbrook Road <br> Raleigh, NC 27604 | - | | | 2011 <br> Business Debt | | | | 0.00 |
| Account No. <br><br> Carson Trailer, Inc. <br> 4073 Las Vegas Blvd., C <br> Las Vegas, NV 89115 | - | | | 2011 <br> Business Debt | | | | 0.00 |
| Account No. 0027 <br><br> Cashman Equipment Company <br> Attn: Shane Norman <br> 3300 St. Rose Pkwy <br> Henderson, NV 89052 | - | | | 2011 <br> Business Debt | | | | 1,195.81 |

| | |
|---|---|
| Sheet no. __32__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)     1,397.08 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                        ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 Business Debt | | | | |
| **Cashman Equipment Rentals** Attn: Dept. Raquel Dept. 3397 Los Angeles, CA 90084 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| **Cat Access** P.O. Box 905229 Charlotte, NC 28290 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| **Cate - Nevada** Attn: Gale P.O. Box 27073 Salt Lake City, UT 84127 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| **Catepillar Financial Services** P.O. Box 100647 Pasadena, CA 91189 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| **CBJ Inc.** 10120 West Flamingo Road Las Vegas, NV 89147 | - | | | | | | 0.00 |

Sheet no. __33__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| CBQ Attn: Tami Blasingame P.O. Box 1182 Logandale, NV 89021 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| CCPR 110 South Union Street, Suite 100 Alexandria, VA 22314 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| CCR Precision Surveying Attn: Christine Wilson 4186 Yakima Avenue Las Vegas, NV 89121 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Cellemetry XG Services Attn: Gail P.O. Box 27073 Salt Lake City, UT 84127 | - | | | | | | | 0.00 |
| Account No.  **0277** | | | | 2011 Business Debt | | | | |
| Cemex Attn: Heather P.O. Box 100497 Pasadena, CA 91189 | - | | | | | | | 87,193.54 |

Sheet no. __34__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 87,193.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Center Line Supply** 650 North 1100 West Lehi, UT 84043 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **0851** **Centex Materials** Attn: Katie Sprute 3019 Alvin DeVane Blvd., Bldg. 1,Ste.100 Austin, TX 78741 | - | | 2011 Business Debt | | | | 11,174.03 |
| Account No. **Century Link** P.O. Box 660068 Dallas, TX 75266 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **Century Steel, Inc.** 6655 South Eastern Avenue Las Vegas, NV 89119 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **0864** **Certified Welding Services Corp.** 2550 North Nellis Blvd., #A Las Vegas, NV 89115 | - | | 2011 Business Debt | | | | 536.25 |

Sheet no. __35__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,710.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| CH Construction 2505 Anthem Village Drive, Suite E-523 Henderson, NV 89052 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Chad J. Brandon 36 Scorpion Court Henderson, NV 89074 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Chapman Dodge 3470 Boulder Highway Las Vegas, NV 89121 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Charles A. Williams 8700 Brodie Lane, #323 Austin, TX 78748 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Charles Leo Taylor 231 Navajo Trail Georgetown, TX 78633 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __36__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.**                                                        , Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Charles P. Crowley 15861 Business Center Drive Baldwin Park, CA 91706 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Checkers Auto Parts 233 South Patterson Avenue Springfield, MO 65802 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Checks N Mail 355 West Mesquite Blvd., #D30 Mesquite, NV 89027 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Cherokee Septic Service 1922 Thurman Street P.O. Box 290244 Kerrville, TX 78029 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Chevron P.O. Box 530950 Atlanta, GA 30353 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __37__ of __180__ sheets attached to Schedule of                                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **0037** <br><br> **Cheyenne Auto Parts, Inc.** <br> **4675 C So. Polaris Avenue** <br> **Las Vegas, NV 89103** | - | | | **2011** <br> **Business Debt** | | | | **117.13** |
| Account No. <br><br> **Child Support Services** <br> **P.O. Box 45011** <br> **Salt Lake City, UT 84145** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Choctaw Erectors, Inc.** <br> **101 Josephine Lane** <br> **Grand Prairie, TX 75050** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Chris Hartman Racing** <br> **P.O. Box 612** <br> **Santa Teresa, NM 88008** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. **0125** <br><br> **Christensen James & Martin** <br> **Attn: Evans James** <br> **7440 West Sahara Avenue** <br> **Las Vegas, NV 89117** | - | | | **2011** <br> **Business Debt** | | | | **21,069.18** |

Sheet no. __**38**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,186.31**

B6F (Official Form 6F) (12/07) - Cont.

In re __Wiser Construction, LLC._____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Christine Bartholdt Home Office Counsel P.O. Box 34670 Seattle, WA 98124 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Christopher D. Hughes 401 Akaloa Drive Bastrop, TX 78602 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Cinco Fed Exrpess 23701 Cinco Ranch Blvd., Suite 130 Katy, TX 77494 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Cintas First Aid & Safety 394 East Street Plainville, CT 06062 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Circle K Gas Station 4375 Spring Mountain Road Las Vegas, NV 89145 | - | | | | | | | 0.00 |

Sheet no. __39__ of __180__ sheets attached to Schedule of                                 Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                             ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| City of Austin P.O. Box 2267 Austin, TX 78783 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| City of Blanco, Texas P.O. Box 750 Blanco, TX 78606 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| City of Boulder City P.O. Box 60370 Boulder City, NV 89006 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 1016 | | | | 2011 Business Debt | | | | |
| City of Fredericksburg 715 Princess Anne Street Fredericksburg, VA 22401 | - | | | | | | | |
| | | | | | | | | 25.29 |
| Account No. | | | | 2011 Business Debt | | | | |
| City of Henderson 240 Water Street Henderson, NV 89015 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __40__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          25.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**
_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| City of Las Vegas - Licensing P.O.Box 748028 Los Angeles, CA 90074 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| City of Mesquite 711 North Galloway Avenue Mesquite, TX 75149 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| City of North Las Vegas 2200 Civic Center Drive North Las Vegas, NV 89030 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| City of Phoenix P.O. Box 78663 Phoenix, AZ 85062 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| City of Uvalde P.O. Box 799 Uvalde, TX 78802 | - | | | | | | | 0.00 |

Sheet no. __41__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                              , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Civil Tec. Inc. 70 East Horizon Ridge Parkway, Suite 190 Henderson, NV 89002 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Claridge Products & Equipment 180 North Sherman Avenue Corona, CA 92882 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Clark County Assessor Attn: Mark W. Schofield P.O. Box 551401 Las Vegas, NV 89155 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Clark County Building Dept. 500 S. Grand Central Pkwy Las Vegas, NV 89155 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Clark County Business License 500 S. Grand Central Pkwy Las Vegas, NV 89155 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __42__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Clark County Department of Finance 500 South  Grand Central Parkway, #6 Las Vegas, NV 89106 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Clark County Dept. of Air Quality 500 S. Grand Central Pkwy Las Vegas, NV 89155 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Clark County Fire Department Attn: Plans Intake/Finance 575 East Flamingo Road Las Vegas, NV 89119 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Clark County JLA 500 S. Grand Central Pkwy Las Vegas, NV 89155 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Clark County Treasurer c/o Bankrutpcy Clerk 500 S. Grand Central Parkway Las Vegas, NV 89155-1220 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __43__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.**                                    Case No. _____
                                                    ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2011 Business Debt | | | | |
| **Clark County Water Preclamation District** 5857 E. Flamingo Rd. Las Vegas, NV 89127-5598 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Clayton Lewis** P.O. Box 428 Moapa, NV 89025 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Clearinghouse** P.O. Box 52107 Phoenix, AZ 85072 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **ClearWire** Dept. CH 14365 Palatine, IL 60055 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **CMA Communications** P.O. Box 650394 Dallas, TX 75265 | - | | | | | | | 0.00 |

Sheet no. __44__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                              , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **0819**<br><br>**CMC Americas/CMC Rebar**<br>**Dept. 1088**<br>**P.O. Box 121088**<br>**Dallas, TX 75312** | - | | | **2011**<br>**Business Debt** | | | | 17,374.14 |
| Account No.<br><br>**CMC Capitol City Steel**<br>**P.O. Box 3195**<br>**Austin, TX 78764** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0592**<br><br>**CMC Fontana Steel/Rebar**<br>**4265 West Tompkins Avenue**<br>**Las Vegas, NV 89103** | - | | | **2011**<br>**Business Debt** | | | | 80,479.94 |
| Account No.<br><br>**Codale Energy Service**<br>**3755 West Sunset Road, Suite A**<br>**Las Vegas, NV 89118** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Color Country**<br>**Attn: Don Cox**<br>**6054 West State Street**<br>**Hurricane, UT 84737** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __45__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,854.08

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                              ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Colten Holm** 835 Colony Circle Washington, UT 84780 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **Coltons Searchlight General Store** P.O. Box 126 Searchlight, NV 89046 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **Compliance Poster Company** P.O. Box 607 Monrovia, CA 91017 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **Compumeric Eng. dba Bear Savers** Attn: Glenda 1390 South Millikin Avenue Pomona, CA 91767 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **Con-Way Freight** P.O. Box 5160 Portland, OR 97208 | - | | 2011 Business Debt | | | | 0.00 |

Sheet no. __46__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0687** <br><br> **Concrete Accessories, Inc.** <br> **Attn: Eric Gilman** <br> **P.O. Box 27710** <br> **3500 Meade Avenue** <br> **Las Vegas, NV 89126** | - | | | | **2011** <br> **Business Debt** | | | | 213.61 |
| Account No. <br><br> **Concrete Pumping Inc.** <br> **5145 South Rogers Street, #A** <br> **Las Vegas, NV 89118** | - | | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Conrad Johnson** <br> **770 West Lone Mountain Road, #2085** <br> **North Las Vegas, NV 89031** | - | | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Conroy Concrete Pumping** <br> **P.O. Box 5604** <br> **Mohave Valley, AZ 86446** | - | | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Consolidated Systems, Inc.** <br> **P.O. Box 1756** <br> **Columbia, SC 29202** | - | | | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. **47** of **180** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          213.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Construction Notebook 3131 Meade Avenue Las Vegas, NV 89102 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Construction Software Solution P.O. Box 3155 Pismo Beach, CA 93449 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Contech Bridge Solutions Inc. 8301 State Hwy. 29 North Alexandria, MN 56308 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Contech Construction Products 1224 West Stock Road Ogden, UT 84401 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Contractors & Builders 4220 South Maryland Pkwy., Suite 102 Alexandria, MN 56308 | - | | | | | | | 0.00 |

Sheet no. __48__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0572**<br><br>**Converse Consultants**<br>**731 Pilot Road, Suite H**<br>**Las Vegas, NV 89119** | - | | **2011**<br>**Business Debt** | | | | 260.00 |
| Account No.<br><br>**Copper State Bolt & Nut, Co.**<br>**3622 North 34th Avenue**<br>**Phoenix, AZ 85017** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**CopyDoc, Inc.**<br>**3111 South Valleyview Blvd., Q102**<br>**Las Vegas, NV 89102** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Corey Rowley**<br>**P.O. Box 451**<br>**Logandale, NV 89021** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Corporate Advisors**<br>**2909 Fairway Drive**<br>**Tempe, AZ 85282** | - | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __**49**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    260.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                      ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0599**  CorrPro Companies 13011 Florence Avenue Santa Fe Springs, CA 90670 | - | | **2011** **Business Debt** | | | | 1,539.90 |
| Account No. **0600**  Cortech Engineering 22785 Savi Ranch Parkway Yorba Linda, CA 92887 | - | | **2011** **Business Debt** | | | | 8,553.27 |
| Account No.  Coughlin Company, Inc. 809 East Commerce Drive Saint George, UT 84790 | - | | **2011** **Business Debt** | | | | 0.00 |
| Account No.  Country Club Auto Spa 9260 South Eastern Avenue Las Vegas, NV 89123 | - | | **2011** **Business Debt** | | | | 0.00 |
| Account No.  Coyote Springs Land Company c/o Wingfield Nevada Goup P.O. Box 37010 Coyote Springs, NV 89037 | - | | **2011** **Business Debt** | | | | 0.00 |

Sheet no. __50__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,093.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Craig Motor Craft**<br>**12 South Tegner Street**<br>**Wickenburg, AZ 85390** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Cramaro Tarpaulin Systems**<br>**600 North Drive**<br>**Melbourne, FL 32934** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Cree's Mobile Home Park**<br>**P.O. Box 726**<br>**Searchlight, NV 89046** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Crescent Electric Supply**<br>**3430 W. Sunset Rd Suite B**<br>**Las Vegas, NV 89118-6841** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Crystal Tire & Lube**<br>**1908 North Hwy 83**<br>**Crystal City, TX 78839** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __51__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.** _____,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **2011** **Business Debt** | | | | |
| **CSI: Metal Dek Group** **650 Rosewood Drive** **Columbia, SC 29201** | - | | | | | | | 0.00 |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **CSS - Component Sales/Services** **P.O. Box 11009** **Houston, TX 77293** | - | | | | | | | 0.00 |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **Culligan - Hoppers Soft Water Service** **120 West Frio** **Uvalde, TX 78801** | - | | | | | | | 0.00 |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **Curtis Orton** **112 Inman Drive** **Hutto, TX 78634** | - | | | | | | | 0.00 |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **Cutting Edge Supply Company** **234 East "O" Street** **Colton, CA 92324** | - | | | | | | | 0.00 |

Sheet no. __52__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CXT Incorporated**<br>P.O. Box 643343<br>Pittsburgh, PA 15264 | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**D & D Mini Storage**<br>1014 Avenue A<br>Fredericksburg, TX 78624 | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**D.A.T. Incorporated**<br>P.O. Box 1295<br>Saint George, UT 84771 | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**D.I.J. Construction, Inc.**<br>P.O. Box 1609<br>2332 CR 252<br>Bertram, TX 78605 | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Dale A. Boring**<br>311 Frio Lane<br>Leander, TX 78641 | - | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __53__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    Case No. _____

                                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Daly & Associates 1793 Meadow Moor Road Salt Lake City, UT 84117 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Dan Cox P.O. Box 1722 Logandale, NV 89021 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **0796** | | | | 2011 Business Debt | | | | |
| Dana Kepner Company, Inc. Dept. 281 Denver, CO 80271 | - | | | | | | | |
| | | | | | | | | 10,637.82 |
| Account No. | | | | 2011 Business Debt | | | | |
| Daniel Joseph Matson, II 333 Waterwheel Falls Henderson, NV 89015 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **0067** | | | | 2011 Business Debt | | | | |
| Daniell's Septic Inc. P.O. Box 1483 Bullhead City, AZ 86430 | - | | | | | | | |
| | | | | | | | | 337.50 |

Sheet no. __54__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,975.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Danny Walker 1207 Tendoy Avenue Salmon, ID 83467 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Davana P.O. Box 1271 Walsenburg, CO 81089 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Dave Learned P.O. Box 327 Moapa, NV 89025 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| David Lewis P.O. Box 115 Alamo, NV 89001 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Davis Drilling & Pumps HCR 61 Box 54 Hiko, NV 89017 | - | | | | | | | 0.00 |

Sheet no. __55__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Days Remembered Flower Shoppe P.O. Box 680 Overton, NV 89040 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Delta Millworks 4701 East 5th Austin, TX 78702 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Demand Star by Onvia 1260 Mercer Street Seattle, WA 98109 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Department of Motor Vehicles 555 Wright Way Carson City, NV 89711 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Desert Gold Precast P.O. Box 8264 Spring Creek, NV 89815 | - | | | | | | | 0.00 |

Sheet no. __56__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Desert Hauling, LLC 1886 Whispering Circle Henderson, NV 89012 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Desert Lumber 4950 North Berg North Las Vegas, NV 89081 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Desert West Landscaping 3670 North 5th Street North Las Vegas, NV 89032 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Desirae Dufour P.O. Box 14 Moapa, NV 89025 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 0626 | | | | 2011 Business Debt | | | | |
| DH Pace Door Services 616 West 24th Street Tempe, AZ 85282 | - | | | | | | | |
| | | | | | | | | 1,146.25 |

Sheet no. __57__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            1,146.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                          ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>**Diamond Concrete Cutting**<br>**80 Corporate Park Drive**<br>**Henderson, NV 89074** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Diamondback Land Surveying, LC**<br>**2980 South Rainbow Blvd., Suite 210**<br>**C&D**<br>**Las Vegas, NV 89146** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Dielco Crane**<br>**5454 Arville Street**<br>**Las Vegas, NV 89118** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Dir-Osha**<br>**4600 Kietzke Lane, #F153**<br>**Henderson, NV 89052** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**DirecTV**<br>**P.O. Box 78626**<br>**Phoenix, AZ 85062** | - | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __58__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0486**<br><br>**Discount Dumpsters**<br>**420 North Nellis Blvd., A3-234**<br>**Las Vegas, NV 89110** | - | | | **2011**<br>**Business Debt** | | | | 3,026.30 |
| Account No.<br><br>**Discount Tire**<br>**P.O.Box 29851**<br>**Phoenix, AZ 85038** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Dish Network**<br>**P.O. Box 7203**<br>**Pasadena, CA 91109** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0975**<br><br>**Dispatch Transportation NV**<br>**14032 Santa Ana Avenue**<br>**Fontana, CA 92337** | - | | | **2011**<br>**Business Debt** | | | | 21,716.00 |
| Account No.<br><br>**Distribution Services**<br>**Church Magazines**<br>**P.O. Box 80093**<br>**Prescott, AZ 86304** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __59__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,742.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**
                                                          ,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Diversified Concrete Cutting 59 Coney Island Drive Sparks, NV 89431 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Diversified Const. Supply, LLC 3921 West Oquendo Road Las Vegas, NV 89118 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Don Sportsman 1522 Dorothy Drive Boulder City, NV 89005 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Double "S" Plumbing & Backflow 1004 Huntridge Drive Austin, TX 78758 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Dr. Elmer Herndon, DVM P.O. Box 1339 Uvalde, TX 78802 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __60__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Drake Materials 5745 North Scottsdale Road, Suite B110 Scottsdale, AZ 85250 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Drape & Gleave LLC John Gleave & David Waite P.O. Box 729 Mesquite, NV 89027 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Drill Sub, Inc. Schalk Opperman 1468 Rainbow Crest Road Fallbrook, CA 92028 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Dunn-Edwards Paints 4300 East Tropicana Las Vegas, NV 89121 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Duperon Corporation 515 North Washington Avenue Saginaw, MI 48607 | - | | | | | | | 0.00 |

Sheet no. __61__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| DWR Enterprises, Inc. 10120 West Flamingo Road., #4-7147 Las Vegas, NV 89147 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Dynamic Rubber P.O. Box 2159 Athens, TX 75751 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Ecco Equipment Corp. 1417 North Susan Street Santa Ana, CA 92703 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Edward O'Shay Garden 12323 Yarmont Way Austin, TX 78753 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Electric Service Professionals 4045 South Buffalo, #A101-442 Las Vegas, NV 89147 | - | | | | | | | 0.00 |

Sheet no. __62__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**
_____ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND<br>CONSIDERATION FOR CLAIM.  IF CLAIM<br>IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Elite Faux Group**<br>**165 Arroyo Pinon Drive**<br>**Sedona, AZ 86336** | | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Elite Traffic Services**<br>**155 Varsity Parade**<br>**Buffalo, NY 14227** | | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Elko Santitation Company**<br>**355 West Silver Street**<br>**Elko, NV 89801** | | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Embarq**<br>**P.O. 660068**<br>**Dallas, TX 75266** | | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Enco Southwest, Inc.**<br>**1426 Pueblo Drive**<br>**Boulder City, NV 89005** | | - | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __63__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**
,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Endura Steel**<br>**4111 West Avenue H6**<br>**Lancaster, CA 93534** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Enterprises, Inc.**<br>**5715 West Alexander Road, #155**<br>**Las Vegas, NV 89130** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Equipment Watch**<br>**Pention Media, Inc.**<br>**24653 Network Place**<br>**Chicago, IL 60673** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Evans Recreation Installations**<br>**P.O. Box 42607**<br>**Las Vegas, NV 89116** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Evco**<br>**P.O. Box 65468**<br>**Salt Lake City, UT 84165** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __**64**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2011** **Business Debt** | | | | |
| **Ewing Bros., Inc.** **1400 A Street** **Las Vegas, NV 89106** | - | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Exotic Wildside Association** **105 Henderson Branch Road** **Ingram, TX 78025** | - | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **F & M Steel Services, Inc.** **1473 South Sandhill** **Washington, UT 84780** | - | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Farr West Engineering** **5442 Longley Lane, Suite B** **Reno, NV 89511** | - | | | | | | 0.00 |
| Account No. | | | **2011** **Business Debt** | | | | |
| **Fasco** **4315 West Tomkins Avenue** **Las Vegas, NV 89103** | - | | | | | | 0.00 |

Sheet no. __65__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                        ,    Case No. _____
                                      **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Fast Lane Crane Services, Inc. 922 South Westfield Road Toquerville, UT 84774 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Fastenal Company P.O. Box 1286 Winona, MN 55987 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| FedEx Freight Dept. LA P.O. Box 21415 Pasadena, CA 91185 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Fennemore Craig, P.C. 3003 North Central Avenue, Suite 2600 Phoenix, AZ 85012 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Ferguson Enterprises, Inc. 739 West Sunset Road Henderson, NV 89015 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __66__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Ferguson Waterworks 740 Cape Horn Drive Henderson, NV 89011 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Final Details, Inc. 450 West Mequite Blvd. Mesquite, NV 89027 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Fire Hydrant Services & Const. 5770 West Wynn Road, #1 Las Vegas, NV 89118 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Fireman's Fund Insurance P.O. Box 2519 Dallas, TX 75221 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| First Choice Tree Service, Inc. P.O. Box 43056 Las Vegas, NV 89116 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __67__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Flagel Huber Flagel & Co. 9135 Governers Way Cincinnati, OH 45249 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Flo-Systems, Inc. 905 Cherry Lane Troy, IL 62294 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Floway Pumps 2494 South Railroad Avenue Fresno, CA 93706 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Flying J Travel Plaza 1530 Rest Church Road Clear Brook, VA 22624 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Francine Quintero 2951 East Siena Heights, #2124 Henderson, NV 89052 | - | | | | | | | 0.00 |

Sheet no. __68__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                      ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Freightliner 4435 North Channel Avenue Portland, OR 97217 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Frontier P.O. Box 3609 Kingman, AZ 86402 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| FSP 3670 West Oquendo Road Las Vegas, NV 89118 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| G.G. Construction Inc. P.O. Box 898 Logandale, NV 89021 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Gallagher Bassett Services, Inc. Two Pierce Place, 4th Floor Itasca, IL 60143 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __69__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**
_____ ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | 2011 Business Debt | | | | |
| Gary Marshall 1980 North Moapa Valley Blvd. Overton, NV 89040 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| GCR Tire Centers Department 530 Denver, CO 80291 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| General Rock Product Transport P.O. Box 1496 Colorado City, AZ 86021 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Geneva Landscape, Inc. P.O. Box 750628 Las Vegas, NV 89136 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Geneva Pipe P.O. Box 488 Moapa, NV 89025 | - | | | | | | | | 0.00 |

Sheet no. __70__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                         ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Gentry Equipment, LC**<br>**1419 North Boulder Hwy, Suite A**<br>**Henderson, NV 89011** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**George Wern**<br>**2920 West Villa Theresa Drive**<br>**Phoenix, AZ 85053** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No. **0773**<br><br>**Global Surveillance Associates**<br>**3853 Silvestri Lane**<br>**Las Vegas, NV 89120** | - | | | **2011**<br>**Business Debt** | | | | **4,045.33** |
| Account No.<br><br>**GMB, LLC**<br>**3275 East Sahara**<br>**Las Vegas, NV 89106** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Goodfellow Corporation**<br>**P.O. Box 60070**<br>**Boulder City, NV 89005** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __71__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,045.33**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.** _____ ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 Business Debt | | | | |
| **Grainger** **Dept. 834730020** **P.O. Box 419267** **Kansas City, MO 64141** | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| **Grand View Media Group** **P.O. Box 698** **Birmingham, AL 35201** | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| **Green Tree Landscape & Maint.** **110 West Mayflower** **North Las Vegas, NV 89030** | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| **Green Valley Grocery** **1220 East Pebble** **Las Vegas, NV 89123** | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| **Greg Barho** **402 MarBruger Street** **Smithville, TX 78957** | - | | | | | | 0.00 |

Sheet no. __72__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                              , Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gregco Commercial Door**<br>**607 North 1400 East**<br>**Saint George, UT 84770** | - | | 2011<br>Business Debt | | | | 0.00 |
| Account No.<br><br>**GSI General Supply Product**<br>**220 North Sunset Avenue**<br>**La Puente, CA 91744** | - | | 2011<br>Business Debt | | | | 0.00 |
| Account No.<br><br>**Guy Doty Surverying**<br>**P.O. Box 148**<br>**Logandale, NV 89021** | - | | 2011<br>Business Debt | | | | 0.00 |
| Account No.<br><br>**H & E Equipment**<br>**4129 Losee Road**<br>**Las Vegas, NV 89101** | - | | 2011<br>Business Debt | | | | 0.00 |
| Account No. **0696**<br><br>**H & H Excavation & Saw Cutting**<br>**6470 South Procyon**<br>**Las Vegas, NV 89118** | - | | 2011<br>Business Debt | | | | 9,067.00 |

Sheet no. __73__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    9,067.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                                    Case No. _____

_____,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Hacienda Air 5217 Casco Way Las Vegas, NV 89107 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Hale Friesen, LLP 1430 Wynnkoop, #300 Denver, CO 80202 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Hanes Geo Components L & P Financial Services Co. P.O. Box 60984 Charlotte, NC 28260 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Hanson Pipe & Precast P.O. Box 842481 Dallas, TX 75284 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 0628 | | | | 2011 Business Debt | | | | |
| Harber Company Inc. 3764 Civic Center Drive North Las Vegas, NV 89030 | - | | | | | | | |
| | | | | | | | | 174,847.53 |

Sheet no. __74__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                   174,847.53
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Harbor Freight Tools 3491 Mission Oaks Blvd. Camarillo, CA 93011 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Harrington Industrial Plastics 1051 Mary Crest Road, Suite A Henderson, NV 89014 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Harris Salinas Rebar P.O. Box 2210 Dayton, NV 89403 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Harsco Infrastucture Americas 650 From Road Paramus, NJ 07652 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Haven Holm 924 Desert Oak Court, Unit A Las Vegas, NV 89145 | - | | | | | | | | 0.00 |

Sheet no. __75__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hawks Hot Wash**<br>**P.O. Box 1484**<br>**Overton, NV 89040** | - | | 2011<br>**Business Debt** | | | | 0.00 |
| Account No. **0090**<br><br>**Haycock Petroleum**<br>**P.O. Box 340**<br>**Las Vegas, NV 89125** | - | | 2011<br>**Business Debt** | | | | 372.87 |
| Account No. **0089**<br><br>**Haycock Petroleum**<br>**P.O. Box 340**<br>**Las Vegas, NV 89125** | - | | 2011<br>**Business Debt** | | | | 24,505.37 |
| Account No.<br><br>**Hayden Bridge Forest Products**<br>**66 Club Road, Suite 260**<br>**Eugene, OR 97401** | - | | 2011<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Hays City Corporation**<br>**P.O. Box 18463**<br>**Sterling, PA 18463** | - | | 2011<br>**Business Debt** | | | | 0.00 |

Sheet no. __**76**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **24,878.24**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                      ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**HD Supply Plumbing**<br>**File #: 56214**<br>**Los Angeles, CA 90074** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0094** <br><br>**HD Supply Waterworks**<br>**File #: 56214**<br>**Los Angeles, CA 90074** | - | | | **2011**<br>**Business Debt** | | | | 152,737.17 |
| Account No. **0247** <br><br>**HD Supply White Cap Const.**<br>**Dept. 70998**<br>**Los Angeles, CA 90084** | - | | | **2011**<br>**Business Debt** | | | | 10,806.40 |
| Account No. <br><br>**Health Plan of Nevada**<br>**P.O. Box 1388**<br>**Las Vegas, NV 89125-1388** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. <br><br>**Heber Holm**<br>**2274 South 1650 East**<br>**Saint George, UT 84790** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __77__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          163,543.57

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**
                                                                          ,    Case No. _____
                                         **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0749**  Heldenfels Enterprises, Inc. 5700 South IH-35 San Marcos, TX 78666 | - | | **2011 Business Debt** | | | | 95,012.61 |
| Account No.  Herschel Adwell 3441 Martin Hall Drive Las Vegas, NV 89129 | - | | **2011 Business Debt** | | | | 0.00 |
| Account No.  Hertz Equipment Rental 6280 West Badura Avenue Las Vegas, NV 89140 | - | | **2011 Business Debt** | | | | 0.00 |
| Account No.  High Desert Supply 46 North 900 East Saint George, UT 84770 | - | | **2011 Business Debt** | | | | 0.00 |
| Account No.  Highway Striping & Signs 3452 Bunkerhill Drive, Suite B North Las Vegas, NV 89032 | - | | **2011 Business Debt** | | | | 0.00 |

Sheet no. __**78**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **95,012.61**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                             ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0099** <br><br> **Highway Technologies Corp.** <br> **P.O. Box 33946** <br> **Chicago, IL 60694** | - | | **2011** <br> **Business Debt** | | | | 56,667.57 |
| Account No. <br><br> **Hill Country Pump Service** <br> **116 Neffendorf Trail** <br> **Fredericksburg, TX 78624** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0440** <br><br> **Hilti** <br> **P.O. Box 12001** <br> **Dallas, TX 75312** | - | | **2011** <br> **Business Debt** | | | | 38.55 |
| Account No. <br><br> **Hinton Burdick, PLLC** <br> **590 West Mesquite Blvd., Suite 201A** <br> **Mesquite, NV 89024** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Hobbs Tank & Equipment, Inc.** <br> **8027 Oak Hills Circle** <br> **Salt Lake City, UT 84121** | - | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __**79**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,706.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,          Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hockett Trucking** <br> **P.O. Box 493** <br> **Cal Nev Ari, NV 89039** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Hoffman Southwest Corp., DBA** <br> **2222 West Grant Street** <br> **Phoenix, AZ 85009** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Holm Welding** <br> **756 East Chad Ranch Road** <br> **Veyo, UT 84782** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0855** <br><br> **Holt Cat Rental** <br> **P.O. Box 911975** <br> **Dallas, TX 75391** | - | | **2011** <br> **Business Debt** | | | | 18,649.90 |
| Account No. **0103** <br><br> **Home Depot** <br> **P.O. Box 183176** <br> **Columbus, OH 43218** | - | | **2011** <br> **Business Debt** | | | | 2,380.89 |

Sheet no. __80__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          21,030.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Home Hardware P.O. Box 779 387 South Moapa Valey Blvd. Overton, NV 89040 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Honnen Equipment 831 East Factory Drive Saint George, UT 84790 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Hopper's Soft Water Service 120 West Frio Uvalde, TX 78801 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| HSBC Retail Services 700 N Wood Dale Road Wood Dale, IL 60191 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Hughes Oil P.O. Box 359 Mesquite, NV 89024 | - | | | | | | | 0.00 |

Sheet no. __81__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                                  ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 Business Debt | | | | |
| HVAC Maintenance & Supply 3736 Shawano Avenue Green Bay, WI 54313 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| Hydro Conduit Corp. 2100 Burns Road Henderson, NV 89015 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| HydroTech., Inc. 155 Lyon Drive Fernley, NV 89408 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| ICC P.O. Box 915183 Dallas, TX 75391 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| Iceberg Air Conditioner & Heating 750 Preston Drive, #5 Mesquite, NV 89027 | - | | | | | | 0.00 |

Sheet no. __82__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                   ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**IESI**<br>**9904 FM 812**<br>**Austin, TX 78719** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Impact Sand & Gravel**<br>**250 Pilot Road, Suite 160**<br>**Las Vegas, NV 89119** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **1031**<br><br>**Indus Construction, LP**<br>**6060 Brookglen Drive, Suite A**<br>**Houston, TX 77017** | - | | | **2011**<br>**Business Debt** | | | | 2,883.60 |
| Account No. **1004**<br><br>**Ingram ReadyMix, Inc.**<br>**3580 FM 842**<br>**New Braunfels, TX 79132** | - | | | **2011**<br>**Business Debt** | | | | 2,287.00 |
| Account No.<br><br>**Inquipco**<br>**647 Redwood Street**<br>**Las Vegas, NV 89118** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __83__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,170.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                           , Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0942** <br><br> **Insituform Technologies** <br> **6320 McLeod Drive, Suite 1** <br> **Las Vegas, NV 89120** | - | | | **2011** <br> **Business Debt** | | | | **62,295.50** |
| Account No. <br><br> **Integrity Collinsion Center** <br> **647 North Redwood Street** <br> **Orange, CA 92868** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Integrity Dodge** <br> **6770 Redwood Street** <br> **Las Vegas, NV 89119** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Intermountain WorkMed** <br> **385 North 3050 East** <br> **Las Vegas, NV 89118** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **International Roadway/Research** <br> **14702 Marine Road** <br> **Humble, TX 77396** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |

Sheet no. __84__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **62,295.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ITS Institute**<br>**325 Broadway**<br>**Boulder, CO 80305** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **1043**<br><br>**J & J Enterprises**<br>**5920 West Cougar Avenue**<br>**Las Vegas, NV 89139** | - | | **2011**<br>**Business Debt** | | | | 6,778.00 |
| Account No.<br><br>**J & S Diesel Services, LLC**<br>**5155 Dean Martin Drive**<br>**Las Vegas, NV 89118** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**J.L. Ice, L.P.**<br>**P.O. Box 478**<br>**Crystal City, TX 78839** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0966**<br><br>**J.M. Turner Engineering, Inc.**<br>**1325 College Avenue**<br>**Santa Rosa, CA 95404** | - | | **2011**<br>**Business Debt** | | | | 1,040.00 |

Sheet no. __85__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                7,818.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**
_____,    Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **2011** **Business Debt** | | | | |
| **Jackpot Sanitation Services** **2440 Marco Street** **Las Vegas, NV 89115** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **Jake's Crane Rigging** **6109 Industrial Road** **Las Vegas, NV 89119** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **Jake's Wire Rope, Inc.** **3365-B West Patrick Lane** **Las Vegas, NV 89118** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **James & Judy Perlitz** **P.O. Box 988** **Uvalde, TX 78802** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **James D. Angle** **4065 East Carey Avenue** **Las Vegas, NV 89115** | - | | | | | | | |
| | | | | | | | | **0.00** |

Sheet no. __**86**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,    Case No. _____
                                           **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James W. Elter**<br>**P.O. Box 505**<br>**Center Point, TX 78010** | - | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Jared Davis**<br>**1110 Slate Crossing, #102**<br>**Henderson, NV 89015** | - | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Jasmyn Salaman**<br>**5341 Fairbranch Lane**<br>**Las Vegas, NV 89135** | - | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Jeff Parker (Roger J. Parker)**<br>**802 Brook Meadow Trail**<br>**Cedar Park, TX 78613** | - | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.  **0118**<br><br>**Jensen Enterprises Materials**<br>**3853 Losee Road**<br>**North Las Vegas, NV 89030** | - | | **2011**<br>**Business Debt** | | | | **13,815.18** |

Sheet no. __87__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **13,815.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    Case No. _____
                                                  ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0808**<br><br>**Jensen Precast Subcontractor**<br>**3853 Losee Road**<br>**North Las Vegas, NV 89030** | - | | **2011**<br>**Business Debt** | | | | 4,986.81 |
| Account No.<br><br>**Jerry Matthews**<br>**P.O. Box 1821**<br>**Overton, NV 89040** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Jerry's Services, Inc. dba Port A. John**<br>**P.O. Box 868**<br>**Caliente, NV 89008** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Jesus G. Diaz**<br>**530 Madge Lane**<br>**Las Vegas, NV 89110** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0119**<br><br>**Jiffy Lube**<br>**Heartland Automotive Services**<br>**P.O. Box 140699**<br>**Irving, TX 75014** | - | | **2011**<br>**Business Debt** | | | | 852.87 |

Sheet no. __**88**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,839.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                             ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Jim Wilkin Trucking P.O. Box 828 Caliente, NV 89008 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| JL Refrigeration. LP P.O. Box 478 Crystal City, TX 78839 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Joe Rankin 2321 Wisteria Way Round Rock, TX 78664 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Joel Bierstedt 785 North Henrie Road P.O. Box 803 Moapa, NV 89025 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **0575** | | | | 2011 Business Debt | | | | |
| John Deer Credit P.O. Box 4450 Carol Stream, IL 60197 | - | | | | | | | |
| | | | | | | | | 48,000.00 |

Sheet no. __89__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **48,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    Case No. _____
                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| John J. Ribsam 1010 Herrera Court Moapa, NV 89025 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Jon's Rental 13280 Pond Springs Road Austin, TX 78729 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Joshua Shane Holm 7620 Noth Torrey Pines Las Vegas, NV 89131 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| JP & G Trucking, Inc. 5181 Tee Pee Lane Las Vegas, NV 89149 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| JTD Trucking, Inc. P.O. Box 152 Washington, UT 84780 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __90__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    , Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                             | | | **2011** **Business Debt** | | | | |
| **Juan Gallegos, Jr.** **11619 Paul E. Anderson** **Austin, TX 78748** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No.                                             | | | **2011** **Business Debt** | | | | |
| **Judy Seely** **P.O. Box 973** **Overton, NV 89040** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No.                                             | | | **2011** **Business Debt** | | | | |
| **Julio Garcia** **5133 Geonga Street** **North Las Vegas, NV 89031** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No.                                             | | | **2011** **Business Debt** | | | | |
| **Justice Ventures** **4155 Outer Traffic Circle** **Long Beach, CA 90804** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No.                                             | | | **2011** **Business Debt** | | | | |
| **Justin Jessop** **9625 West Russel Road Bldg.#13 Apt 1055** **Las Vegas, NV 89148** | - | | | | | | |
| | | | | | | | **0.00** |

Sheet no. __**91**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                              Case No. _____
                                                            ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2011 Business Debt | | | | |
| Justin Lewis P.O. Box 428 Moapa, NV 89025 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Keith Cooper 259 Baring Cross Street Henderson, NV 89074 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Keith Pearson P.O. Box 440 Panaca, NV 89042 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Kelly's Glass 3400 Procyon Street, Suite 100A Las Vegas, NV 89101 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Kenedy Wire Rope & Sling, Co. P.O. Box 4016 Corpus Christi, TX 78469 | - | | | | | | | 0.00 |

Sheet no. __92__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. <br><br> **Kenneth D. Bundy** <br> **3432 North 2040 East** <br> **Saint George, UT 84790** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Kenny Thompson** <br> **8891 First Lady** <br> **Las Vegas, NV 89148** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Kent A. Barlow CPA** <br> **P.O. Box 997** <br> **Logandale, NV 89021** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0124** <br><br> **Kenworth Sales Co. Inc.** <br> **3033 Losee Road** <br> **North Las Vegas, NV 89030** | - | | **2011** <br> **Business Debt** | | | | 148.57 |
| Account No. <br><br> **Kevin L. Aigner** <br> **721 Smoke Signal Pass** <br> **Pflugerville, TX 78660** | - | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __**93**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          148.57

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                          ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Kevin West 951 Cedariff Avenue Las Vegas, NV 89123 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Key Euipment Finance P.O. Box 74713 Cleveland, OH 44194 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **1035** | | | | 2011 Business Debt | | | | |
| Keystone Construction 7100 Old Bee Cave Road Austin, TX 78735 | - | | | | | | | |
| | | | | | | | | 5,950.80 |
| Account No. | | | | 2011 Business Debt | | | | |
| Kimley-Horn & Associates, Inc. P.O. Box 79384 City of Industry, CA 91716 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Kings Futures, Inc. P.O. Box 4176 Leander, TX 78645 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __94__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,950.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                      ,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kinko Copy**<br>**3875 Airways, Module H3, Dept. 4634**<br>**Memphis, TN 38116** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No. **0344**<br><br>**Kirschner Contractors**<br>**4407 La Reina Circle**<br>**Las Vegas, NV 89130** | - | | | **2011**<br>**Business Debt** | | | | **1,000.00** |
| Account No.<br><br>**Knife River Corporation-South**<br>**P.O. Box 674**<br>**Bryan, TX 77806** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No. **0127**<br><br>**Kolob Fire and Safety**<br>**P.O. Box 7216**<br>**Bunkerville, NV 89007** | - | | | **2011**<br>**Business Debt** | | | | **40.00** |
| Account No.<br><br>**Kwik-Saw Concrete Cutting**<br>**296 MVR #5**<br>**Elko, NV 89801** | - | | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __**95**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **1,040.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                                  ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0944**<br><br>**L & L Construction**<br>**8129 Breeze Way**<br>**Leander, TX 78645** | - | | **2011**<br>**Business Debt** | | | | 10,027.00 |
| Account No. **0593**<br><br>**L & L Mechanical Contractors**<br>**P.O. Box 278**<br>**Saint George, UT 84771** | - | | **2011**<br>**Business Debt** | | | | 1,339.92 |
| Account No.<br><br>**Lally Steel, Inc.**<br>**9112 Songwood Court**<br>**Las Vegas, NV 89129** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Landmark Testing & Engineering**<br>**795 East Factory Drive**<br>**Saint George, UT 84790** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Las Vegas - Clark County**<br>**Attn: Collections Department**<br>**833 Las Vegas Blvd. North**<br>**Las Vegas, NV 89101** | - | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __**96**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,366.92**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0143** <br><br> **Las Vegas Paving Corp.** <br> **4420 South Decatur Blvd.** <br> **Las Vegas, NV 89103** | | - | | **2011** <br> **Business Debt** | | | | **17,204.33** |
| Account No. <br><br> **Las Vegas Roadster** <br> **P.O. Box 1606** <br> **Overton, NV 89040** | | - | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Las Vegas Rock** <br> **11635 Bermuda Road** <br> **Henderson, NV 89052** | | - | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. **0130** <br><br> **Las Vegas Valley Water District** <br> **1001 S. Valley View Blvd.** <br> **Las Vegas, NV 89153** | | - | | **2011** <br> **Business Debt** | | | | **314.94** |
| Account No. <br><br> **LB Foster Piling** <br> **32970 Alvarado Niles, Suite 736** <br> **Union City, CA 94587** | | - | | **2011** <br> **Business Debt** | | | | **0.00** |

Sheet no. __**97**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **17,519.27**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____

                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2011 Business Debt | | | | |
| Legacy Rock P.O. Box 1335 Logandale, NV 89021 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Lehi Holm 7620 North Torrey Pines Las Vegas, NV 89131 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Leigh Stauffer 167A Cumerland Road Brandon, MS 39047 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Leo Transport 4113 Villa Flora Street Las Vegas, NV 89103 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Leroy Whitson P.O. Box 774 Logandale, NV 89021 | - | | | | | | | 0.00 |

Sheet no. __98__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Liberty Mutual**<br>**P.O. Box 0992**<br>**Carol Stream, IL 60132** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Lincoln County Power District**<br>**HC Box 101**<br>**Pioche, NV 89043** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Lincoln County Telephone System**<br>**P.O. Box 150**<br>**Pioche, NV 89043** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Lincoln County Treasurer**<br>**P.O. Box 416**<br>**Pioche, NV 89043** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0811**<br><br>**Liquid Waste Solutions**<br>**P.O. Box 90874**<br>**Austin, TX 78709** | - | | | | **2011**<br>**Business Debt** | | | | 709.44 |

Sheet no. __99__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                709.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 | | | | |
| Littler Mendelson, PC P.O. Box 45547 San Francisco, CA 94145 | - | | Business Debt | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2011 | | | | |
| LJ McCormick Ent. Inc. P.O. Box 413 Overton, NV 89040 | - | | Business Debt | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2011 | | | | |
| LLC C5 Coating 6750 Via Austi Parkway, Suite 170 Las Vegas, NV 89119 | - | | Business Debt | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2011 | | | | |
| LLC Hutchings 112 West Ninth Street, Suite 630 Los Angeles, CA 90015 | - | | Business Debt | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2011 | | | | |
| LLC Ironman Ironworks P.O. Box 1243 Overton, NV 89040 | - | | Business Debt | | | | |
| | | | | | | | 0.00 |

Sheet no. __100_ of _180_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                        , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| LLC Las Vegas Rubber Stamp 7235 Bermuda, Suite C Las Vegas, NV 89119 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| LLC Lewis Crane & Hoist P.O. Box 531060 Grand Prairie, TX 75053 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| LLC Sunrise Utilities 3754 Civic Center Drive North Las Vegas, NV 89030 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Logandale Tire & Auto Center 3475 North Moapa Valley Blvd. P.O. Box 172 Logandale, NV 89021 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Lola L. Egan P.O. Box 550 Moapa, NV 89025 | - | | | | | | | | 0.00 |

Sheet no. __101__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**
                                                          ,      Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 Business Debt | | | | |
| Lorman Education Services Dept. 5382 P.O. Box 2933 Milwaukee, WI 53201 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| LP Painting & Drywall 1230 South Maryland Parkway Las Vegas, NV 89104 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| LTD Centerline Supply Attn: Brenda 530 Jesse Street Grand Prairie, TX 75051 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| LV Pump P.O. Box 569 La Vernia, TX 78121 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| Lyssey & Eckel, Inc. P.O. Box 128 Poth, TX 78147 | - | | | | | | 0.00 |

Sheet no. __102_ of __180_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                            ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Madeline Auerbach 1625 South Baker Avenue Ontario, CA 91761 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Man of All Work 785 North Henrie Road, Box 803 Moapa, NV 89025 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Mandy Kolhoss P.O. Box 232 Moapa, NV 89025 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Marc Taub 1108 Downridge Drive Leander, TX 78641 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Maricopa County Treasurer P.O. Box 52133 Phoenix, AZ 85072 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __103__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.** _____,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0158**<br><br>**Mark Whipple Pest Control**<br>**P.O. Box 534**<br>**Logandale, NV 89021** | - | | | | **2011**<br>**Business Debt** | | | | **20.00** |
| Account No.<br><br>**MATC**<br>**P.O. Box 23368**<br>**Pittsburgh, PA 15222** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Matheson Equipment Repair Center**<br>**P.O. Box 760**<br>**Moapa, NV 89025** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Matt Jaynes**<br>**187 North 100 East**<br>**La Verkin, UT 84745** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Matt Jones**<br>**P.O. Box 439**<br>**Panaca, NV 89042** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __104__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **20.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                              ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Matthew Waite P.O. Box 1306 Overton, NV 89040 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Max Holm 7620 North Torrey Pines Las Vegas, NV 89131 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Maxwell Systems Corp. P.O. Box 822338 Philadelphia, PA 19182 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| McIntosh Communications, Inc. 4640 South Arville, Suite E Las Vegas, NV 89103 | - | | | | | | | | 0.00 |
| Account No. 0894 | | | | | 2011 Business Debt | | | | |
| McKinney Drilling Company 1130 Annapolis Road, Suite 103 Odenton, MD 21113 | - | | | | | | | | 59,209.25 |

Sheet no. __105__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    59,209.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,      Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| McKissak Welding & Fab., Inc. 49 CR 5131 Booneville, MS 38829 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| McMaster-Carr 9630 Norwalk Blvd. Santa Fe Springs, CA 90670 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| McNeil Group 6895 South 900 East Midvale, UT 84047 | - | | | | | | | | 0.00 |
| Account No. **0145** | | | | | 2011 Business Debt | | | | |
| Meadow Valley Contractors, Inc. 4615 North Lamb Blvd., Suite A Las Vegas, NV 89115 | - | | | | | | | | 2,042.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| MedicWest Ambulance, Inc. P.O. Box 3429 Modesto, CA 95353 | - | | | | | | | | 0.00 |

Sheet no. __106__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,042.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Medora Environmental, Inc. 3225 Hwy 22 Dickinson, ND 58602 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Megan Bloom P.O. Box 834 Moapa, NV 89025 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Melbourne C. Perkins P.O. Box 1532 Overton, NV 89040 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Merli Concrete Pumping 2545 North Marco Street Las Vegas, NV 89115 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Merrit Heavy Haul 4025 San Mateo Street North Las Vegas, NV 89032 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __107__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 Business Debt | | | | |
| Mesquite Winlectric Co. 610 Hardy Way P.O. Box 3066 Mesquite, NV 89024 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| MidAtlantic Capital Corp. P.O. Box 23368 Pittsburgh, PA 15222 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| Miguel Rodriguez 3728 South Garden Drive Las Vegas, NV 89121 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| Mike Poyner 11315 Thorny Brook Trail Austin, TX 78750 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| Mike Smith P.O. Box 1091 Logandale, NV 89021 | - | | | | | | 0.00 |

Sheet no. __108__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.**                                   , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Milestone Paving & Grading 2105 West Grow Road North Las Vegas, NV 89032 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Mindy Troutman - Vandover P.O. Box 121 Overton, NV 89040 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Mine Safety & Health Admin P.O. Box 790390 Saint Louis, MO 63179 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Miracle Playground Sales 9196 Stellar Court Corona, CA 92883 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Miracle Recreation Equipment Corp. 2260 Paysphere Circle Chicago, IL 60674 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __109__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0153** **Moapa Developers** P.O. Box 570 Moapa, NV 89025 | - | | | | **2011** **Business Debt** | | | | 581.42 |
| Account No. **Moapa Valley Convenience Store** P.O. Box 562 Logandale, NV 89021 | - | | | | **2011** **Business Debt** | | | | 0.00 |
| Account No. **Moapa Valley Family Practice** P.O. Box 210357 Logandale, NV 89021 | - | | | | **2011** **Business Debt** | | | | 0.00 |
| Account No. **Moapa Valley High School** 2400 St. Joseph Street Overton, NV 89040 | - | | | | **2011** **Business Debt** | | | | 0.00 |
| Account No. **Moapa Valley Telephone** P.O. Box 365 Overton, NV 89040 | - | | | | **2011** **Business Debt** | | | | 0.00 |

Sheet no. __**110**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    581.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Moapa Valley Water District**<br>**P.O. Box 257**<br>**Logandale, NV 89021** | - | | 2011<br>Business Debt | | | | 0.00 |
| Account No.<br><br>**Mobile Mini, Inc.**<br>**P.O. Box 79149**<br>**Phoenix, AZ 85062** | - | | 2011<br>Business Debt | | | | 0.00 |
| Account No.<br><br>**Mobile One Lube**<br>**1618 State Street**<br>**Green Bay, WI 54304** | - | | 2011<br>Business Debt | | | | 0.00 |
| Account No.<br><br>**Modern Concrete, Inc.**<br>**P.O. Box 5711**<br>**Elko, NV 89802** | - | | 2011<br>Business Debt | | | | 0.00 |
| Account No. **0406**<br><br>**Modular Space Corp.**<br>**12603 Collections Center Drive**<br>**Chicago, IL 60693** | - | | 2011<br>Business Debt | | | | 771.46 |

Sheet no. __111__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

771.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                          , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Moon Valley Nursery 14225 North 7th Street Phoenix, AZ 85023 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Mr. Dirt of Nev. & Best Water 2420 Marco Street Las Vegas, NV 89115 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| MS Concrete 3840 North Commerce North Las Vegas, NV 89032 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Muddy River Contractors P.O. Box 930 Overton, NV 89040 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Mundee Trucking, Inc. 8485 Q El Campo Grande Avenue Las Vegas, NV 89149 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __112__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                        ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Murray L. Perkins P.O. Box 481 Overton, NV 89040 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Napa Auto Parts 535 South State Road 67 Mooresville, IN 46158 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Nathan Broadbent 5850 Skypointe Drive Las Vegas, NV 89130 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 0159 | | | | 2011 Business Debt | | | | |
| National Construction Rentals P.O. Box 4503 Pacoima, CA 91333 | - | | | | | | | |
| | | | | | | | | 835.42 |
| Account No. | | | | 2011 Business Debt | | | | |
| National Rent a Fence 5675 Puebla Street Las Vegas, NV 89131 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __113__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     835.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Nations First Office Repair** <br> **1555 East Flamingo Road, #202** <br> **Las Vegas, NV 89119** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Native Resources Inc.** <br> **6420 South Cameron Drive, Suite 207** <br> **Las Vegas, NV 89118** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **NDEP** <br> **901 South Stewart Street, Suite 4001** <br> **Carson City, NV 89701** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0162** <br><br> **Neff Rentals, Inc.** <br> **P.O. Box 807** <br> **210 Front Street** <br> **Caliente, NV 89008** | - | | | **2011** <br> **Business Debt** | | | | 16,458.24 |
| Account No. <br><br> **NES Rentals** <br> **5440 North Cumberland, Suite 200** <br> **Chicago, IL 60656** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __114__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,458.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| **Nevada Bank & Trust** **P.O. Box 807** **210 Front Street** **Caliente, NV 89008** | - | | | | | | | | **0.00** |
| Account No. | | | | | 2011 Business Debt | | | | |
| **Nevada Bolt & Hose** **2625 East Craig Road, Unit A & B** **North Las Vegas, NV 89030** | - | | | | | | | | **0.00** |
| Account No. | | | | | 2011 Business Debt | | | | |
| **Nevada Dept. of Taxation** **P.O. Box 52609** **Phoenix, AZ 85072** | - | | | | | | | | **0.00** |
| Account No. | | | | | 2011 Business Debt | | | | |
| **Nevada Division of Env. Protect** **555 Wright Way** **Carson City, NV 89711** | - | | | | | | | | **0.00** |
| Account No. **0165** | | | | | 2011 Business Debt | | | | |
| **Nevada House of Hose** **1015 Sharp Circle** **North Las Vegas, NV 89030** | - | | | | | | | | **1,248.60** |

Sheet no. __115__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,248.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Nevada Power** P.O. Box 30086 Reno, NV 89520 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **Nevada Secretary of State** 202 North Carson Street Carson City, NV 89701 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **Nevada Sign, Inc.** 7511 Eastgate Road Henderson, NV 89014 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **Nevada State Contractors Board** 9670 Gateway Drive, Suite 100 Reno, NV 89521 | - | | 2011 Business Debt | | | | 0.00 |
| Account No. **Nevada State Treasurer** P.O. Box 749549 Los Angeles, CA 90074 | - | | 2011 Business Debt | | | | 0.00 |

Sheet no. __116__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
                                                                            ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Nevada Transit & Laser 5720 South Arville, #110 Las Vegas, NV 89118 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Nevada Truck & Trailer Repair P.O. Box 717 West Sacramento, CA 95691 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| New Vista Enterprises 5851 Villa Carmen Circle North Las Vegas, NV 89031 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Nextel/Sprint P.O. Box 4181 Carol Stream, IL 60197 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Nicholas Adwell 3441 Martin Hall Drive Las Vegas, NV 89129 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __117__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,      Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Noah Holm**<br>**3033 South Honey Locust Circle**<br>**Saint George, UT 84790** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**NU Business Systems, Inc.**<br>**260 West 200 North**<br>**Mapleton, UT 84664** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**NU Equipment Inc.**<br>**184 West Brooks Avenue**<br>**North Las Vegas, NV 89030** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0471**<br><br>**NV Energy**<br>**P.O. Box 98910**<br>**Las Vegas, NV 89151** | - | | | | **2011**<br>**Business Debt** | | | | 94.48 |
| Account No. **xx3197**<br><br>**NV Equipment Security Dept.**<br>**500 East Third Street**<br>**Carson City, NV 89713** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __118__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    94.48

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.**                                              Case No. _____
                                                                    ,
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0763** <br><br> **NWTec Invironmental** <br> **7121 West Craig Road, Suite 113** <br> **P.O. Box 123** <br> **Las Vegas, NV 89129** | - | | **2011** <br> **Business Debt** | | | | 525.00 |
| Account No. **0764** <br><br> **O'Conner Construction Manageme** <br> **8851 Research Drive** <br> **Irvine, CA 92618** | - | | **2011** <br> **Business Debt** | | | | 910.00 |
| Account No. <br><br> **Office Depot** <br> **P.O. Box 689020** <br> **Des Moines, IA 50368** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Office Max** <br> **2640 South Decatur Blvd.** <br> **Las Vegas, NV 89131** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Office of the Attorney General** <br> **P.O. Box 659791** <br> **San Antonio, TX 78265** | - | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __**119**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  1,435.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Offsite Development, Inc.**<br>**1637 West Brook Avenue**<br>**North Las Vegas, NV 89032** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Old English Rancho**<br>**1625 South Baker Avenue**<br>**Ontario, CA 91761** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Olson Precast Company**<br>**2750 Marion Drive**<br>**Las Vegas, NV 89115** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Olympic Auto Service**<br>**5035 South Decatur Blvd., Suite 100**<br>**Las Vegas, NV 89118** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Onvia**<br>**509 Olive Way, Suite 400**<br>**Seattle, WA 98101** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __120__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                      Case No. _____
                                                  ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| **OPIS** **9737 Washington Center** **Gaithersburg, MD 20878** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Original Outdoors** **3302 Hummingbird Lane** **Robstown, TX 78380** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **OSHA Safety Experts, Inc.** **10013 Solid Lime Street** **Las Vegas, NV 89183** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Outdoor Creations** **2270 Barney Road** **Anderson, CA 96007** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Overton Auto Parts** **P.O. Box 460** **Overton, NV 89040** | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __121__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                     ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Overton Power District** <br> **P.O. Box 395** <br> **Overton, NV 89040** | | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Overton Valley Service Center** <br> **P.O. Box 395** <br> **Overton, NV 89040** | | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0912** <br><br> **P & L Fencing & Iron, LLC** <br> **8414 W. Farm Road, Suite 180-475** <br> **Las Vegas, NV 89131** | | - | | **2011** <br> **Business Debt** | | | | 40,983.35 |
| Account No. **0274** <br><br> **Pacific Coast Steel** <br> **8350 Eastgate Road** <br> **Henderson, NV 89015** | | - | | **2011** <br> **Business Debt** | | | | 14,816.21 |
| Account No. <br><br> **Palintest USA** <br> **21 Kenton Lands Road** <br> **Erlanger, KY 41018** | | - | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __122__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      55,799.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                  ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pan Western Corp.**<br>**4910 Donovan Way**<br>**North Las Vegas, NV 89081** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. <br><br>**Panaca Farmstead Assoc.**<br>**P.O. Box 597**<br>**Panaca, NV 89042** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. <br><br>**Panaca Irrigation Company**<br>**P.O. Box 177**<br>**Panaca, NV 89042** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0181**<br><br>**Par 3 Landscape & Maintenance**<br>**4610 Wynn Road, Suite B**<br>**Las Vegas, NV 89103** | - | | **2011**<br>**Business Debt** | | | | 3,079.15 |
| Account No. <br><br>**Parkson**<br>**1401 West Cypress Creek Road**<br>**Fort Lauderdale, FL 33309** | - | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __123__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,079.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                              Case No. _____
                                                               ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0597** <br><br> **Paso Robles Tank, Inc.** <br> **825 26th Street** <br> **P.O. Box 3229** <br> **Paso Robles, CA 93446** | - | | | **2011** <br> **Business Debt** | | | | 5,025.00 |
| Account No. **0688** <br><br> **Patriot Contractors, LLC** <br> **7770 W. Spring Mountain Road** <br> **Las Vegas, NV 89117** | - | | | **2011** <br> **Business Debt** | | | | 364,093.03 |
| Account No. <br><br> **Pavement Recycling Systems** <br> **121 North Main** <br> **P.O. Box 1266** <br> **Riverside, CA 92502** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Payson Diesel** <br> **840 North Main** <br> **Payson, UT 84651** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **PBS&J** <br> **2270 Corporate Circle, Suite 100** <br> **Henderson, NV 89074** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __**124**_ of __**180**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          369,118.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| PCI Group, Inc. 23043 North 15th Lane Phoenix, AZ 85027 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Pearson Trenching & Trucking 8625 Edmond Street Las Vegas, NV 89139 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Penhall Company 1801 Penhall Way Anaheim, CA 92801 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| PepBoys Auto 4141 North Rancho Drive Las Vegas, NV 89130 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Performance Muffler Shop 5155 South Dean Martin Las Vegas, NV 89118 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __125__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0287** <br><br> **Peri Formwork Systems Inc.** <br> **P.O. Box 631914** <br> **Baltimore, MD 21263** | - | | **2011** <br> **Business Debt** | | | | **1,645.00** |
| Account No. <br><br> **Perkins Equipment** <br> **P.O. Box 95** <br> **Wells, NV 89835** | - | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. **0227** <br><br> **Peterbilt of Las Vegas** <br> **P.O. Box 335070** <br> **North Las Vegas, NV 89033** | - | | **2011** <br> **Business Debt** | | | | **159.47** |
| Account No. <br><br> **Phoenix E** <br> **339 Mobil Avenue** <br> **Camarillo, CA 93010** | - | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Pickard & Vogt, LLC** <br> **2418 Don Felipe Road SW** <br> **Albuquerque, NM 87105** | - | | **2011** <br> **Business Debt** | | | | **0.00** |

Sheet no. __126__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,804.47**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                              Case No. _____
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0188**<br><br>**Pipe Maintenance Service, Inc.**<br>**4101 East Lone Mountain**<br>**North Las Vegas, NV 89081** | - | | | | **2011**<br>**Business Debt** | | | | **5,025.00** |
| Account No. **0952**<br><br>**Plummer's Environmental Services**<br>**10075 Sedroc Industrial Drive**<br>**Byron Center, MI 49315** | - | | | | **2011**<br>**Business Debt** | | | | **18,258.81** |
| Account No.<br><br>**Post Tension of Nevada**<br>**1179 Center Point Drive**<br>**Henderson, NV 89074** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Power Plus**<br>**1005 North Edward Court**<br>**Anaheim, CA 92806** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Power SR Bray**<br>**1005 North Edward Court**<br>**Anaheim, CA 92806** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __**127**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **23,283.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**
_____ ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Precision Excavating P.O. Box 659 Saint George, UT 84771 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Precision Pumps P.O. Box 659 Saint George, UT 84771 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Preferred Builders Self Ins. G 770 Pilot Road, Suite I Las Vegas, NV 89119 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Preferred Pump & Equipment 770 Pilot Road, Suite I Las Vegas, NV 89119 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No.  **0580** | | | | 2011 Business Debt | | | | |
| Premier Mechanical LLC 4375 Polaris Avenue, Suite A Las Vegas, NV 89103 | - | | | | | | | |
| | | | | | | | | 24,356.50 |

Sheet no. __128__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **24,356.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Premier Traffic Control, Inc.**<br>**P.O. Box 26644**<br>**Las Vegas, NV 89126** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0576**<br><br>**Prewitt Land Surveying**<br>**5892 Taylor Valley Avenue**<br>**Las Vegas, NV 89131** | - | | | **2011**<br>**Business Debt** | | | | 3,723.46 |
| Account No. **0778**<br><br>**Prime Contracting LLC**<br>**500 North Estrella Pkwy, Ste. B2-606**<br>**Goodyear, AZ 85338** | - | | | **2011**<br>**Business Debt** | | | | 284,055.65 |
| Account No.<br><br>**Private Eyes, Inc.**<br>**190 North Wiget Lane, Suite 94598**<br>**Walnut Creek, CA 94598** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Pro Grass**<br>**960 Penn Avenue, #10**<br>**Pittsburgh, PA 15222** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __129__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                287,779.11

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Pro Tect Security 3511 South Eastern Avenue Las Vegas, NV 89169 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Progressive Business Complianc P.O. Box 3014 Malvern, PA 19355 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| PTO Sales 1646 East University Drive Phoenix, AZ 85034 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Quality Ford 4150 Donovan Way North Las Vegas, NV 89030 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **0189** | | | | 2011 Business Debt | | | | |
| Quill Corporation P.O. Box 37600 Philadelphia, PA 19101 | - | | | | | | | |
| | | | | | | | | 1,198.79 |

Sheet no. __130__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,198.79 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**
_____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| R & J Steel, LLC 1611 Brooks Avenue North Las Vegas, NV 89032 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| R & R Trap Sales & Service Inc. 8611 Geronimo Drive San Antonio, TX 78254 | - | | | | | | | 0.00 |
| Account No. **0192** | | | | 2011 Business Debt | | | | |
| Rafael Framers 7120 Rafael Ridge Way Las Vegas, NV 89119 | - | | | | | | | 3,103.88 |
| Account No. | | | | 2011 Business Debt | | | | |
| Rafaela Ramirez P.O. Box 564 Moapa, NV 89025 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| RailroadEducation.com P.O. Box 7435 Pueblo, CO 81007 | - | | | | | | | 0.00 |

Sheet no. __131__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,103.88**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0190**<br><br>**Rain 2 Day Inc.**<br>**4740 Industry Park Court**<br>**Las Vegas, NV 89115** | - | | | | **2011**<br>**Business Debt** | | | | 51,397.50 |
| Account No.<br><br>**Rain for Rent**<br>**File 52541**<br>**Los Angeles, CA 90074** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Rain for Rent**<br>**4280 North Pecos Road**<br>**Las Vegas, NV 89115** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Rainbow Cable**<br>**P.O. Box 300**<br>**Pioche, NV 89043** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Rainbow Rock**<br>**2222 West Cheyenne**<br>**North Las Vegas, NV 89032** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __**132**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **51,397.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Ralph Leavitt P.O. Box 365 Moapa, NV 89025 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Ramrod Construction, LLC P.O. Box 551 Moapa, NV 89025 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Rawson Refrigeration Service P.O. Box 258 1970 Rawson Avenue Logandale, NV 89021 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| RDO Equipment Co. 16415 No. IH - 35 Pflugerville, TX 78660 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| RDR Gilbert Inc aba Skips Spring Service 5310 Progen Street Las Vegas, NV 89118 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __133_ of __180_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Ready Mix, Inc. 3430 East Flamingo Road, #100 Las Vegas, NV 89121 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Rebel Express, LLC 8028 Bronzewood Avenue Las Vegas, NV 89149 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Red Mountain Machinery Co. 197 East Warner Road Chandler, AZ 85225 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Redburn Tire Co. 4710 East Cartier Las Vegas, NV 89140 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Redrock Keys Inc. P.O. Box 800-261 Mesquite, NV 89024 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __134__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Reef Industries, Inc. 9209 Almeda Genora Road Houston, TX 77075 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| ReInforce Earth Pumping 8614 Westwood Center Drive, Suite 1100 Vienna, VA 22182 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Reliable Corporation 135 South Lasalle Street Chicago, IL 60674 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Reliable Pump, Inc. P.O. Box 31115 Las Vegas, NV 89173 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Reno Gazette-Journal P.O. Box 677345 Dallas, TX 75267 | - | | | | | | | 0.00 |

Sheet no. __135_ of __180_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**
_____,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0295** <br><br> **Republic Dumpco** <br> **P.O. Box 78040** <br> **Phoenix, AZ 85062** | - | | | **2011** <br> **Business Debt** | | | | 439.84 |
| Account No. <br><br> **Republic Servies Inc.** <br> **P.O. Box 78829** <br> **Phoenix, AZ 85062** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **RGD Surveying LLC** <br> **P.O. Box 148** <br> **Logandale, NV 89021** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Rhino's Turf Equipment** <br> **4241 Arville Street** <br> **Las Vegas, NV 89103** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Richard Allen Alvarez** <br> **1809 Bill Baker Drive** <br> **Austin, TX 78748** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __**136**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **439.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Richardson & Burgess, LLP 221 West 6th Street, Suite 900 Austin, TX 78701 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Rinker Materials P.O. Box 100497 Pasadena, CA 91189 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| RIO Grande Electric Cooperative P.O. Box 1509 Brackettville, TX 78832 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Ritchie Brothers Auctioneers 3901 Faulkner Drive Lincoln, NE 68506 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| RMI Operating Co./Ready Mix 5745 North Scottsdale Road, Suite B110 Scottsdale, AZ 85250 | - | | | | | | | 0.00 |

Sheet no. __137__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                         ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Roadrunner**<br>**1410 West Huracan**<br>**Pahrump, NV 89048** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Roadrunner Energy, Inc.**<br>**2621 East Main**<br>**Uvalde, TX 78801** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0716**<br><br>**Roadsafe Traffic Systems**<br>**908 Sharp Circle**<br>**North Las Vegas, NV 89030** | - | | | **2011**<br>**Business Debt** | | | | 19,382.19 |
| Account No. **0786**<br><br>**Roadway Specialties, Inc.**<br>**P.O. Box 90309**<br>**Austin, TX 78709** | - | | | **2011**<br>**Business Debt** | | | | 8,500.00 |
| Account No.<br><br>**Robert C. Lewis - Farm**<br>**P.O.Box 520**<br>**Moapa, NV 89025** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __138__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **27,882.19**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                                     Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Robertson Industries Inc. 319 Perry Ellis Drive Henderson, NV 89014 | - | | | | | | | 0.00 |
| Account No. **1001** | | | | 2011 Business Debt | | | | |
| Rockway Precast 3840 North Bruce Street North Las Vegas, NV 89030 | - | | | | | | | 664.82 |
| Account No. | | | | 2011 Business Debt | | | | |
| Rodney Holm 3840 North Bruce Street North Las Vegas, NV 89030 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Rodney Holm, Jr. 4107 Jessice Marie Street North Las Vegas, NV 89032 | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Roger Wagner 5001 Justice Creek Avenue Las Vegas, NV 89130 | - | | | | | | | 0.00 |

Sheet no. __139__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          664.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                          , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Rolando Medina 379 Arroyo Rancho Road Kyle, TX 78640 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Ron & Bernardine Curd P.O. Box 843 Panguitch, UT 84759 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. **0602** | | | | | 2011 Business Debt | | | | |
| Ron Hanlon Masonry, LLC 3308 Meade Avenue Las Vegas, NV 89102 | - | | | | | | | | |
| | | | | | | | | | 4,716.15 |
| Account No. **0993** | | | | | 2011 Business Debt | | | | |
| Roundrock IT Pros 2707 Creek Bend Circle Round Rock, TX 78681 | - | | | | | | | | |
| | | | | | | | | | 102.84 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Rowley Contracting Inc. 1389 Dragon Rock Drive Henderson, NV 89052 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __**140**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      4,818.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                      ,        Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **RP Heim** **742F Pioneer Blvd.** **Mesquite, NV 89027** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **RPI Coating, Inc.** **10114 Shoemaker Avenue** **Santa Fe Springs, CA 90670** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **Ryan Houdek** **10421 Valaris Court** **Las Vegas, NV 89178** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **Safeco Insurance** **P.O. Box 6478** **Carol Stream, IL 60197** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2011** **Business Debt** | | | | |
| **Safelite Auto Glass** **4601 Cheyenne Avenue. Suite 113** **Las Vegas, NV 89115** | - | | | | | | | |
| | | | | | | | | **0.00** |

Sheet no. __141__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Safety Storage Inc.**<br>**2301Bert Drive**<br>**Hollister, CA 95023** | - | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Safety SuperCenter.com**<br>**2919 West Irving Park Road**<br>**Chicago, IL 60618** | - | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No. **1038**<br><br>**Sage Construction**<br>**P.O. Box 363968**<br>**North Las Vegas, NV 89036** | - | | **2011**<br>**Business Debt** | | | | **4,555.84** |
| Account No.<br><br>**Sage Plumbing**<br>**P.O. Box 1704**<br>**Overton, NV 89040** | - | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Samuel Jay Trumbo**<br>**2479 Grand Basin Drive**<br>**Las Vegas, NV 89156** | - | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __142__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,555.84**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.**                                         , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| SCADU State Collection & Disbursement P.O. Box 98950 Las Vegas, NV 89193 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Scholzen Products Co. P.O. Box 628 Hurricane, UT 84737 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Sean Walton 5341 Fairbranch Lane Las Vegas, NV 89135 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Searchlight Merchantile Co Inc. 8448 Samra Drive Canoga Park, CA 91304 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Segovia Truck Stop 115 South Segovia Access Road Junction, TX 76849 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __143__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                              Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Semco Ultimate Surface 4180 West Desert Inn Road Las Vegas, NV 89102 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **0647** | | | | 2011 Business Debt | | | | |
| Sequoia Electric Underground 5960 North Park Street Las Vegas, NV 89149 | - | | | | | | | |
| | | | | | | | | 270,524.85 |
| Account No. | | | | 2011 Business Debt | | | | |
| Ser-Mac 1327 Western Avenue Las Vegas, NV 89102 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Sergio Flores 132 Maplewood North Kyle, TX 78640 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Service Rock Products 151 Cassia Way Henderson, NV 89014 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __**144**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal
                                              (Total of this page)          270,524.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0305** <br><br> **Severn Trent Services Inc.** <br> **P.O. Box 7777** <br> **Philadelphia, PA 19175** | - | | | **2011** <br> **Business Debt** | | | | 118,587.18 |
| Account No. <br><br> **Sharon Morris** <br> **P.O. Box 976** <br> **Springtown, TX 76082** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Shell Oil** <br> **P.O. Box 183019** <br> **Columbus, OH 43218-3019** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Siemans Water Technology** <br> **c/o MISCO** <br> **1901 South Prairie Avenue** <br> **Waukesha, WI 53187** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Sierra Geosynthetic Service** <br> **2225 East Greg Street, Suite 104** <br> **Sparks, NV 89431** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. **145** of **180** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

118,587.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Sierra Ice 7380 Eastgate, Suite 120 Henderson, NV 89011 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| SignSource, Inc. P.O. Box 11120 Prescott, AZ 86304 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Silver State Credit Union P.O. Box 12037 Las Vegas, NV 89112 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Silver State Hydralic Services 1710 Western Avenue Las Vegas, NV 89102 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Silver State Materials 4005 Dean Martin Drive Las Vegas, NV 89103 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __146__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                          Case No. _____
                                              ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Silver State Wire Rope** <br> **8740 South Jones Blvd.** <br> **Las Vegas, NV 89139** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Simplot Silica Products** <br> **P.O. Box 308** <br> **Overton, NV 89040** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Sinclair Gas Station** <br> **P.O. Box 30825** <br> **Salt Lake City, UT 84130** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. **0345** <br><br> **Sirius Satellite Radio Inc.** <br> **P.O. Box 34517** <br> **Newark, NJ 07189** | - | | | **2011** <br> **Business Debt** | | | | **159.83** |
| Account No. <br><br> **Skip's Spring Service** <br> **5310 Procyon Street** <br> **Las Vegas, NV 89118** | - | | | **2011** <br> **Business Debt** | | | | **0.00** |

Sheet no. __147__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**159.83**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**
                                                    ,      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Slater Seeding P.O. Box 812 Elko, NV 89803 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| SNEI, Inc. 6295 McLeod, Suite 1 Las Vegas, NV 89120 | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Soil Stabilization & Asphalt 2290 North Batavia Orange, CA 92865 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Soil Tech Inc. 6420 South Cameron, Suite 207 Las Vegas, NV 89118 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Solansky Welding and Pump 501 West Zavala Street Crystal City, TX 78839 | - | | | | | | | | 0.00 |

Sheet no. __148__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.** _____,  Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0585** <br><br> **Solarbee, Inc.** <br> **3225 Hwy 22** <br> **Dickinson, ND 58601** | | - | | **2011** <br> **Business Debt** | | | | **7,436.00** |
| Account No. <br><br> **South Point Dodge** <br> **5210 South IH 35** <br> **Austin, TX 78745** | | - | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Southern Nevada Paving Material** <br> **Dept 2471 P.O. Box 122471** <br> **Dallas, TX 75312** | | - | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Southern Nevada Water Authority** <br> **1001 South  Valley View Blvd.** <br> **Las Vegas, NV 89153** | | - | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Southwest Analytical, Inc.** <br> **4208 Arcata Way, Suite A** <br> **North Las Vegas, NV 89030** | | - | | **2011** <br> **Business Debt** | | | | **0.00** |

Sheet no. __**149**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,436.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                          Case No. _____
                                              ,
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Southwest Gas Corp. P.O. Box 52075 Phoenix, AZ 85072 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Southwest Geotextiles 2285 South Hillrise Circle Saint George, UT 84790 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Southwest Rebar, LLC 2473 Losee Road North Las Vegas, NV 89030 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Southwest Reinforcing, Inc. 2437 Losee Road North Las Vegas, NV 89030 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Southwest TX Veterinary Med. P.O. Box 1531 Uvalde, TX 78801 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __150_ of __180_ sheets attached to Schedule of                    Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0215**<br><br>**Sparkletts**<br>**P.O. Box 660579**<br>**Dallas, TX 75266** | - | | | | **2011**<br>**Business Debt** | | | | **911.87** |
| Account No.<br><br>**Speedco Truck Lube**<br>**2920 Losee Truck**<br>**North Las Vegas, NV 89030** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Spirit**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Spirit Underground**<br>**3525 West Hacienda Avenue**<br>**Las Vegas, NV 89118** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Spray Systems**<br>**P.O. Box 7900**<br>**Wheaton, IL 60189** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __**151**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **911.87**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.** ,                                   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| **Sprint** **P.O. Box 219100** **Kansas City, MO 64121** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Sprint Telephones** **P.O. Box 219100** **Kansas City, MO 64121** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **0621** | | | | 2011 Business Debt | | | | |
| **Stampco Concrete Inc.** **699 Brandy  Hill Place** **Henderson, NV 89052** | - | | | | | | | |
| | | | | | | | | 10,280.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Standard Plumbing Supply Co.** **P.O. Box 708490** **Sandy, UT 84070** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Stantec Consulting Inc.** **13980 Collections Center Drive** **Chicago, IL 60693** | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __152__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,280.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.**  , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Star Equipment, Inc. 2100 107th Lane NE Minneapolis, MN 55449 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Star Nursery 125 Cassia Way Henderson, NV 89014 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Star Sign & Banner 1060 South Stewart Street Carson City, NV 89712 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| State of Nevada 515 East Musser, Suite 102 Carson City, NV 89701 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| State of Nevada - Dept of Transportation 1263 South Stewart Street Carson City, NV 89712 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. **153** of **180** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                          ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx3202**<br><br>**State of Texas**<br>**Department of Transportation**<br>**125 East 11th Street**<br>**Austin, TX 78701** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **xxxx3003**<br><br>**State of Texas**<br>**Department of Transportation**<br>**125 East 11th Street**<br>**Austin, TX 78701** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0218**<br><br>**Steel Engineers, Inc.**<br>**5435 Valley View Blvd.**<br>**Las Vegas, NV 89118** | - | | | | **2011**<br>**Business Debt** | | | | 69.40 |
| Account No.<br><br>**Steve Collins**<br>**P.O. Box 2351**<br>**Overton, NV 89040** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Stewart Archibald & Barney LLP**<br>**7881 West Charleston Blvd., #250**<br>**Kirtland AFB, NM 87117** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. _**154**_ of _**180**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **69.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                          Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| Stirling Black P.O. Box 2043 Mesquite, NV 89024 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Storage West - Eastern 7485 South Eastern Avenue Las Vegas, NV 89123 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Stout Roofing, Inc. 625 Red Rock Road Saint George, UT 84770 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| Stream Energy P.O. Box 650026 Dallas, TX 75265 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **0939** | | | | 2011 Business Debt | | | | |
| Striping Solutions 4181 West Oquendo Las Vegas, NV 89118 | - | | | | | | | |
| | | | | | | | | 12,237.50 |

Sheet no. __155__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 12,237.50 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Sulterneier Surveying & Engineer**<br>**805 North Llano**<br>**Fredericksburg, TX 78624** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0456**<br><br>**Sunbelt Rentals**<br>**1275 West Cheyenne Avenue**<br>**North Las Vegas, NV 89032** | - | | | **2011**<br>**Business Debt** | | | | 1,957.53 |
| Account No.<br><br>**Sundance Survey**<br>**3395 West Cheyenne Avenue, Suite 106**<br>**North Las Vegas, NV 89032** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Sunland Asphalt**<br>**3002 South Priest Drive**<br>**Tempe, AZ 85282** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Sunrise Engineering**<br>**11 North 300 West**<br>**Washington, UT 84780** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __156__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,957.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sunrise Paving, Inc.** <br> **5562 Mountain Vista Street** <br> **Las Vegas, NV 89120** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0220** <br><br> **Sunstate Equipment Co.** <br> **P.O. Box 52581** <br> **Phoenix, AZ 85072** | - | | **2011** <br> **Business Debt** | | | | 4,776.69 |
| Account No. <br><br> **Sunworld Landscape, LLC** <br> **451 East Sunset** <br> **Henderson, NV 89011** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Superior Pipe** <br> **4627 Cameron Street** <br> **Las Vegas, NV 89103** | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Superior Tire** <br> **P.O. Box 308** <br> **Warren, PA 16365** | - | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __157__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,776.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                            ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0221**<br><br>**Superior Traffic Services Corp.**<br>**4337 West Sunset Road**<br>**Las Vegas, NV 89118** | - | | | | **2011**<br>**Business Debt** | | | | **7,562.44** |
| Account No.<br><br>**Supply Hero, LLC**<br>**8853 Lenexa Drive**<br>**Overland Park, KS 66214** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Surety 2000**<br>**P.O. Box 140528**<br>**Kansas City, MO 64114** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No. **0895**<br><br>**Surveying & Mapping**<br>**4801 Southwest Pkwy, Two Suite 100**<br>**Austin, TX 78735** | - | | | | **2011**<br>**Business Debt** | | | | **10,520.00** |
| Account No.<br><br>**Sweep Across Texas**<br>**1512 Dungan Lane**<br>**Austin, TX 78754** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __**158**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,082.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,  Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sybertech Waste Reduction** <br> **13698 Coldicutt Avenue** <br> **White Rock, B.C. Canada V4B-3A9** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0984** <br><br> **Symons by Dayton Superior** <br> **2400 Arthur Avenue** <br> **Elk Grove Village, IL 60009** | - | | | **2011** <br> **Business Debt** | | | | 6,726.20 |
| Account No. <br><br> **Sysco San Antonio** <br> **P.O. Box 18364** <br> **San Antonio, TX 78218** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Tandem Petroleum Marketeers** <br> **P.O. Box 589** <br> **Uvalde, TX 78802** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Taradigm, Inc.** <br> **P.O. Box 2762** <br> **Fair Oaks, CA 95628** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __159__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,726.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.** _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Taylor Concrete Pumping Corp. P.O. Box 3483 Palos Verdes Peninsula, CA 90274 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Tellepipe 3903 West Martin Avenue Las Vegas, NV 89118 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Ten Mechanical 209 Avenida Del Mar #206 San Clemente, CA 92672 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Terracon Consultants Inc. 1360 Greg Street, Suite 111-112 Sparks, NV 89431 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Texas Community Bank P.O. Box 450269 Laredo, TX 78045 | - | | | | | | | | 0.00 |

Sheet no. __160__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                       0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**
_____,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| **Texas Crane Services** **203 South West W White Road** **San Antonio, TX 78219** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Texas Farm Store** **236 East Nopal** **Uvalde, TX 78801** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No.  **1026** | | | | 2011 Business Debt | | | | |
| **Texas Office Machines** **13805 Ann Place** **Austin, TX 78728** | - | | | | | | | |
| | | | | | | | | 237.48 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Texas State Comptroller** **Comptroller of Public Accounts** **P.O. Box 148356** **Austin, TX 78714** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **Texas Trophy Hunters** **326 Sterling Browining, #101** **San Antonio, TX 78232** | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __161__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

237.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                      ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | - | | | 2011 Business Debt | | | | |
| Texas Workforce Commission P.O. Box 149037 Austin, TX 78714 | | | | | | | | 0.00 |
| Account No. **0866** | - | | | 2011 Business Debt | | | | |
| TexCon Oil Company Hay City Corporation P.O. Box 18463 Austin, TX 78760 | | | | | | | | 3,322.76 |
| Account No. | - | | | 2011 Business Debt | | | | |
| Texmo Oil Company Jobbers 2950 East Andy Devine Avenue Kingman, AZ 86401 | | | | | | | | 0.00 |
| Account No. | - | | | 2011 Business Debt | | | | |
| Thatcher Company 2915 Losee Road, #106 Las Vegas, NV 89101 | | | | | | | | 0.00 |
| Account No. | - | | | 2011 Business Debt | | | | |
| The City of Austin Construction Water P.O. Box 1088 Austin, TX 78767 | | | | | | | | 0.00 |

Sheet no. __162__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              3,322.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                          ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **The Reinforced Earth Company** <br> **1331 Airport Freeway, #302** <br> **Euless, TX 76040** | - | | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **The Smith Company** <br> **2110 March Road** <br> **Roseville, CA 95747** | - | | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0631** <br><br> **The Smith Overhead Door Co.** <br> **7065 West Ann Road, #130-155** <br> **Las Vegas, NV 89130** | - | | | | **2011** <br> **Business Debt** | | | | 178.20 |
| Account No. <br><br> **The Vistas** <br> **4150 Arkwright Road** <br> **Macon, GA 31210** | - | | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Thornton Concrete Pumping, Inc.** <br> **5145 South Roagers Street, A-2** <br> **Las Vegas, NV 89118** | - | | | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __163__ of __180__ sheets attached to Schedule of          Subtotal          | 178.20
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wiser Construction, LLC.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0311** <br><br> **Tiberti Fence Company** <br> **4975 Roger Street** <br> **Las Vegas, NV 89118** | - | | **2011** <br> **Business Debt** | | | | **2,213.80** |
| Account No. <br><br> **TNT Masonry** <br> **3675 East Post Road, Suite B** <br> **Las Vegas, NV 89123** | - | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. <br><br> **Tommy's Heavy Haul** <br> **P.O. Box 3355159** <br> **North Las Vegas, NV 89033** | - | | **2011** <br> **Business Debt** | | | | **0.00** |
| Account No. **0574** <br><br> **Tonka Equipment Company** <br> **P.O. Box 41126** <br> **Minneapolis, MN 55441** | - | | **2011** <br> **Business Debt** | | | | **347.00** |
| Account No. <br><br> **Tot Turf by Robertson Inc.** <br> **P.O. Box 4425** <br> **Scottsdale, AZ 85260** | - | | **2011** <br> **Business Debt** | | | | **0.00** |

Sheet no. __**164**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **2,560.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                        , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  Towbin Dodge  275 Auto Mall Drive  Henderson, NV 89014 | - | | | 2011  Business Debt | | | | 0.00 |
| Account No.  Townsend Trucking  273 Tocky Top Lane  Medina, TX 78055 | - | | | 2011  Business Debt | | | | 0.00 |
| Account No.  Traffic Control Service Inc.  P.O. Box 4180  Fullerton, CA 92834 | - | | | 2011  Business Debt | | | | 0.00 |
| Account No.  Traffic Guard Direct  P.O. Box 201  Geneva, IL 60134 | - | | | 2011  Business Debt | | | | 0.00 |
| Account No.  Trailer Decking  1022 Marshall Street, Unit 480  Portland, OR 97209 | - | | | 2011  Business Debt | | | | 0.00 |

Sheet no. __165__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                   ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Trapper & Predator Caller** <br> **P.O. Box 420235** <br> **Palm Coast, FL 32142** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Travis County Constable** <br> **10409 Bunet Road, Suite 150** <br> **Austin, TX 78758** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Travis County Sheriff's Office** <br> **P.O.  Box 1748** <br> **314 West 11th** <br> **Austin, TX 78767** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0225** <br><br> **Trench Plate Rental Corp.** <br> **13217 Laureldale Avenue** <br> **Downey, CA 90242** | - | | | **2011** <br> **Business Debt** | | | | 66,009.82 |
| Account No. **1034** <br><br> **Trench Shoring Company** <br> **636 East Rosecrans Avenue** <br> **Los Angeles, CA 90059** | - | | | **2011** <br> **Business Debt** | | | | 6,535.41 |

Sheet no. __166_ of __180_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,545.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **0616**<br><br>**Tri-City Drywall, Inc.**<br>**200 Commerce Park Court**<br>**North Las Vegas, NV 89032** | - | | | | **2011**<br>**Business Debt** | | | | 1,018.70 |
| Account No. **0929**<br><br>**Tri-R Construction**<br>**P.O. Box 29021**<br>**Laughlin, NV 89028** | - | | | | **2011**<br>**Business Debt** | | | | 27,021.50 |
| Account No.<br><br>**TriCon PreCast Limited**<br>**15055 Henry Road**<br>**Houston, TX 77060** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Trigen Construction**<br>**421 West Bonanza Road**<br>**Las Vegas, NV 89106** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Triton Grading & Paving LLC**<br>**4107 West Cheyenne Avenue**<br>**North Las Vegas, NV 89032** | - | | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __**167**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,040.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                      ,      Case No. _____
                                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Business Debt | | | | |
| **Truckee Meadows Water Justine Chambers Authority 1355 Capital Blvd. Reno, NV 89502** | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **True Value Hardware 706 Canyon Road Boulder City, NV 89005** | - | | | | | | | 0.00 |
| Account No. **0228** | | | | 2011 Business Debt | | | | |
| **TW Consulting, Inc. P.O. Box 633 Moapa, NV 89025** | - | | | | | | | 220.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **TXI Corporate Office 1341 Douglas Street, Stop 1690 Omaha, NE 68179** | - | | | | | | | 0.00 |
| Account No. | | | | 2011 Business Debt | | | | |
| **U-Haul Trailer 1900 South Decatur Blvd. Las Vegas, NV 89140** | - | | | | | | | 0.00 |

Sheet no. __168__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        220.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 2011 Business Debt | | | | |
| Union Pacific Railroad Comp 1400 Douglas Street, Stop 1690 Omaha, NE 68179 | | | | | | | | 0.00 |
| Account No. | | - | | 2011 Business Debt | | | | |
| United Blower Inc. 1198 Airport Drive Ball Ground, GA 30107 | | | | | | | | 0.00 |
| Account No. | | - | | 2011 Business Debt | | | | |
| United Home Life Insurance Co. P.O. Box 1270 Indianapolis, IN 46206 | | | | | | | | 0.00 |
| Account No. **0230** | | - | | 2011 Business Debt | | | | |
| United Rentals File 51122 450 Glass Lane Suite C Los Angeles, CA 90074 | | | | | | | | 105,041.83 |
| Account No. | | - | | 2011 Business Debt | | | | |
| United States Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 | | | | | | | | 0.00 |

Sheet no. **169** of **180** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **105,041.83**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,   Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 Business Debt | | | | |
| Universal Business Insurance P.O. Box 709210 9980 S. 300 W., Suite 320 Sandy, UT 84070 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| US Postal Service 1001 East Sunset Road Las Vegas, NV 89199 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| USA Blue Book P.O. Box 9004 Gurnee, IL 60031 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| USA Marsh NW 8622, P.O. Box 1450 Minneapolis, MN 55485 | - | | | | | | 0.00 |
| Account No. | | | 2011 Business Debt | | | | |
| USA Shade Inc. P.O. Box 678420 Dallas, TX 75267 | - | | | | | | 0.00 |

Sheet no. __170__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Utah Division of Occupational and Professional Licensing**<br>**P.O. Box 45805**<br>**Salt Lake City, UT 84145** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Uvalco Supply, LLC**<br>**2521 East Main Street**<br>**P.O. Box 990**<br>**Uvalde, TX 78802** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Uvalde County Appraisal Distr.**<br>**209 North High Street**<br>**Uvalde, TX 78801** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Valentine Surfacing**<br>**14018 NorthWest Third Court**<br>**WA 98658** | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**ValleyCrest Landscape Dev. Inc.**<br>**4021 West Carey Avenue**<br>**North Las Vegas, NV 89032** | - | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __171__ of __180__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**VCE, Inc.**<br>**P.O. Box 25285**<br>**Nashville, TN 37202** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Verizon Wireless**<br>**P.O. Box 9622**<br>**Mission Hills, CA 91345** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Verlie Doing**<br>**P.O. Box 187**<br>**Searchlight, NV 89046** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Vibration Control Engineering**<br>**2604 Foster Avenue**<br>**Nashville, TN 37210** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Victaulic Company of America**<br>**P.O Box 31**<br>**Easton, PA 18044** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __172_ of __180_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                                           Case No. _____
                                              ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Villas @ Moon Valley HOA**<br>**20783 North 83rd Avenue, #103-456**<br>**Peoria, AZ 85382** | | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**Vinyl Disorder**<br>**P.O. Box 2697**<br>**Mission Viejo, CA 92690** | | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0760**<br><br>**Vista Apartments**<br>**330 Needles Highway**<br>**Laughlin, NV 89029** | | - | | **2011**<br>**Business Debt** | | | | 206.00 |
| Account No.<br><br>**Vista Executive Suites, LLC**<br>**P.O. Box 370040**<br>**Las Vegas, NV 89137** | | - | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**VTN**<br>**2727 South Rainbow Blvd.**<br>**Las Vegas, NV 89146** | | - | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __173__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

206.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    ,    Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Walter Soboelski** <br> **P.O. Box 630** <br> **Logandale, NV 89021** | | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **0871** <br><br> **Waste Management of Texas** <br> **P.O. Box 660345** <br> **Dallas, TX 75266** | | - | | **2011** <br> **Business Debt** | | | | 824.19 |
| Account No. <br><br> **Water Movers Inc.** <br> **311 West Utah Avenue** <br> **Las Vegas, NV 89102** | | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Water Services Department** <br> **City of Phoenix** <br> **P.O. Box 29663** <br> **Phoenix, AZ 85038** | | - | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Watson Bowman Acme, Corp.** <br> **22062 Network Place** <br> **Chicago, IL 60673** | | - | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __174__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

824.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    Case No. _____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Wegner Media Productions, LLC 88 Coronado Road, Suite 8 Kerrville, TX 78028 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Weir Floway, Inc. 2494 South Railroad Avenue P.O. Box 164 Fresno, CA 93707 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Wells Cargo, Inc. 9127 West Russell Road, Suite 210 Las Vegas, NV 89148 | - | | | | | | | | 0.00 |
| Account No. xx4654 | | | | | 2011 Business Debt | | | | |
| Wells Fargo Bank (Line of Credit) P.O. Box 30427 Los Angeles, CA 90030 | - | | | | | | | | 120,000.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Wells Fargo Card Services, Inc. P.O.Box 54349 Los Angeles, CA 90054 | - | | | | | | | | 0.00 |

Sheet no. **175** of **180** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              120,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wiser Construction, LLC.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Wells Fargo Equipment Finance<br>P.O. Box 1450<br>Minneapolis, MN 55484** | - | | | **2011<br>Business Debt** | | | | 0.00 |
| Account No.<br><br>**Wells Rural Electric Company<br>P.O. Box 365<br>North Las Vegas, NV 89085** | - | | | **2011<br>Business Debt** | | | | 0.00 |
| Account No. **0430**<br><br>**Werdco BC, Inc.<br>4660 Flippin Street<br>Las Vegas, NV 89115** | - | | | **2011<br>Business Debt** | | | | 24,895.10 |
| Account No.<br><br>**Western Nevada Supply<br>950 South Rock Blvd.<br>Sparks, NV 89431** | - | | | **2011<br>Business Debt** | | | | 0.00 |
| Account No.<br><br>**Western Sign and Flag<br>4181 West Oquendo Road<br>Las Vegas, NV 89118** | - | | | **2011<br>Business Debt** | | | | 0.00 |

Sheet no. **176** of **180** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24,895.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                     ,      Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0598**<br><br>**Western States Contracting**<br>**4129 West Cheyenne Avenue, Suite B**<br>**North Las Vegas, NV 89032** | - | | | **2011**<br>**Business Debt** | | | | 1,498.26 |
| Account No.<br><br>**WF Eq Finance**<br>**4909 North 44th Street**<br>**Phoenix, AZ 85018** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No. **0249**<br><br>**Wheeler Electric Inc.**<br>**P.O. Box 398**<br>**Overton, NV 89040** | - | | | **2011**<br>**Business Debt** | | | | 37,067.14 |
| Account No.<br><br>**Wheeler Machinery**<br>**1500 Avenue D**<br>**Ely, NV 89301** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |
| Account No.<br><br>**White Pine County Treasurer**<br>**801 Clark Street, Suite 2**<br>**Ely, NV 89301** | - | | | **2011**<br>**Business Debt** | | | | 0.00 |

Sheet no. __**177**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         38,565.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wiser Construction, LLC.**                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0248**<br><br>**White Valley Construction, Inc.**<br>**671 Professional Avenue #5**<br>**Henderson, NV 89015** | - | | | | **2011**<br>**Business Debt** | | | | **1,647.72** |
| Account No.<br><br>**Wilbur Jones, III**<br>**2527 Cactus Hill Drive**<br>**Las Vegas, NV 89156** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Wild Blue**<br>**5970 Greenwood Plaza, Suite 300**<br>**Englewood, CO 80111** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Will Call Logistics, LLC**<br>**P.O. Box 94773**<br>**Las Vegas, NV 89193** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |
| Account No.<br><br>**Williams Scotsman, Inc.**<br>**P.O. Box 91975**<br>**Chicago, IL 60693** | - | | | | **2011**<br>**Business Debt** | | | | **0.00** |

Sheet no. __**178**__ of __**180**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,647.72**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                          ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Winter Garden Irrigation, LLC** <br> **3715 Highway 90 East** <br> **Uvalde, TX 78801** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **WP & F Specialty Group, LLC** <br> **5530 Reference Street, #B** <br> **Las Vegas, NV 89122** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. <br><br> **Xecunet, LLC** <br> **5744-R Industry Lane** <br> **Frederick, MD 21704** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |
| Account No. **1024** <br><br> **Yentes Welding** <br> **52945 47th Street West** <br> **Lancaster, CA 93536** | - | | | **2011** <br> **Business Debt** | | | | 5,460.00 |
| Account No. <br><br> **Yesenia Sandoval** <br> **P.O. Box 54** <br> **Moapa, NV 89025** | - | | | **2011** <br> **Business Debt** | | | | 0.00 |

Sheet no. __**179**__ of __**180**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **5,460.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wiser Construction, LLC.**                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2011 Business Debt | | | | |
| Young Equine Services Inc. P.O. Box 64096 Lubbock, TX 79424 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Zavala County Appraisals Dist. 323 West Zavala Street Crystal City, TX 78839 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| Zee Medical 1618 West Oakey Las Vegas, NV 89102 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2011 Business Debt | | | | |
| ZRC Worldwide 145 Enterprises Drive Marshfield, MA 02050 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __180__ of __180__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 6,375,798.99 |

B6G (Official Form 6G) (12/07)

In re  **Wiser Construction, LLC.**  ,   Case No. _____
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Wiser Construction, LLC.**                                                      ,     Case No. _____
                                                         Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Nevada

In re  **Wiser Construction, LLC.**

Debtor(s)

Case No.

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___191___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 19, 2011**

Signature  **/s/ Adam R. Lewis**

**Adam R. Lewis**

**Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re    **Wiser Construction, LLC.**      Case No. _____

                                          Debtor(s)        Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,286,997.00** | **2011 YTD: Debtor Business Income** |
| **$20,697,695.00** | **2010: Debtor Business Income** |
| **$24,949,379.00** | **2009: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT               SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**6. Assignments and receiverships**

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Piet & Wright**<br>**3130 S. Rainbow Blvd., #304**<br>**Las Vegas, NV 89146** | **July 8, 2011** | **$345,000.00** |

**10. Other transfers**

None ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Wiser Construction, LLC** | 88-0296763 | **P.O. Box 106 Moapa, NV 89025** | **Heavy Highway Construction** | **2001 through Present** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None □    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lola Egan**<br>**P.O.  Box 550**<br>**Moapa, NV 89025** | **2001 through Present** |

None □    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Draper and Gleave** | **P.O. Box 729**<br>**Mesquite, NV 89024** | **December 31, 2008 and June 30, 2010** |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None □    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **AON Risk Insurance Services**<br>**Attn: Phillip Arzu**<br>**Department 9832**<br>**Los Angeles, CA 90084** | **Quarterly Statements** |
| **Liberty Mutual**<br>**P.O. Box 0992**<br>**Carol Stream, IL 60132** | **Quarterly Statements** |
| **Wells Fargo**<br>**P.O. Box 10347**<br>**Des Moines, IA 50306** | **Quarterly Statements** |

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

7

## 21 . Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Adam Lewis**<br>**P.O. Box 428**<br>**Moapa, NV 89025** | **Managing Member** | **79%** |
| **Dusty Ann Lewis**<br>**12 West Tanglewood**<br>**Uvalde, TX 78801** | **Member** | **10%** |
| **Steven C. Collins**<br>**P.O. Box 106**<br>**Moapa, NV 89025** | **Member** | **10%** |
| **Lewis Family Trust**<br>**P.O. Box 57**<br>**Moapa, NV 89025** | **Member** | **1%** |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**Beneco**
**9089 East Bahia Drive, Suite 100**
**Scottsdale, AZ 85260**


### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date **July 19, 2011**                          Signature    **/s/ Adam R. Lewis**
                                                              **Adam R. Lewis**
                                                              **Managing Member**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **Wiser Construction, LLC.**

Debtor(s)

Case No.

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **(+/-)345,000.00** |
| Prior to the filing of this statement I have received | $ | **345,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, reaffirmation hearings, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    7/19/2011

/s/ Charles T. Wright
**Charles T. Wright NV No.10285**
**Piet & Wright**
**3130 S. Rainbow Blvd., Suite 304**
**Las Vegas, NV 89146**
**(702) 566-1212  Fax: (702) 566-4833**
**todd@pietwright.com, tiffany@pietwright.com,**
**veronica@pietwright.com**

# United States Bankruptcy Court
## District of Nevada

In re    **Wiser Construction, LLC.**

Debtor

Case No. _____

Chapter _____ **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam Ronald Lewis**<br>**P.O. Box 428**<br>**Moapa, NV 89025** | | **79%** | |
| **Dusty Ann Lewis**<br>**12 West Tanglewood**<br>**Uvalde, TX 78801** | | **10%** | |
| **Lewis Family Trust**<br>**P.O. Box 57**<br>**Moapa, NV 89025** | | **1%** | |
| **Steven C. Collins**<br>**P.O. Box 106**<br>**Moapa, NV 89025** | | **10%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**July 19, 2011**_____    Signature  **/s/ Adam R. Lewis**_____
**Adam R. Lewis**
**Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   **Wiser Construction, LLC.**
                                                                  Case No.
                                          Debtor(s)                Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 19, 2011**                    **/s/ Adam R. Lewis**
                                             **Adam R. Lewis**/**Managing Member**
                                             Signer/Title

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Massachusetts Dept of Revenue - BK Unit
P.O. Box 9864
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

State of Nevada - Dept of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Texas Workforce Commission
Regulatory Integrity Division
101 East 15th Street, Room 556
Austin, TX 78778

Clark County Treasurer c/o BK Clerk
500 South Grand Central Parkway
Box 551220
Las Vegas, NV 89155

Todd M. Bailey, Tax Counsel IV
FTB - Legal Department
P.O. Box 1720, MS A-260
Rancho Cordova, CA 95741

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Rancho Cordova, CA 95741

United States Attorney's Office
Attn: Civil Process Clerk
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, NV 89101

Commodity Futures Trading Commission
1155 21st Street NW
Washington, DC 20581

California State Board of Equalization
Special Operations Bankruptcy Team MIC74
P.O. Box 942879
Sacramento, CA 94279

Executive Director
California State Board of Equalization
450 North Street, MIC 73
Sacramento, CA 95814

21st Image
1616 Burt Street
Omaha, NE 68102

24/7 Express Gas Station
785 West Craig Road
North Las Vegas, NV 89032

3B Engineering, LLC
Acct No 0014
Raymond E. Brannen/PEPresident
4150 West Pioneer Avenue
Las Vegas, NV 89102

A - John Portable Toilet Rentals
Attn: Olga Campa
P.O. Box 1852
Blanco, TX 78606

A Company, Inc. - LV
P.O. Box 5702
Boise, ID 83705

A Construction & Autoglass, Inc.
9745 Grand Teton Drive, #3086
Las Vegas, NV 89166

A&R Demolition
Attn: Steve Copus
13201 FM 812
Del Valle, TX 78617

A-1 Concrete Cutting & Demo
Universal Consulting Corp.
6470 Procyon, Suite A
Las Vegas, NV 89118

A-1 Lock & Key
1005 East Main
Uvalde, TX 78801

A-1 Office Machine, Inc.
1215 South Commerce Street
Las Vegas, NV 89102

A-Core, Inc.
Attn: Angie/Liliana
1480 South Sandhill, Suite A
Washington, UT 84780

Aaron Lewis
6144 Villa de Picasso Avenue
Las Vegas, NV 89131

Aaron Plumbing, Co.
158 "G" Street South
Kerrville, TX 78028

ABC Angel
5070 Arville Street, Suite 4
Las Vegas, NV 89118

Able Concrete Pumping
Attn: Tammy
1483 Ringe Lane
Las Vegas, NV 89110

AC Houston Lumber Company
2912 East La Madre Way
North Las Vegas, NV 89033

Access Technologies Corp.
Attn: Controller Melissa Dunn
241 Sunpac Avenue
Henderson, NV 89011

Ace Fencing Company
Attn: Jamie Snell
631 North Stephanie, Suite 245
Henderson, NV 89014

Ace Fire Equipment
2620 Western Avenue
Las Vegas, NV 89146

Ace Fire Systems, Inc.
Acct No 0581
2620 Western Avenue
Las Vegas, NV 89109

Ace Hardware
3320 East Flamingo Road, Suite 41
Las Vegas, NV 89145

ACT Pipe & Supply
6950 West Sam Houston Pkwy North
Houston, TX 77041

Adam Lewis
P.O. Box 428
Moapa, NV 89025

Adam Lewis (dba Adam Lewis Gradig)
Acct No 0002
P.O. Box 428
Moapa, NV 89025

Adan Ballesteros (Jaime)
603 Campfire Trail
Pflugerville, TX 78660

ADB Bank
P.O. Box 1750
Cedar City, UT 84721

ADS Environmental
3320 Sunrise Sve., Suite 102
Las Vegas, NV 89101

Advanced Mobile Tire, Inc.
Acct No 1039
Advanced Tire & Wheel
5010 Hwy 95
Fort Mohave, AZ 86426

Afco Steel
Acct No 0748
P.O. Box 231
Little Rock, AR 72203

AFLAC
Worldwide Headquarters
1932 Wynnton Road
Columbus, GA 31999

AG. Equipment, Inc.
4420 East Main
Uvalde, TX 78801

Agco Finance, LLC
P.O. Box 9263
Des Moines, IA 50306

AGCS Marine Ins. Company
Acct No 0747
Allianz Global Corp. & Special
P.O. Box 0522
Carol Stream, IL 60132

Aggregate Industries - SWR, Inc.
Acct No 0563
Aggregate Industries - Western
Dept. 2471 P.O. Box 122471
Dallas, TX 75312

Aggregate Industries - SWR, Inc.
Attn: Jean Mumpower
3101 East Craig Road
North Las Vegas, NV 89030

Agri Systems / Systems West
24054 South Mn. Hwy 22
Litchfield, MN 55355

Agustin Reyes
5117 Zoroaster
Las Vegas, NV 89148

Ahern Rentals, Inc.
Acct No 0008
Attn: Jodi EXT 86632
P.O. Box 271390
Las Vegas, NV 89127

AICCO, Inc.
P.O. Box 200455
Dallas, TX 75320

Air Gas NCN
Attn: Dody
P.O. Box 7425
Pasadena, CA 91109

AirGas West
Acct No 0582
P.O. Box 7423
Pasadena, CA 91109

Al Park Petroleum, Inc.
P.O. Box 1600
Elko, NV 89803

Alberto Luna
503 Rock Rose Circle
Kyle, TX 78640

Albertson's
Attn: Customer Service
157 South Howard Street
Spokane, WA 99201

All American Flagging
P.O. Box 26011
Las Vegas, NV 89126

Allegiance Premium Finance, Co.
P.O. Box 26011
Las Vegas, NV 89126

Allegra Print & Imaging
5301 Longley Lane, Suite 47
Reno, NV 89511

Allen Drilling, Inc.
4015 West Tompkins Avenue
Las Vegas, NV 89103

Allen Keller Company
Acct No 1003
P.O. Box 393
Fredericksburg, TX 78624

Allen Plumbing & Supply, Co.
2005 South Hwy 83
Crystal City, TX 78839

Alliance Landscaping
240 Elliot Road
Henderson, NV 89011

Alliante Station Casino & Hotel
7300 Alliante Parkway
North Las Vegas, NV 89084

Allied Insurance
PCRO Commercial Underwriting
1100 Locust Street
Des Moines, IA 50391

Allied Trench Shoring Service
P.O. Box 4180
Fullerton, CA 92834

Alternative Office Systems
Acct No 0609
Attn: Ben Behun/Michelle
3930 West Ali Baba Lane
Las Vegas, NV 89118

Aluma Systems
Acct No 0700
Bank of America C/O Aluma
91473 Collections Centers Drive
Chicago, IL 60693

Ameri-Fab NV LLC
P.O. Box 87298
Phoenix, AZ 85080

American Asphalt & Grading
Attn: Nikki Howie
3624 Goldfish Street
North Las Vegas, NV 89032

American Asphalt & Grading
Attn: Jill Vickery
3624 Goldfish Street
North Las Vegas, NV 89032

American Express
P.O. Box 0001
Los Angeles, CA 90096

American Fence Company, Inc.
Attn: Cindy/Sherrie
4230 Losee Road
North Las Vegas, NV 89030

American General Life Co.
Payment Processing Center
P.O. Box 0798
Carol Stream, IL 60132

American Insurance Companies
Chase Manhattan Bank, #4
Chase Metrotech Center
Brooklyn, NY 11245

American Pavement Preservation
4725 East Cartier Avenue
Las Vegas, NV 89115

American Piping Services, Inc.
Acct No 0454
Attn: Rachel
6625 South Valley View Blvd., #200
Las Vegas, NV 89118

Amerigas
3434 Kier Road, Suite 3
North Las Vegas, NV 89030

Ameritex Pipe & Products
P.O. Box 150
Seguin, TX 78156

Anastacio Galicia
1117 West Adans Avenue
Las Vegas, NV 89106

Anderson Drilling
Attn: Ann/Cai
6115 Boulder Hwy.
Las Vegas, NV 89122

Anderson Heritage Electric
350 Falcon Ridge Parkway
Building 700, Suite 103
Mesquite, NV 89027

Angle Concrete, LLC
Acct No 0010
4525 South Sandhill Road, Suite 111
Las Vegas, NV 89121

Anthony Sampson
11407 Antler Bend Road
Austin, TX 78737

Any Lab Test Now
5523 Balcones Drive, Suite B
Austin, TX 78731

AON Risk Insurance Services
Acct No 0310
Attn: Phillip Arzu
Department 9832
Los Angeles, CA 90084

Apco Construction
Acct No 0013
3840 North Commerce Street
North Las Vegas, NV 89032

Apco Equipment
Acct No 0297
Attn: Jill
3432 North 5th Street
North Las Vegas, NV 89032

Apple Masonry, Inc.
Attn: Austin Apple/Tamera
4547 North Rancho Drive, #D
Las Vegas, NV 89130

APS
P.O. Box 2906
Phoenix, AZ 85062

ARC Mercury LDO/Reprographics
Attn: Elizabeth
3325 Pepper Lane
Las Vegas, NV 89120

Architectural Precast, Inc.
4630 East Ann Road
Las Vegas, NV 89115

Arco AM/PM
7212 South Jones Blvd.
Las Vegas, NV 89139

Aricon 3 Inc.
2747 North 83nd Street
Mesa, AZ 85207

Aron Woloch
1712 Ross Port Bend
Leander, TX 78641

Artisan Construction, LLC
Attn: Nick
P.O. Box 33434
Las Vegas, NV 89133

Artisan Spatial Technology
Attn: Nick
P.O. Box 33434
Las Vegas, NV 89133

Arturo Gomez-Torres
3300 Terra Bella Drive
Las Vegas, NV 89108

Ash Grove Cement Co.
Attn: Martha
P.O. Box 4100-59
Portland, OR 97208

Ashlan Concrete Cutting
Acct No 1037
2632 Abels Lane
Las Vegas, NV 89115

Aspen Publishers Inc.
4829 Innovation Way
Chicago, IL 60682

Associated Biders & Contrs.
Las Vegas Chapter
5070 Arville Street, Suite 4
Las Vegas, NV 89118

Associated General Contractors
Attn: Jayna McAdam
150 North Durango Drive, Suite 100
Las Vegas, NV 89145

Assurance, LTD
Attn: Vicki
5740 South Arville Suite 204
Las Vegas, NV 89118

AT&T
P.O. Box 5001
Carol Stream, IL 60197

AT&T Mobility
P.O. Box 650574
Dallas, TX 75265

Atlas Construction Supply, Inc.
Attn: Dave Reynolds
4840 West Hacienda Avenue
Las Vegas, NV 89118

ATSSA
Attn: Jena
15 Riverside Pkwy, Suite 100
Fredericksburg, VA 22406

Aurelio Moreno
3405 San Juan Drive
Las Vegas, NV 89108

Austin American-Statesman
P.O. Box 1231
San Antonio, TX 78294

Austin Energy
Attn: Dorothy Keily
4411-B Meinardus Drive
Austin, TX 78744

Austin Traffic Signal, LLP
Attn: Collette Phillips
P.O. Box 130
Round Rock, TX 78680

Automation Direct
3505 Hutchingson Road
Cumming, GA 30040

AutoZone
123 South Front Street
Memphis, TN 38103

Avar Construction Systems, Inc.
47375 Fremont Blvd.
Fremont, CA 94538

B & H Construction
Acct No 0630
Attn: Ray Hoffman
240 East Horizon Drive, Suite A
Henderson, NV 89015

B and H Radiator
1400 Foremaster Lane
Las Vegas, NV 89101

Baker & Hostetler, LLP
Attn: Jim Nye
1000 Louisiana, Suite 2000
Houston, TX 77002

Bank of America
P.O. Box 15726
Wilmington, DE 19886

Bank of the West
P.O. Box 4002
Concord, CA 94524

Barajas & Associates, Inc.
7373 Peak Drive, Suite 170
Las Vegas, NV 89128

Baseline Manufacturing Company
Attn: Ray Buckner
P.O. Box 1776
New Waverly, TX 77358

BCHWP&T Benesystems
Attn: Betty
9089 East Bahia, Suite 100
Scottsdale, AZ 85260

Bear Marketing
5850 Stoneleigh Drive
Suwanee, GA 30024

Bear.Com Wireless Worldwide
Attn: Roberto Garcia
4009 Distribution Drive, Bldg. 200
Garland, TX 75041

Bearing Belt & Chain Co., Inc.
3501 Aldebaran Street
Las Vegas, NV 89114

Ben D. Medrano
1630 Wells Branch Pkwy., Apt. 1011
Austin, TX 78729

Ben Learned
P.O. Box 327
Moapa, NV 89025

Benchmark Consulting Services
5443 South Durango Drive
Las Vegas, NV 89113

Beneco
9089 East Bahia Drive, Suite 100
Scottsdale, AZ 85260

Benesystems
Attn: M. Chavez
9089 East Bahia Drive, Suite 100
Scottsdale, AZ 85260

Best Buy/HSBC
P.O. Box 15524
Wilmington, DE 19850

Bethany Pearson
P.O. Box 440
Panaca, NV 89042

Bid Depository, Inc.
810 South Durango Road, Suite 103
Las Vegas, NV 89145

Big "O" Tires
1301 E. Highway 372
Pahrump, NV 89048

Big Bend Water District
1520 Thomas Edison Drive
Laughlin, NV 89029

Bill Stickell Transport
1022 Nevada Why, #37
Boulder City, NV 89005

Blaine Equipment, Inc.
Attn: Tanya/Kathy
P.O. Box 15125
Las Vegas, NV 89114

Blu Hyde
P.O. Box 784
Moapa, NV 89025

Blue Iron, Inc.
P.O. Box 736
West Sacramento, CA 95691

Blue Ox
Attn: Leroy
P.O. Box 840513
Hildale, UT 84784

Blue Point Materials
P.O. Box 625
Overton, NV 89040

BMP Specialists, LLC
Acct No 0938
P.O. Box 296
Cedar Park, TX 78630

Border Const. Specialties
Acct No 0318
Attn: Brenda
P.O. Box 5836
Phoenix, AZ 85010

Bowen Collins & Associates
756 East 12200 South
Draper, UT 84020

Boy Scouts of America
7220 Paradise Road
Las Vegas, NV 89119

Boyce, Inc.
Attn: Tim
P.O. Box 547
Logandale, NV 89021

Brad Risinger, DDS, MSD
1046 Garner Field Road
Uvalde, TX 78801

Brenner & Associates, Inc.
3014 West Charleston Blvd., #100
Las Vegas, NV 89102

Brennon Holm
924 Desert Oak Court, Unit A
Las Vegas, NV 89145

Brent Holm
835 Colony Circle
Washington, UT 84780

Brian Bohn
8515 West Rosada Way
Las Vegas, NV 89149

Brian Lane
3955 Crystal Trip
Las Vegas, NV 89129

Brimont Construction, Inc.
Attn: Monty Bledsoe
P.O. Box 1142
Overton, NV 89040

Bruce G. Perkins
P.O. Box 153
Overton, NV 89040

Bruin Painting Corporation
Acct No 0584
Attn: James Willhite
6 Sunset Way, Suite 106
Henderson, NV 89014

Brundage Electric, Inc.
Attn: Leah Barker
12226 Wigwam Parkway
Henderson, NV 89074

Bullhead Lock and Safe
1355 Ramar Road., Suite 8
Bullhead City, AZ 86442

Business Suites Barton Springs
901 MoPac Expressway South
Plaza One, Suite 300
Austin, TX 78746

Business Vehicle Finance
P.O. Box 9001888
Louisville, KY 40290

C & C Metals
Attn: Jim Galbraith
2523 Northline Road
Conroe, TX 77384

Cactus Rose Construction, Inc.
Acct No 0709
1923 East 5th Street
Tempe, AZ 85281

California Landscape & Design
273 North Benson
Upland, CA 91786

California Portland Cement
Acct No 0525
2025 East Financial Way
Glendora, CA 91741

California State Distribution
Attn: Stephanie M. Campobasso Unit
P.O. Box 989067
West Sacramento, CA 95798

CalPly
8535 East Florence Avenue, Suite 100
Downey, CA 90240

CalPortland Company
Attn: Cindy
Dept. No. 7409
Los Angeles, CA 90084

Calvin Jessop
1552 Wagonmaster Road
Washington, UT 84780

Cameron Dynes
1755 Dyarte Drive
Henderson, NV 89014

Cananwill, Inc.
Department 7200
Los Angeles, CA 90088

Capital Pumping, LP
Acct No 0888
3636 Executive Center Drive, Suite 201
Austin, TX 78731

Caprenos, Inc.
4345 Murphy Canyon Road, Suite 200
San Diego, CA 92123

Carpets N More
Acct No 0732
7260 Dean Martin Drive, Suite 100
Las Vegas, NV 89118

CarQuest
2635 East Millbrook Road
Raleigh, NC 27604

Carson Trailer, Inc.
4073 Las Vegas Blvd., C
Las Vegas, NV 89115

Cashman Equipment Company
Acct No 0027
Attn: Shane Norman
3300 St. Rose Pkwy
Henderson, NV 89052

Cashman Equipment Rentals
Attn: Dept. Raquel
Dept. 3397
Los Angeles, CA 90084

Cat Access
P.O. Box 905229
Charlotte, NC 28290

Cate - Nevada
Attn: Gale
P.O. Box 27073
Salt Lake City, UT 84127

Catepillar Financial Services
P.O. Box 100647
Pasadena, CA 91189

CBJ Inc.
10120 West Flamingo Road
Las Vegas, NV 89147

CBQ
Attn: Tami Blasingame
P.O. Box 1182
Logandale, NV 89021

CCPR
110 South Union Street, Suite 100
Alexandria, VA 22314

CCR Precision Surveying
Attn: Christine Wilson
4186 Yakima Avenue
Las Vegas, NV 89121

Cellemetry XG Services
Attn: Gail
P.O. Box 27073
Salt Lake City, UT 84127

Cemex
Acct No 0277
Attn: Heather
P.O. Box 100497
Pasadena, CA 91189

Center Line Supply
650 North 1100 West
Lehi, UT 84043

Centex Materials
Acct No 0851
Attn: Katie Sprute
3019 Alvin DeVane Blvd., Bldg. 1,Ste.100
Austin, TX 78741

Century Link
P.O. Box 660068
Dallas, TX 75266

Century Steel, Inc.
6655 South Eastern Avenue
Las Vegas, NV 89119

Certified Welding Services Corp.
Acct No 0864
2550 North Nellis Blvd., #A
Las Vegas, NV 89115

CH Construction
2505 Anthem Village Drive, Suite E-523
Henderson, NV 89052

Chad J. Brandon
36 Scorpion Court
Henderson, NV 89074

Chapman Dodge
3470 Boulder Highway
Las Vegas, NV 89121

Charles A. Williams
8700 Brodie Lane, #323
Austin, TX 78748

Charles Leo Taylor
231 Navajo Trail
Georgetown, TX 78633

Charles P. Crowley
15861 Business Center Drive
Baldwin Park, CA 91706

Checkers Auto Parts
233 South Patterson Avenue
Springfield, MO 65802

Checks N Mail
355 West Mesquite Blvd., #D30
Mesquite, NV 89027

Cherokee Septic Service
1922 Thurman Street
P.O. Box 290244
Kerrville, TX 78029

Chevron
P.O. Box 530950
Atlanta, GA 30353

Cheyenne Auto Parts, Inc.
Acct No 0037
4675 C So. Polaris Avenue
Las Vegas, NV 89103

Child Support Services
P.O. Box 45011
Salt Lake City, UT 84145

Choctaw Erectors, Inc.
101 Josephine Lane
Grand Prairie, TX 75050

Chris Hartman Racing
P.O. Box 612
Santa Teresa, NM 88008

Christensen James & Martin
Acct No 0125
Attn: Evans James
7440 West Sahara Avenue
Las Vegas, NV 89117

Christine Bartholdt
Home Office Counsel
P.O. Box 34670
Seattle, WA 98124

Christopher D. Hughes
401 Akaloa Drive
Bastrop, TX 78602

Cinco Fed Exrpess
23701 Cinco Ranch Blvd., Suite 130
Katy, TX 77494

Cintas First Aid & Safety
394 East Street
Plainville, CT 06062

Circle K Gas Station
4375 Spring Mountain Road
Las Vegas, NV 89145

City of Austin
P.O. Box 2267
Austin, TX 78783

City of Blanco, Texas
P.O. Box 750
Blanco, TX 78606

City of Boulder City
P.O. Box 60370
Boulder City, NV 89006

City of Fredericksburg
Acct No 1016
715 Princess Anne Street
Fredericksburg, VA 22401

City of Henderson
240 Water Street
Henderson, NV 89015

City of Las Vegas - Licensing
P.O.Box 748028
Los Angeles, CA 90074

City of Mesquite
711 North Galloway Avenue
Mesquite, TX 75149

City of North Las Vegas
2200 Civic Center Drive
North Las Vegas, NV 89030

City of Phoenix
P.O. Box 78663
Phoenix, AZ 85062

City of Uvalde
P.O. Box 799
Uvalde, TX 78802

Civil Tec. Inc.
70 East Horizon Ridge Parkway, Suite 190
Henderson, NV 89002

Claridge Products & Equipment
180 North Sherman Avenue
Corona, CA 92882

Clark County Assessor
Attn: Mark W. Schofield
P.O. Box 551401
Las Vegas, NV 89155

Clark County Building Dept.
500 S. Grand Central Pkwy
Las Vegas, NV 89155

Clark County Business License
500 S. Grand Central Pkwy
Las Vegas, NV 89155

Clark County Department of Finance
500 South Grand Central Parkway, #6
Las Vegas, NV 89106

Clark County Dept. of Air Quality
500 S. Grand Central Pkwy
Las Vegas, NV 89155

Clark County Fire Department
Attn: Plans Intake/Finance
575 East Flamingo Road
Las Vegas, NV 89119

```
Clark County JLA
500 S. Grand Central Pkwy
Las Vegas, NV 89155

Clark County Treasurer
c/o Bankrutpcy Clerk
500 S. Grand Central Parkway
Las Vegas, NV 89155-1220

Clark County Water Preclamation District
5857 E. Flamingo Rd.
Las Vegas, NV 89127-5598

Clayton Lewis
P.O. Box 428
Moapa, NV 89025

Clearinghouse
P.O. Box 52107
Phoenix, AZ 85072

ClearWire
Dept. CH 14365
Palatine, IL 60055

CMA Communications
P.O. Box 650394
Dallas, TX 75265

CMC Americas/CMC Rebar
Acct No 0819
Dept. 1088
P.O. Box 121088
Dallas, TX 75312

CMC Capitol City Steel
P.O. Box 3195
Austin, TX 78764

CMC Fontana Steel/Rebar
Acct No 0592
4265 West Tompkins Avenue
Las Vegas, NV 89103

Codale Energy Service
3755 West Sunset Road, Suite A
Las Vegas, NV 89118

Color Country
Attn: Don Cox
6054 West State Street
Hurricane, UT 84737
```

Colten Holm
835 Colony Circle
Washington, UT 84780

Coltons Searchlight General Store
P.O. Box 126
Searchlight, NV 89046

Compliance Poster Company
P.O. Box 607
Monrovia, CA 91017

Compumeric Eng. dba Bear Savers
Attn: Glenda
1390 South Millikin Avenue
Pomona, CA 91767

Con-Way Freight
P.O. Box 5160
Portland, OR 97208

Concrete Accessories, Inc.
Acct No 0687
Attn: Eric Gilman
P.O. Box 27710
3500 Meade Avenue
Las Vegas, NV 89126

Concrete Pumping Inc.
5145 South Rogers Street, #A
Las Vegas, NV 89118

Conrad Johnson
770 West Lone Mountain Road, #2085
North Las Vegas, NV 89031

Conroy Concrete Pumping
P.O. Box 5604
Mohave Valley, AZ 86446

Consolidated Systems, Inc.
P.O. Box 1756
Columbia, SC 29202

Construction Notebook
3131 Meade Avenue
Las Vegas, NV 89102

Construction Software Solution
P.O. Box 3155
Pismo Beach, CA 93449

Contech Bridge Solutions Inc.
8301 State Hwy. 29 North
Alexandria, MN 56308

Contech Construction Products
1224 West Stock Road
Ogden, UT 84401

Contractors & Builders
4220 South Maryland Pkwy., Suite 102
Alexandria, MN 56308

Converse Consultants
Acct No 0572
731 Pilot Road, Suite H
Las Vegas, NV 89119

Copper State Bolt & Nut, Co.
3622 North 34th Avenue
Phoenix, AZ 85017

CopyDoc, Inc.
3111 South Valleyview Blvd., Q102
Las Vegas, NV 89102

Corey Rowley
P.O. Box 451
Logandale, NV 89021

Corporate Advisors
2909 Fairway Drive
Tempe, AZ 85282

CorrPro Companies
Acct No 0599
13011 Florence Avenue
Santa Fe Springs, CA 90670

Cortech Engineering
Acct No 0600
22785 Savi Ranch Parkway
Yorba Linda, CA 92887

Coughlin Company, Inc.
809 East Commerce Drive
Saint George, UT 84790

Country Club Auto Spa
9260 South Eastern Avenue
Las Vegas, NV 89123

Coyote Springs Land Company
c/o Wingfield Nevada Goup
P.O. Box 37010
Coyote Springs, NV 89037

Craig Motor Craft
12 South Tegner Street
Wickenburg, AZ 85390

Cramaro Tarpaulin Systems
600 North Drive
Melbourne, FL 32934

Cree's Mobile Home Park
P.O. Box 726
Searchlight, NV 89046

Crescent Electric Supply
3430 W. Sunset Rd Suite B
Las Vegas, NV 89118-6841

Crystal Tire & Lube
1908 North Hwy 83
Crystal City, TX 78839

CSI: Metal Dek Group
650 Rosewood Drive
Columbia, SC 29201

CSS - Component Sales/Services
P.O. Box 11009
Houston, TX 77293

Culligan - Hoppers Soft Water Service
120 West Frio
Uvalde, TX 78801

Curtis Orton
112 Inman Drive
Hutto, TX 78634

Cutting Edge Supply Company
234 East "O" Street
Colton, CA 92324

CXT Incorporated
P.O. Box 643343
Pittsburgh, PA 15264

D & D Mini Storage
1014 Avenue A
Fredericksburg, TX 78624

D.A.T. Incorporated
P.O. Box 1295
Saint George, UT 84771

D.I.J. Construction, Inc.
P.O. Box 1609
2332 CR 252
Bertram, TX 78605

Dale A. Boring
311 Frio Lane
Leander, TX 78641

Daly & Associates
1793 Meadow Moor Road
Salt Lake City, UT 84117

Dan Cox
P.O. Box 1722
Logandale, NV 89021

Dana Kepner Company, Inc.
Acct No 0796
Dept. 281
Denver, CO 80271

Daniel Joseph Matson, II
333 Waterwheel Falls
Henderson, NV 89015

Daniell's Septic Inc.
Acct No 0067
P.O. Box 1483
Bullhead City, AZ 86430

Danny Walker
1207 Tendoy Avenue
Salmon, ID 83467

Davana
P.O. Box 1271
Walsenburg, CO 81089

Dave Learned
P.O. Box 327
Moapa, NV 89025

David Lewis
P.O. Box 115
Alamo, NV 89001

Davis Drilling & Pumps
HCR 61 Box 54
Hiko, NV 89017

Days Remembered Flower Shoppe
P.O. Box 680
Overton, NV 89040

Delta Millworks
4701 East 5th
Austin, TX 78702

Demand Star by Onvia
1260 Mercer Street
Seattle, WA 98109

Department of Motor Vehicles
555 Wright Way
Carson City, NV 89711

Desert Gold Precast
P.O. Box 8264
Spring Creek, NV 89815

Desert Hauling, LLC
1886 Whispering Circle
Henderson, NV 89012

Desert Lumber
4950 North Berg
North Las Vegas, NV 89081

Desert West Landscaping
3670 North 5th Street
North Las Vegas, NV 89032

Desirae Dufour
P.O. Box 14
Moapa, NV 89025

DH Pace Door Services
Acct No 0626
616 West 24th Street
Tempe, AZ 85282

Diamond Concrete Cutting
80 Corporate Park Drive
Henderson, NV 89074

Diamondback Land Surveying, LC
2980 South Rainbow Blvd., Suite 210 C&D
Las Vegas, NV 89146

Dielco Crane
5454 Arville Street
Las Vegas, NV 89118

Dir-Osha
4600 Kietzke Lane, #F153
Henderson, NV 89052

DirecTV
P.O. Box 78626
Phoenix, AZ 85062

Discount Dumpsters
Acct No 0486
420 North Nellis Blvd., A3-234
Las Vegas, NV 89110

Discount Tire
P.O.Box 29851
Phoenix, AZ 85038

Dish Network
P.O. Box 7203
Pasadena, CA 91109

Dispatch Transportation NV
Acct No 0975
14032 Santa Ana Avenue
Fontana, CA 92337

Distribution Services
Church Magazines
P.O. Box 80093
Prescott, AZ 86304

Diversified Concrete Cutting
59 Coney Island Drive
Sparks, NV 89431

Diversified Const. Supply, LLC
3921 West Oquendo Road
Las Vegas, NV 89118

Don Sportsman
1522 Dorothy Drive
Boulder City, NV 89005

Double "S" Plumbing & Backflow
1004 Huntridge Drive
Austin, TX 78758

Dr. Elmer Herndon, DVM
P.O. Box 1339
Uvalde, TX 78802

Drake Materials
5745 North Scottdale Road, Suite B110
Scottsdale, AZ 85250

Drape & Gleave LLC
John Gleave & David Waite
P.O. Box 729
Mesquite, NV 89027

Drill Sub, Inc.
Schalk Opperman
1468 Rainbow Crest Road
Fallbrook, CA 92028

Dunn-Edwards Paints
4300 East Tropicana
Las Vegas, NV 89121

Duperon Corporation
515 North Washington Avenue
Saginaw, MI 48607

DWR Enterprises, Inc.
10120 West Flamingo Road., #4-7147
Las Vegas, NV 89147

Dynamic Rubber
P.O. Box 2159
Athens, TX 75751

Ecco Equipment Corp.
1417 North Susan Street
Santa Ana, CA 92703

Edward O'Shay Garden
12323 Yarmont Way
Austin, TX 78753

Electric Service Professionals
4045 South Buffalo, #A101-442
Las Vegas, NV 89147

Elite Faux Group
165 Arroyo Pinon Drive
Sedona, AZ 86336

Elite Traffic Services
155 Varsity Parade
Buffalo, NY 14227

Elko Santitation Company
355 West Silver Street
Elko, NV 89801

Embarq
P.O. 660068
Dallas, TX 75266

Enco Southwest, Inc.
1426 Pueblo Drive
Boulder City, NV 89005

Endura Steel
4111 West Avenue H6
Lancaster, CA 93534

Enterprises, Inc.
5715 West Alexander Road, #155
Las Vegas, NV 89130

Equipment Watch
Pention Media, Inc.
24653 Network Place
Chicago, IL 60673

Evans Recreation Installations
P.O. Box 42607
Las Vegas, NV 89116

Evco
P.O. Box 65468
Salt Lake City, UT 84165

Ewing Bros., Inc.
1400 A Street
Las Vegas, NV 89106

Exotic Wildside Association
105 Henderson Branch Road
Ingram, TX 78025

F & M Steel Services, Inc.
1473 South Sandhill
Washington, UT 84780

Farr West Engineering
5442 Longley Lane, Suite B
Reno, NV 89511

Fasco
4315 West Tomkins Avenue
Las Vegas, NV 89103

Fast Lane Crane Services, Inc.
922 South Westfield Road
Toquerville, UT 84774

Fastenal Company
P.O. Box 1286
Winona, MN 55987

FedEx Freight
Dept. LA P.O. Box 21415
Pasadena, CA 91185

Fennemore Craig, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, AZ 85012

Ferguson Enterprises, Inc.
739 West Sunset Road
Henderson, NV 89015

Ferguson Waterworks
740 Cape Horn Drive
Henderson, NV 89011

Final Details, Inc.
450 West Mequite Blvd.
Mesquite, NV 89027

Fire Hydrant Services & Const.
5770 West Wynn Road, #1
Las Vegas, NV 89118

Fireman's Fund Insurance
P.O. Box 2519
Dallas, TX 75221

First Choice Tree Service, Inc.
P.O. Box 43056
Las Vegas, NV 89116

Flagel Huber Flagel & Co.
9135 Governers Way
Cincinnati, OH 45249

Flo-Systems, Inc.
905 Cherry Lane
Troy, IL 62294

Floway Pumps
2494 South Railroad Avenue
Fresno, CA 93706

Flying J Travel Plaza
1530 Rest Church Road
Clear Brook, VA 22624

Francine Quintero
2951 East Siena Heights, #2124
Henderson, NV 89052

Freightliner
4435 North Channel Avenue
Portland, OR 97217

Frontier
P.O. Box 3609
Kingman, AZ 86402

FSP
3670 West Oquendo Road
Las Vegas, NV 89118

G.G. Construction Inc.
P.O. Box 898
Logandale, NV 89021

Gallagher Bassett Services, Inc.
Two Pierce Place, 4th Floor
Itasca, IL 60143

Gary Marshall
1980 North Moapa Valley Blvd.
Overton, NV 89040

GCR Tire Centers
Department 530
Denver, CO 80291

General Rock Product Transport
P.O. Box 1496
Colorado City, AZ 86021

Geneva Landscape, Inc.
P.O. Box 750628
Las Vegas, NV 89136

Geneva Pipe
P.O. Box 488
Moapa, NV 89025

Gentry Equipment, LC
1419 North Boulder Hwy, Suite A
Henderson, NV 89011

George Wern
2920 West Villa Theresa Drive
Phoenix, AZ 85053

Global Surveillance Associates
Acct No 0773
3853 Silvestri Lane
Las Vegas, NV 89120

GMB, LLC
3275 East Sahara
Las Vegas, NV 89106

Goodfellow Corporation
P.O. Box 60070
Boulder City, NV 89005

Grainger
Dept. 834730020
P.O. Box 419267
Kansas City, MO 64141

Grand View Media Group
P.O. Box 698
Birmingham, AL 35201

Green Tree Landscape & Maint.
110 West Mayflower
North Las Vegas, NV 89030

Green Valley Grocery
1220 East Pebble
Las Vegas, NV 89123

Greg Barho
402 MarBruger Street
Smithville, TX 78957

Gregco Commercial Door
607 North 1400 East
Saint George, UT 84770

GSI General Supply Product
220 North Sunset Avenue
La Puente, CA 91744

Guy Doty Surverying
P.O. Box 148
Logandale, NV 89021

H & E Equipment
4129 Losee Road
Las Vegas, NV 89101

H & H Excavation & Saw Cutting
Acct No 0696
6470 South Procyon
Las Vegas, NV 89118

Hacienda Air
5217 Casco Way
Las Vegas, NV 89107

Hale Friesen, LLP
1430 Wynnkoop, #300
Denver, CO 80202

Hanes Geo Components
L & P Financial Services Co.
P.O. Box 60984
Charlotte, NC 28260

Hanson Pipe & Precast
P.O. Box 842481
Dallas, TX 75284

Harber Company Inc.
Acct No 0628
3764 Civic Center Drive
North Las Vegas, NV 89030

Harbor Freight Tools
3491 Mission Oaks Blvd.
Camarillo, CA 93011

Harrington Industrial Plastics
1051 Mary Crest Road, Suite A
Henderson, NV 89014

Harris Salinas Rebar
P.O. Box 2210
Dayton, NV 89403

Harsco Infrastucture Americas
650 From Road
Paramus, NJ 07652

Haven Holm
924 Desert Oak Court, Unit A
Las Vegas, NV 89145

Hawks Hot Wash
P.O. Box 1484
Overton, NV 89040

Haycock Petroleum
Acct No 0090
P.O. Box 340
Las Vegas, NV 89125

Haycock Petroleum
Acct No 0089
P.O. Box 340
Las Vegas, NV 89125

Hayden Bridge Forest Products
66 Club Road, Suite 260
Eugene, OR 97401

Hays City Corporation
P.O. Box 18463
Sterling, PA 18463

HD Supply Plumbing
File #: 56214
Los Angeles, CA 90074

```
HD Supply Waterworks
Acct No 0094
File #: 56214
Los Angeles, CA 90074

HD Supply White Cap Const.
Acct No 0247
Dept. 70998
Los Angeles, CA 90084

Health Plan of Nevada
P.O. Box 1388
Las Vegas, NV 89125-1388

Heber Holm
2274 South 1650 East
Saint George, UT 84790

Heldenfels Enterprises, Inc.
Acct No 0749
5700 South IH-35
San Marcos, TX 78666

Herschel Adwell
3441 Martin Hall Drive
Las Vegas, NV 89129

Hertz Equipment Rental
6280 West Badura Avenue
Las Vegas, NV 89140

High Desert Supply
46 North 900 East
Saint George, UT 84770

Highway Striping & Signs
3452 Bunkerhill Drive, Suite B
North Las Vegas, NV 89032

Highway Technologies Corp.
Acct No 0099
P.O. Box 33946
Chicago, IL 60694

Hill Country Pump Service
116 Neffendorf Trail
Fredericksburg, TX 78624

Hilti
Acct No 0440
P.O. Box 12001
Dallas, TX 75312
```

Hinton Burdick, PLLC
590 West Mesquite Blvd., Suite 201A
Mesquite, NV 89024

Hobbs Tank & Equipment, Inc.
8027 Oak Hills Circle
Salt Lake City, UT 84121

Hockett Trucking
P.O. Box 493
Cal Nev Ari, NV 89039

Hoffman Southwest Corp., DBA
2222 West Grant Street
Phoenix, AZ 85009

Holm Welding
756 East Chad Ranch Road
Veyo, UT 84782

Holt Cat Rental
Acct No 0855
P.O. Box 911975
Dallas, TX 75391

Home Depot
Acct No 0103
P.O. Box 183176
Columbus, OH 43218

Home Hardware
P.O. Box 779
387 South Moapa Valey Blvd.
Overton, NV 89040

Honnen Equipment
831 East Factory Drive
Saint George, UT 84790

Hopper's Soft Water Service
120 West Frio
Uvalde, TX 78801

HSBC Retail Services
700 N Wood Dale Road
Wood Dale, IL 60191

Hughes Oil
P.O. Box 359
Mesquite, NV 89024

HVAC Maintenance & Supply
3736 Shawano Avenue
Green Bay, WI 54313

Hydro Conduit Corp.
2100 Burns Road
Henderson, NV 89015

HydroTech., Inc.
155 Lyon Drive
Fernley, NV 89408

ICC
P.O. Box 915183
Dallas, TX 75391

Iceberg Air Conditioner & Heating
750 Preston Drive, #5
Mesquite, NV 89027

IESI
9904 FM 812
Austin, TX 78719

Impact Sand & Gravel
250 Pilot Road, Suite 160
Las Vegas, NV 89119

Indus Construction, LP
Acct No 1031
6060 Brookglen Drive, Suite A
Houston, TX 77017

Ingram ReadyMix, Inc.
Acct No 1004
3580 FM 842
New Braunfels, TX 79132

Inquipco
647 Redwood Street
Las Vegas, NV 89118

Insituform Technologies
Acct No 0942
6320 McLeod Drive, Suite 1
Las Vegas, NV 89120

Integrity Collinsion Center
647 North Redwood Street
Orange, CA 92868

Integrity Dodge
6770 Redwood Street
Las Vegas, NV 89119

Intermountain WorkMed
385 North 3050 East
Las Vegas, NV 89118

International Roadway/Research
14702 Marine Road
Humble, TX 77396

ITS Institute
325 Broadway
Boulder, CO 80305

J & J Enterprises
Acct No 1043
5920 West Cougar Avenue
Las Vegas, NV 89139

J & S Diesel Services, LLC
5155 Dean Martin Drive
Las Vegas, NV 89118

J.L. Ice, L.P.
P.O. Box 478
Crystal City, TX 78839

J.M. Turner Engineering, Inc.
Acct No 0966
1325 College Avenue
Santa Rosa, CA 95404

Jackpot Sanitation Services
2440 Marco Street
Las Vegas, NV 89115

Jake's Crane Rigging
6109 Industrial Road
Las Vegas, NV 89119

Jake's Wire Rope, Inc.
3365-B West Patrick Lane
Las Vegas, NV 89118

James & Judy Perlitz
P.O. Box 988
Uvalde, TX 78802

James D. Angle
4065 East Carey Avenue
Las Vegas, NV 89115

James W. Elter
P.O. Box 505
Center Point, TX 78010

Jared Davis
1110 Slate Crossing, #102
Henderson, NV 89015

Jasmyn Salaman
5341 Fairbranch Lane
Las Vegas, NV 89135

Jeff Parker (Roger J. Parker)
802 Brook Meadow Trail
Cedar Park, TX 78613

Jensen Enterprises Materials
Acct No 0118
3853 Losee Road
North Las Vegas, NV 89030

Jensen Precast Subcontractor
Acct No 0808
3853 Losee Road
North Las Vegas, NV 89030

Jerry Matthews
P.O. Box 1821
Overton, NV 89040

Jerry's Services, Inc. dba Port A. John
P.O. Box 868
Caliente, NV 89008

Jesus G. Diaz
530 Madge Lane
Las Vegas, NV 89110

Jiffy Lube
Acct No 0119
Heartland Automotive Services
P.O. Box 140699
Irving, TX 75014

Jim Wilkin Trucking
P.O. Box 828
Caliente, NV 89008

JL Refrigeration. LP
P.O. Box 478
Crystal City, TX 78839

Joe Rankin
2321 Wisteria Way
Round Rock, TX 78664

Joel Bierstedt
785 North Henrie Road
P.O. Box 803
Moapa, NV 89025

John Deer Credit
Acct No 0575
P.O. Box 4450
Carol Stream, IL 60197

John Deer Credit
Acct No xxx7846
P.O. Box 4450
Carol Stream, IL 60197

John J. Ribsam
1010 Herrera Court
Moapa, NV 89025

Jon's Rental
13280 Pond Springs Road
Austin, TX 78729

Joshua Shane Holm
7620 Noth Torrey Pines
Las Vegas, NV 89131

JP & G Trucking, Inc.
5181 Tee Pee Lane
Las Vegas, NV 89149

JTD Trucking, Inc.
P.O. Box 152
Washington, UT 84780

Juan Gallegos, Jr.
11619 Paul E. Anderson
Austin, TX 78748

Judy Seely
P.O. Box 973
Overton, NV 89040

Julio Garcia
5133 Geonga Street
North Las Vegas, NV 89031

Justice Ventures
4155 Outer Traffic Circle
Long Beach, CA 90804

Justin Jessop
9625 West Russel Road Bldg.#13 Apt 1055
Las Vegas, NV 89148

Justin Lewis
P.O. Box 428
Moapa, NV 89025

Keith Cooper
259 Baring Cross Street
Henderson, NV 89074

Keith Pearson
P.O. Box 440
Panaca, NV 89042

Kelly's Glass
3400 Procyon Street, Suite 100A
Las Vegas, NV 89101

Kenedy Wire Rope & Sling, Co.
P.O. Box 4016
Corpus Christi, TX 78469

Kenneth D. Bundy
3432 North 2040 East
Saint George, UT 84790

Kenny Thompson
8891 First Lady
Las Vegas, NV 89148

Kent A. Barlow CPA
P.O. Box 997
Logandale, NV 89021

Kenworth Sales Co. Inc.
Acct No 0124
3033 Losee Road
North Las Vegas, NV 89030

Kevin L. Aigner
721 Smoke Signal Pass
Pflugerville, TX 78660

Kevin West
951 Cedariff Avenue
Las Vegas, NV 89123

Key Euipment Finance
P.O. Box 74713
Cleveland, OH 44194

Keystone Construction
Acct No 1035
7100 Old Bee Cave Road
Austin, TX 78735

Kimley-Horn & Associates, Inc.
P.O. Box 79384
City of Industry, CA 91716

Kings Futures, Inc.
P.O. Box 4176
Leander, TX 78645

Kinko Copy
3875 Airways, Module H3, Dept. 4634
Memphis, TN 38116

Kirschner Contractors
Acct No 0344
4407 La Reina Circle
Las Vegas, NV 89130

Knife River Corporation-South
P.O. Box 674
Bryan, TX 77806

Kolob Fire and Safety
Acct No 0127
P.O. Box 7216
Bunkerville, NV 89007

Kwik-Saw Concrete Cutting
296 MVR #5
Elko, NV 89801

L & L Construction
Acct No 0944
8129 Breeze Way
Leander, TX 78645

L & L Mechanical Contractors
Acct No 0593
P.O. Box 278
Saint George, UT 84771

Lally Steel, Inc.
9112 Songwood Court
Las Vegas, NV 89129

Landmark Testing & Engineering
795 East Factory Drive
Saint George, UT 84790

Las Vegas - Clark County
Attn: Collections Department
833 Las Vegas Blvd. North
Las Vegas, NV 89101

Las Vegas Paving Corp.
Acct No 0143
4420 South Decatur Blvd.
Las Vegas, NV 89103

Las Vegas Roadster
P.O. Box 1606
Overton, NV 89040

Las Vegas Rock
11635 Bermuda Road
Henderson, NV 89052

Las Vegas Valley Water District
Acct No 0130
1001 S. Valley View Blvd.
Las Vegas, NV 89153

LB Foster Piling
32970 Alvarado Niles, Suite 736
Union City, CA 94587

Legacy Rock
P.O. Box 1335
Logandale, NV 89021

Lehi Holm
7620 North Torrey Pines
Las Vegas, NV 89131

Leigh Stauffer
167A Cumerland Road
Brandon, MS 39047

Leo Transport
4113 Villa Flora Street
Las Vegas, NV 89103

Leroy Whitson
P.O. Box 774
Logandale, NV 89021

Liberty Mutual
P.O. Box 0992
Carol Stream, IL 60132

Lincoln County Power District
HC Box 101
Pioche, NV 89043

Lincoln County Telephone System
P.O. Box 150
Pioche, NV 89043

Lincoln County Treasurer
P.O. Box 416
Pioche, NV 89043

Liquid Waste Solutions
Acct No 0811
P.O. Box 90874
Austin, TX 78709

Littler Mendelson, PC
P.O. Box 45547
San Francisco, CA 94145

LJ McCormick Ent. Inc.
P.O. Box 413
Overton, NV 89040

LLC C5 Coating
6750 Via Austi Parkway, Suite 170
Las Vegas, NV 89119

LLC Hutchings
112 West Ninth Street, Suite 630
Los Angeles, CA 90015

LLC Ironman Ironworks
P.O. Box 1243
Overton, NV 89040

LLC Las Vegas Rubber Stamp
7235 Bermuda, Suite C
Las Vegas, NV 89119

LLC Lewis Crane & Hoist
P.O. Box 531060
Grand Prairie, TX 75053

LLC Sunrise Utilities
3754 Civic Center Drive
North Las Vegas, NV 89030

Logandale Tire & Auto Center
3475 North Moapa Valley Blvd.
P.O. Box 172
Logandale, NV 89021

Lola L. Egan
P.O. Box 550
Moapa, NV 89025

Lorman Education Services
Dept. 5382
P.O. Box 2933
Milwaukee, WI 53201

LP Painting & Drywall
1230 South Maryland Parkway
Las Vegas, NV 89104

LTD Centerline Supply
Attn: Brenda
530 Jesse Street
Grand Prairie, TX 75051

LV Pump
P.O. Box 569
La Vernia, TX 78121

Lyssey & Eckel, Inc.
P.O. Box 128
Poth, TX 78147

Madeline Auerbach
1625 South Baker Avenue
Ontario, CA 91761

Man of All Work
785 North Henrie Road, Box 803
Moapa, NV 89025

Mandy Kolhoss
P.O. Box 232
Moapa, NV 89025

Marc Taub
1108 Downridge Drive
Leander, TX 78641

Maricopa County Treasurer
P.O. Box 52133
Phoenix, AZ 85072

Mark Whipple Pest Control
Acct No 0158
P.O. Box 534
Logandale, NV 89021

MATC
P.O. Box 23368
Pittsburgh, PA 15222

Matheson Equipment Repair Center
P.O. Box 760
Moapa, NV 89025

Matt Jaynes
187 North 100 East
La Verkin, UT 84745

Matt Jones
P.O. Box 439
Panaca, NV 89042

Matthew Waite
P.O. Box 1306
Overton, NV 89040

Max Holm
7620 North Torrey Pines
Las Vegas, NV 89131

Maxwell Systems Corp.
P.O. Box 822338
Philadelphia, PA 19182

McIntosh Communications, Inc.
4640 South Arville, Suite E
Las Vegas, NV 89103

McKinney Drilling Company
Acct No 0894
1130 Annapolis Road, Suite 103
Odenton, MD 21113

McKissak Welding & Fab., Inc.
49 CR 5131
Booneville, MS 38829

McMaster-Carr
9630 Norwalk Blvd.
Santa Fe Springs, CA 90670

McNeil Group
6895 South 900 East
Midvale, UT 84047

Meadow Valley Contractors, Inc.
Acct No 0145
4615 North Lamb Blvd., Suite A
Las Vegas, NV 89115

MedicWest Ambulance, Inc.
P.O. Box 3429
Modesto, CA 95353

Medora Environmental, Inc.
3225 Hwy 22
Dickinson, ND 58602

Megan Bloom
P.O. Box 834
Moapa, NV 89025

Melbourne C. Perkins
P.O. Box 1532
Overton, NV 89040

Merli Concrete Pumping
2545 North Marco Street
Las Vegas, NV 89115

Merrit Heavy Haul
4025 San Mateo Street
North Las Vegas, NV 89032

Mesquite Winlectric Co.
610 Hardy Way
P.O. Box 3066
Mesquite, NV 89024

MidAtlantic Capital Corp.
P.O. Box 23368
Pittsburgh, PA 15222

Miguel Rodriguez
3728 South Garden Drive
Las Vegas, NV 89121

Mike Poyner
11315 Thorny Brook Trail
Austin, TX 78750

Mike Smith
P.O. Box 1091
Logandale, NV 89021

Milestone Paving & Grading
2105 West Grow Road
North Las Vegas, NV 89032

Mindy Troutman - Vandover
P.O. Box 121
Overton, NV 89040

Mine Safety & Health Admin
P.O. Box 790390
Saint Louis, MO 63179

Miracle Playground Sales
9196 Stellar Court
Corona, CA 92883

Miracle Recreation Equipment Corp.
2260 Paysphere Circle
Chicago, IL 60674

Moapa Developers
Acct No 0153
P.O. Box 570
Moapa, NV 89025

Moapa Valley Convenience Store
P.O. Box 562
Logandale, NV 89021

Moapa Valley Family Practice
P.O. Box 210357
Logandale, NV 89021

Moapa Valley High School
2400 St. Joseph Street
Overton, NV 89040

Moapa Valley Telephone
P.O. Box 365
Overton, NV 89040

Moapa Valley Water District
P.O. Box 257
Logandale, NV 89021

Mobile Mini, Inc.
P.O. Box 79149
Phoenix, AZ 85062

Mobile One Lube
1618 State Street
Green Bay, WI 54304

Modern Concrete, Inc.
P.O. Box 5711
Elko, NV 89802

Modular Space Corp.
Acct No 0406
12603 Collections Center Drive
Chicago, IL 60693

Moon Valley Nursery
14225 North 7th Street
Phoenix, AZ 85023

Mr. Dirt of Nev. & Best Water
2420 Marco Street
Las Vegas, NV 89115

MS Concrete
3840 North Commerce
North Las Vegas, NV 89032

Muddy River Contractors
P.O. Box 930
Overton, NV 89040

Mundee Trucking, Inc.
8485 Q El Campo Grande Avenue
Las Vegas, NV 89149

Murray L. Perkins
P.O. Box 481
Overton, NV 89040

Napa Auto Parts
535 South State Road 67
Mooresville, IN 46158

Nathan Broadbent
5850 Skypointe Drive
Las Vegas, NV 89130

National Construction Rentals
Acct No 0159
P.O. Box 4503
Pacoima, CA 91333

National Rent a Fence
5675 Puebla Street
Las Vegas, NV 89131

Nations First Office Repair
1555 East Flamingo Road, #202
Las Vegas, NV 89119

Native Resources Inc.
6420 South Cameron Drive, Suite 207
Las Vegas, NV 89118

NDEP
901 South Stewart Street, Suite 4001
Carson City, NV 89701

Neff Rentals, Inc.
Acct No 0162
P.O. Box 807
210 Front Street
Caliente, NV 89008

NES Rentals
5440 North Cumberland, Suite 200
Chicago, IL 60656

Nevada Bank & Trust
P.O. Box 807
210 Front Street
Caliente, NV 89008

Nevada Bolt & Hose
2625 East Craig Road, Unit A & B
North Las Vegas, NV 89030

Nevada Dept. of Taxation
P.O. Box 52609
Phoenix, AZ 85072

Nevada Division of Env. Protect
555 Wright Way
Carson City, NV 89711

Nevada House of Hose
Acct No 0165
1015 Sharp Circle
North Las Vegas, NV 89030

Nevada Power
P.O. Box 30086
Reno, NV 89520

Nevada Secretary of State
202 North Carson Street
Carson City, NV 89701

Nevada Sign, Inc.
7511 Eastgate Road
Henderson, NV 89014

Nevada State Contractors Board
9670 Gateway Drive, Suite 100
Reno, NV 89521

Nevada State Treasurer
P.O. Box 749549
Los Angeles, CA 90074

Nevada Transit & Laser
5720 South Arville, #110
Las Vegas, NV 89118

Nevada Truck & Trailer Repair
P.O. Box 717
West Sacramento, CA 95691

New Vista Enterprises
5851 Villa Carmen Circle
North Las Vegas, NV 89031

Nextel/Sprint
P.O. Box 4181
Carol Stream, IL 60197

Nicholas Adwell
3441 Martin Hall Drive
Las Vegas, NV 89129

```
Noah Holm
3033 South Honey Locust Circle
Saint George, UT 84790

NU Business Systems, Inc.
260 West 200 North
Mapleton, UT 84664

NU Equipment Inc.
184 West Brooks Avenue
North Las Vegas, NV 89030

NV Energy
Acct No 0471
P.O. Box 98910
Las Vegas, NV 89151

NV Equipment Security Dept.
Acct No xx3197
500 East Third Street
Carson City, NV 89713

NWTec Invironmental
Acct No 0763
7121 West Craig Road, Suite 113
P.O. Box 123
Las Vegas, NV 89129

O'Conner Construction Manageme
Acct No 0764
8851 Research Drive
Irvine, CA 92618

Office Depot
P.O. Box 689020
Des Moines, IA 50368

Office Max
2640 South Decatur Blvd.
Las Vegas, NV 89131

Office of the Attorney General
P.O. Box 659791
San Antonio, TX 78265

Offsite Development, Inc.
1637 West Brook Avenue
North Las Vegas, NV 89032

Old English Rancho
1625 South Baker Avenue
Ontario, CA 91761
```

Olson Precast Company
2750 Marion Drive
Las Vegas, NV 89115

Olympic Auto Service
5035 South Decatur Blvd., Suite 100
Las Vegas, NV 89118

Onvia
509 Olive Way, Suite 400
Seattle, WA 98101

OPIS
9737 Washington Center
Gaithersburg, MD 20878

Original Outdoors
3302 Hummingbird Lane
Robstown, TX 78380

OSHA Safety Experts, Inc.
10013 Solid Lime Street
Las Vegas, NV 89183

Outdoor Creations
2270 Barney Road
Anderson, CA 96007

Overton Auto Parts
P.O. Box 460
Overton, NV 89040

Overton Power District
P.O. Box 395
Overton, NV 89040

Overton Valley Service Center
P.O. Box 395
Overton, NV 89040

P & L Fencing & Iron, LLC
Acct No 0912
8414 W. Farm Road, Suite 180-475
Las Vegas, NV 89131

Pacific Coast Steel
Acct No 0274
8350 Eastgate Road
Henderson, NV 89015

Palintest USA
21 Kenton Lands Road
Erlanger, KY 41018

Pan Western Corp.
4910 Donovan Way
North Las Vegas, NV 89081

Panaca Farmstead Assoc.
P.O. Box 597
Panaca, NV 89042

Panaca Irrigation Company
P.O. Box 177
Panaca, NV 89042

Par 3 Landscape & Maintenance
Acct No 0181
4610 Wynn Road, Suite B
Las Vegas, NV 89103

Parkson
1401 West Cypress Creek Road
Fort Lauderdale, FL 33309

Paso Robles Tank, Inc.
Acct No 0597
825 26th Street
P.O. Box 3229
Paso Robles, CA 93446

Patriot Contractors, LLC
Acct No 0688
7770 W. Spring Mountain Road
Las Vegas, NV 89117

Pavement Recycling Systems
121 North Main
P.O. Box 1266
Riverside, CA 92502

Payson Diesel
840 North Main
Payson, UT 84651

PBS&J
2270 Corporate Circle, Suite 100
Henderson, NV 89074

PCI Group, Inc.
23043 North 15th Lane
Phoenix, AZ 85027

Pearson Trenching & Trucking
8625 Edmond Street
Las Vegas, NV 89139

Penhall Company
1801 Penhall Way
Anaheim, CA 92801

PepBoys Auto
4141 North Rancho Drive
Las Vegas, NV 89130

Performance Muffler Shop
5155 South Dean Martin
Las Vegas, NV 89118

Peri Formwork Systems Inc.
Acct No 0287
P.O. Box 631914
Baltimore, MD 21263

Perkins Equipment
P.O. Box 95
Wells, NV 89835

Peterbilt of Las Vegas
Acct No 0227
P.O. Box 335070
North Las Vegas, NV 89033

Phoenix E
339 Mobil Avenue
Camarillo, CA 93010

Pickard & Vogt, LLC
2418 Don Felipe Road SW
Albuquerque, NM 87105

Pipe Maintenance Service, Inc.
Acct No 0188
4101 East Lone Mountain
North Las Vegas, NV 89081

Plummer's Environmental Services
Acct No 0952
10075 Sedroc Industrial Drive
Byron Center, MI 49315

Post Tension of Nevada
1179 Center Point Drive
Henderson, NV 89074

Power Plus
1005 North Edward Court
Anaheim, CA 92806

Power SR Bray
1005 North Edward Court
Anaheim, CA 92806

Precision Excavating
P.O. Box 659
Saint George, UT 84771

Precision Pumps
P.O. Box 659
Saint George, UT 84771

Preferred Builders Self Ins. G
770 Pilot Road, Suite I
Las Vegas, NV 89119

Preferred Pump & Equipment
770 Pilot Road, Suite I
Las Vegas, NV 89119

Premier Mechanical LLC
Acct No 0580
4375 Polaris Avenue, Suite A
Las Vegas, NV 89103

Premier Traffic Control, Inc.
P.O. Box 26644
Las Vegas, NV 89126

Prewitt Land Surveying
Acct No 0576
5892 Taylor Valley Avenue
Las Vegas, NV 89131

Prime Contracting LLC
Acct No 0778
500 North Estrella Pkwy, Ste. B2-606
Goodyear, AZ 85338

Private Eyes, Inc.
190 North Wiget Lane, Suite 94598
Walnut Creek, CA 94598

Pro Grass
960 Penn Avenue, #10
Pittsburgh, PA 15222

Pro Tect Security
3511 South Eastern Avenue
Las Vegas, NV 89169

Progressive Business Complianc
P.O. Box 3014
Malvern, PA 19355

PTO Sales
1646 East University Drive
Phoenix, AZ 85034

Quality Ford
4150 Donovan Way
North Las Vegas, NV 89030

Quill Corporation
Acct No 0189
P.O. Box 37600
Philadelphia, PA 19101

R & J Steel, LLC
1611 Brooks Avenue
North Las Vegas, NV 89032

R & R Trap Sales & Service Inc.
8611 Geronimo Drive
San Antonio, TX 78254

Rafael Framers
Acct No 0192
7120 Rafael Ridge Way
Las Vegas, NV 89119

Rafaela Ramirez
P.O. Box 564
Moapa, NV 89025

RailroadEducation.com
P.O. Box 7435
Pueblo, CO 81007

Rain 2 Day Inc.
Acct No 0190
4740 Industry Park Court
Las Vegas, NV 89115

Rain for Rent
File 52541
Los Angeles, CA 90074

Rain for Rent
4280 North Pecos Road
Las Vegas, NV 89115

Rainbow Cable
P.O. Box 300
Pioche, NV 89043

Rainbow Rock
2222 West Cheyenne
North Las Vegas, NV 89032

Ralph Leavitt
P.O. Box 365
Moapa, NV 89025

Ramrod Construction, LLC
P.O. Box 551
Moapa, NV 89025

Rawson Refrigeration Service
P.O. Box 258
1970 Rawson Avenue
Logandale, NV 89021

RDO Equipment Co.
16415 No. IH - 35
Pflugerville, TX 78660

RDR Gilbert Inc aba Skips Spring Service
5310 Progen Street
Las Vegas, NV 89118

Ready Mix, Inc.
3430 East Flamingo Road, #100
Las Vegas, NV 89121

Rebel Express, LLC
8028 Bronzewood Avenue
Las Vegas, NV 89149

Red Mountain Machinery Co.
197 East Warner Road
Chandler, AZ 85225

Redburn Tire Co.
4710 East Cartier
Las Vegas, NV 89140

Redrock Keys Inc.
P.O. Box 800-261
Mesquite, NV 89024

Reef Industries, Inc.
9209 Almeda Genora Road
Houston, TX 77075

ReInforce Earth Pumping
8614 Westwood Center Drive, Suite 1100
Vienna, VA 22182

Reliable Corporation
135 South Lasalle Street
Chicago, IL 60674

Reliable Pump, Inc.
P.O. Box 31115
Las Vegas, NV 89173

Reno Gazette-Journal
P.O. Box 677345
Dallas, TX 75267

Republic Dumpco
Acct No 0295
P.O. Box 78040
Phoenix, AZ 85062

Republic Servies Inc.
P.O. Box 78829
Phoenix, AZ 85062

RGD Surveying LLC
P.O. Box 148
Logandale, NV 89021

Rhino's Turf Equipment
4241 Arville Street
Las Vegas, NV 89103

Richard Allen Alvarez
1809 Bill Baker Drive
Austin, TX 78748

Richardson & Burgess, LLP
221 West 6th Street, Suite 900
Austin, TX 78701

Rinker Materials
P.O. Box 100497
Pasadena, CA 91189

RIO Grande Electric Cooperative
P.O. Box 1509
Brackettville, TX 78832

Ritchie Brothers Auctioneers
3901 Faulkner Drive
Lincoln, NE 68506

RMI Operating Co./Ready Mix
5745 North Scottsdale Road, Suite B110
Scottsdale, AZ 85250

Roadrunner
1410 West Huracan
Pahrump, NV 89048

Roadrunner Energy, Inc.
2621 East Main
Uvalde, TX 78801

Roadsafe Traffic Systems
Acct No 0716
908 Sharp Circle
North Las Vegas, NV 89030

Roadway Specialties, Inc.
Acct No 0786
P.O. Box 90309
Austin, TX 78709

Robert C. Lewis - Farm
P.O.Box 520
Moapa, NV 89025

Robert C. Niesley
2040 Main Street, Suite 300
Irvine, CA 92614

Robertson Industries Inc.
319 Perry Ellis Drive
Henderson, NV 89014

Rockway Precast
Acct No 1001
3840 North Bruce Street
North Las Vegas, NV 89030

Rodney Holm
3840 North Bruce Street
North Las Vegas, NV 89030

Rodney Holm, Jr.
4107 Jessice Marie Street
North Las Vegas, NV 89032

Roger Wagner
5001 Justice Creek Avenue
Las Vegas, NV 89130

Rolando Medina
379 Arroyo Rancho Road
Kyle, TX 78640

Ron & Bernardine Curd
P.O. Box 843
Panguitch, UT 84759

Ron Hanlon Masonry, LLC
Acct No 0602
3308 Meade Avenue
Las Vegas, NV 89102

Roundrock IT Pros
Acct No 0993
2707 Creek Bend Circle
Round Rock, TX 78681

Rowley Contracting Inc.
1389 Dragon Rock Drive
Henderson, NV 89052

RP Heim
742F Pioneer Blvd.
Mesquite, NV 89027

RPI Coating, Inc.
10114 Shoemaker Avenue
Santa Fe Springs, CA 90670

Ryan Houdek
10421 Valaris Court
Las Vegas, NV 89178

Safeco Insurance
P.O. Box 6478
Carol Stream, IL 60197

Safelite Auto Glass
4601 Cheyenne Avenue. Suite 113
Las Vegas, NV 89115

Safety Storage Inc.
2301Bert Drive
Hollister, CA 95023

Safety SuperCenter.com
2919 West Irving Park Road
Chicago, IL 60618

Sage Construction
Acct No 1038
P.O. Box 363968
North Las Vegas, NV 89036

Sage Plumbing
P.O. Box 1704
Overton, NV 89040

Samuel Jay Trumbo
2479 Grand Basin Drive
Las Vegas, NV 89156

SCADU
State Collection & Disbursement
P.O. Box 98950
Las Vegas, NV 89193

Scholzen Products Co.
P.O. Box 628
Hurricane, UT 84737

Sean Walton
5341 Fairbranch Lane
Las Vegas, NV 89135

Searchlight Merchantile Co Inc.
8448 Samra Drive
Canoga Park, CA 91304

Segovia Truck Stop
115 South Segovia Access Road
Junction, TX 76849

Semco Ultimate Surface
4180 West Desert Inn Road
Las Vegas, NV 89102

Sequoia Electric Underground
Acct No 0647
5960 North Park Street
Las Vegas, NV 89149

Ser-Mac
1327 Western Avenue
Las Vegas, NV 89102

Sergio Flores
132 Maplewood North
Kyle, TX 78640

Service Rock Products
151 Cassia Way
Henderson, NV 89014

Severn Trent Services Inc.
Acct No 0305
P.O. Box 7777
Philadelphia, PA 19175

Sharon Morris
P.O. Box 976
Springtown, TX 76082

Shell Oil
P.O. Box 183019
Columbus, OH 43218-3019

Siemans Water Technology
c/o MISCO
1901 South Prairie Avenue
Waukesha, WI 53187

Sierra Geosynthetic Service
2225 East Greg Street, Suite 104
Sparks, NV 89431

Sierra Ice
7380 Eastgate, Suite 120
Henderson, NV 89011

SignSource, Inc.
P.O. Box 11120
Prescott, AZ 86304

Silver State Credit Union
P.O. Box 12037
Las Vegas, NV 89112

Silver State Hydralic Services
1710 Western Avenue
Las Vegas, NV 89102

Silver State Materials
4005 Dean Martin Drive
Las Vegas, NV 89103

Silver State Wire Rope
8740 South Jones Blvd.
Las Vegas, NV 89139

Simplot Silica Products
P.O. Box 308
Overton, NV 89040

Sinclair Gas Station
P.O. Box 30825
Salt Lake City, UT 84130

Sirius Satellite Radio Inc.
Acct No 0345
P.O. Box 34517
Newark, NJ 07189

Skip's Spring Service
5310 Procyon Street
Las Vegas, NV 89118

Slater Seeding
P.O. Box 812
Elko, NV 89803

SNEI, Inc.
6295 McLeod, Suite 1
Las Vegas, NV 89120

Soil Stabilization & Asphalt
2290 North Batavia
Orange, CA 92865

Soil Tech Inc.
6420 South Cameron, Suite 207
Las Vegas, NV 89118

Solansky Welding and Pump
501 West Zavala Street
Crystal City, TX 78839

Solarbee, Inc.
Acct No 0585
3225 Hwy 22
Dickinson, ND 58601

South Point Dodge
5210 South IH 35
Austin, TX 78745

Southern Nevada Paving Material
Dept 2471 P.O. Box 122471
Dallas, TX 75312

Southern Nevada Water Authority
1001 South Valley View Blvd.
Las Vegas, NV 89153

Southwest Analytical, Inc.
4208 Arcata Way, Suite A
North Las Vegas, NV 89030

Southwest Gas Corp.
P.O. Box 52075
Phoenix, AZ 85072

Southwest Geotextiles
2285 South Hillrise Circle
Saint George, UT 84790

Southwest Rebar, LLC
2473 Losee Road
North Las Vegas, NV 89030

Southwest Reinforcing, Inc.
2437 Losee Road
North Las Vegas, NV 89030

Southwest TX Veterinary Med.
P.O. Box 1531
Uvalde, TX 78801

Sparkletts
Acct No 0215
P.O. Box 660579
Dallas, TX 75266

Speedco Truck Lube
2920 Losee Truck
North Las Vegas, NV 89030

Spirit
P.O. Box 4181
Carol Stream, IL 60197

Spirit Underground
3525 West Hacienda Avenue
Las Vegas, NV 89118

Spray Systems
P.O. Box 7900
Wheaton, IL 60189

Sprint
P.O. Box 219100
Kansas City, MO 64121

Sprint Telephones
P.O. Box 219100
Kansas City, MO 64121

Stampco Concrete Inc.
Acct No 0621
699 Brandy Hill Place
Henderson, NV 89052

Standard Plumbing Supply Co.
P.O. Box 708490
Sandy, UT 84070

Stantec Consulting Inc.
13980 Collections Center Drive
Chicago, IL 60693

Star Equipment, Inc.
2100 107th Lane NE
Minneapolis, MN 55449

Star Nursery
125 Cassia Way
Henderson, NV 89014

Star Sign & Banner
1060 South Stewart Street
Carson City, NV 89712

State of Nevada
515 East Musser, Suite 102
Carson City, NV 89701

State of Nevada - Dept of Transportation
1263 South Stewart Street
Carson City, NV 89712

State of Texas
Acct No xxxx3202
Department of Transportation
125 East 11th Street
Austin, TX 78701

State of Texas
Acct No xxxx3003
Department of Transportation
125 East 11th Street
Austin, TX 78701

Steel Engineers, Inc.
Acct No 0218
5435 Valley View Blvd.
Las Vegas, NV 89118

Steve Collins
P.O. Box 2351
Overton, NV 89040

Stewart Archibald & Barney LLP
7881 West Charleston Blvd., #250
Kirtland AFB, NM 87117

Stirling Black
P.O. Box 2043
Mesquite, NV 89024

Storage West - Eastern
7485 South Eastern Avenue
Las Vegas, NV 89123

Stout Roofing, Inc.
625 Red Rock Road
Saint George, UT 84770

Stream Energy
P.O. Box 650026
Dallas, TX 75265

Striping Solutions
Acct No 0939
4181 West Oquendo
Las Vegas, NV 89118

Sultemeier Surveying & Engineer
805 North Llano
Fredericksburg, TX 78624

Sunbelt Rentals
Acct No 0456
1275 West Cheyenne Avenue
North Las Vegas, NV 89032

Sundance Survey
3395 West Cheyenne Avenue, Suite 106
North Las Vegas, NV 89032

Sunland Asphalt
3002 South Priest Drive
Tempe, AZ 85282

Sunrise Engineering
11 North 300 West
Washington, UT 84780

Sunrise Paving, Inc.
5562 Mountain Vista Street
Las Vegas, NV 89120

Sunstate Equipment Co.
Acct No 0220
P.O. Box 52581
Phoenix, AZ 85072

Sunworld Landscape, LLC
451 East Sunset
Henderson, NV 89011

Superior Pipe
4627 Cameron Street
Las Vegas, NV 89103

Superior Tire
P.O. Box 308
Warren, PA 16365

Superior Traffic Services Corp.
Acct No 0221
4337 West Sunset Road
Las Vegas, NV 89118

Supply Hero, LLC
8853 Lenexa Drive
Overland Park, KS 66214

Surety 2000
P.O. Box 140528
Kansas City, MO 64114

Surveying & Mapping
Acct No 0895
4801 Southwest Pkwy, Two Suite 100
Austin, TX 78735

Sweep Across Texas
1512 Dungan Lane
Austin, TX 78754

Sybertech Waste Reduction
13698 Coldicutt Avenue
White Rock, B.C. Canada V4B-3A9

Symons by Dayton Superior
Acct No 0984
2400 Arthur Avenue
Elk Grove Village, IL 60009

Sysco San Antonio
P.O. Box 18364
San Antonio, TX 78218

Tandem Petroleum Marketeers
P.O. Box 589
Uvalde, TX 78802

Taradigm, Inc.
P.O. Box 2762
Fair Oaks, CA 95628

Taylor Concrete Pumping Corp.
P.O. Box 3483
Palos Verdes Peninsula, CA 90274

Tellepipe
3903 West Martin Avenue
Las Vegas, NV 89118

Ten Mechanical
209 Avenida Del Mar #206
San Clemente, CA 92672

Terracon Consultants Inc.
1360 Greg Street, Suite 111-112
Sparks, NV 89431

Texas Community Bank
P.O. Box 450269
Laredo, TX 78045

Texas Crane Services
203 South West W White Road
San Antonio, TX 78219

Texas Farm Store
236 East Nopal
Uvalde, TX 78801

Texas Office Machines
Acct No 1026
13805 Ann Place
Austin, TX 78728

Texas State Comptroller
Comptroller of Public Accounts
P.O. Box 148356
Austin, TX 78714

Texas Trophy Hunters
326 Sterling Browining, #101
San Antonio, TX 78232

Texas Workforce Commission
P.O. Box 149037
Austin, TX 78714

TexCon Oil Company
Acct No 0866
Hay City Corporation
P.O. Box 18463
Austin, TX 78760

Texmo Oil Company Jobbers
2950 East Andy Devine Avenue
Kingman, AZ 86401

Thatcher Company
2915 Losee Road, #106
Las Vegas, NV 89101

The City of Austin
Construction Water
P.O. Box 1088
Austin, TX 78767

The Reinforced Earth Company
1331 Airport Freeway, #302
Euless, TX 76040

The Smith Company
2110 March Road
Roseville, CA 95747

The Smith Overhead Door Co.
Acct No 0631
7065 West Ann Road, #130-155
Las Vegas, NV 89130

The Vistas
4150 Arkwright Road
Macon, GA 31210

Thomas T. Pennington
8405 Greensboro Drive, Suite 100
Mc Lean, VA 22102

Thornton Concrete Pumping, Inc.
5145 South Roagers Street, A-2
Las Vegas, NV 89118

Tiberti Fence Company
Acct No 0311
4975 Roger Street
Las Vegas, NV 89118

TNT Masonry
3675 East Post Road, Suite B
Las Vegas, NV 89123

Tommy's Heavy Haul
P.O. Box 3355159
North Las Vegas, NV 89033

Tonka Equipment Company
Acct No 0574
P.O. Box 41126
Minneapolis, MN 55441

Tot Turf by Robertson Inc.
P.O. Box 4425
Scottsdale, AZ 85260

Towbin Dodge
275 Auto Mall Drive
Henderson, NV 89014

Townsend Trucking
273 Tocky Top Lane
Medina, TX 78055

Traffic Control Service Inc.
P.O. Box 4180
Fullerton, CA 92834

Traffic Guard Direct
P.O. Box 201
Geneva, IL 60134

Trailer Decking
1022 Marshall Street, Unit 480
Portland, OR 97209

Trapper & Predator Caller
P.O. Box 420235
Palm Coast, FL 32142

Travis County Constable
10409 Bunet Road, Suite 150
Austin, TX 78758

Travis County Sheriff's Office
P.O. Box 1748
314 West 11th
Austin, TX 78767

Trench Plate Rental Corp.
Acct No 0225
13217 Laureldale Avenue
Downey, CA 90242

Trench Shoring Company
Acct No 1034
636 East Rosecrans Avenue
Los Angeles, CA 90059

Tri-City Drywall, Inc.
Acct No 0616
200 Commerce Park Court
North Las Vegas, NV 89032

Tri-R Construction
Acct No 0929
P.O. Box 29021
Laughlin, NV 89028

TriCon PreCast Limited
15055 Henry Road
Houston, TX 77060

Trigen Construction
421 West Bonanza Road
Las Vegas, NV 89106

Triton Grading & Paving LLC
4107 West Cheyenne Avenue
North Las Vegas, NV 89032

Truckee Meadows Water
Justine Chambers Authority
1355 Capital Blvd.
Reno, NV 89502

True Value Hardware
706 Canyon Road
Boulder City, NV 89005

TW Consulting, Inc.
Acct No 0228
P.O. Box 633
Moapa, NV 89025

TXI Corporate Office
1341 Douglas Street, Stop 1690
Omaha, NE 68179

U-Haul Trailer
1900 South Decatur Blvd.
Las Vegas, NV 89140

Union Pacific Railroad Comp
1400 Douglas Street, Stop 1690
Omaha, NE 68179

United Blower Inc.
1198 Airport Drive
Ball Ground, GA 30107

United Home Life Insurance Co.
P.O. Box 1270
Indianapolis, IN 46206

United Rentals
Acct No 0230
File 51122
450 Glass Lane Suite C
Los Angeles, CA 90074

United States Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Universal Business Insurance
P.O. Box 709210
9980 S. 300 W., Suite 320
Sandy, UT 84070

US Postal Service
1001 East Sunset Road
Las Vegas, NV 89199

USA Blue Book
P.O. Box 9004
Gurnee, IL 60031

USA Marsh
NW 8622, P.O. Box 1450
Minneapolis, MN 55485

USA Shade Inc.
P.O. Box 678420
Dallas, TX 75267

Utah Division of Occupational
and Professional Licensing
P.O. Box 45805
Salt Lake City, UT 84145

Uvalco Supply, LLC
2521 East Main Street
P.O. Box 990
Uvalde, TX 78802

Uvalde County Appraisal Distr.
209 North High Street
Uvalde, TX 78801

Valentine Surfacing
14018 NorthWest Third Court
WA 98658

ValleyCrest Landscape Dev. Inc.
4021 West Carey Avenue
North Las Vegas, NV 89032

VCE, Inc.
P.O. Box 25285
Nashville, TN 37202

Verizon Wireless
P.O. Box 9622
Mission Hills, CA 91345

Verlie Doing
P.O. Box 187
Searchlight, NV 89046

Vibration Control Engineering
2604 Foster Avenue
Nashville, TN 37210

Victaulic Company of America
P.O Box 31
Easton, PA 18044

Villas @ Moon Valley HOA
20783 North 83rd Avenue, #103-456
Peoria, AZ 85382

Vinyl Disorder
P.O. Box 2697
Mission Viejo, CA 92690

Vista Apartments
Acct No 0760
330 Needles Highway
Laughlin, NV 89029

Vista Executive Suites, LLC
P.O. Box 370040
Las Vegas, NV 89137

VTN
2727 South Rainbow Blvd.
Las Vegas, NV 89146

Walter Soboelski
P.O. Box 630
Logandale, NV 89021

Waste Management of Texas
Acct No 0871
P.O. Box 660345
Dallas, TX 75266

Water Movers Inc.
311 West Utah Avenue
Las Vegas, NV 89102

Water Services Department
City of Phoenix
P.O. Box 29663
Phoenix, AZ 85038

Watson Bowman Acme, Corp.
22062 Network Place
Chicago, IL 60673

Wegner Media Productions, LLC
88 Coronado Road, Suite 8
Kerrville, TX 78028

Weir Floway, Inc.
2494 South Railroad Avenue
P.O. Box 164
Fresno, CA 93707

Wells Cargo, Inc.
9127 West Russell Road, Suite 210
Las Vegas, NV 89148

Wells Fargo Bank (Line of Credit)
Acct No xx4654
P.O. Box 30427
Los Angeles, CA 90030

Wells Fargo Card Services, Inc.
P.O.Box 54349
Los Angeles, CA 90054

Wells Fargo Equipment Finance
P.O. Box 1450
Minneapolis, MN 55484

Wells Rural Electric Company
P.O. Box 365
North Las Vegas, NV 89085

Werdco BC, Inc.
Acct No 0430
4660 Flippin Street
Las Vegas, NV 89115

Western Nevada Supply
950 South Rock Blvd.
Sparks, NV 89431

Western Sign and Flag
4181 West Oquendo Road
Las Vegas, NV 89118

Western States Contracting
Acct No 0598
4129 West Cheyenne Avenue, Suite B
North Las Vegas, NV 89032

WF Eq Finance
4909 North 44th Street
Phoenix, AZ 85018

Wheeler Electric Inc.
Acct No 0249
P.O. Box 398
Overton, NV 89040

Wheeler Machinery
1500 Avenue D
Ely, NV 89301

White Pine County Treasurer
801 Clark Street, Suite 2
Ely, NV 89301

White Valley Construction, Inc.
Acct No 0248
671 Professional Avenue #5
Henderson, NV 89015

Wilbur Jones, III
2527 Cactus Hill Drive
Las Vegas, NV 89156

Wild Blue
5970 Greenwood Plaza, Suite 300
Englewood, CO 80111

Will Call Logistics, LLC
P.O. Box 94773
Las Vegas, NV 89193

Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL 60693

Winter Garden Irrigation, LLC
3715 Highway 90 East
Uvalde, TX 78801

WP & F Specialty Group, LLC
5530 Reference Street, #B
Las Vegas, NV 89122

Xecunet, LLC
5744-R Industry Lane
Frederick, MD 21704

Yentes Welding
Acct No 1024
52945 47th Street West
Lancaster, CA 93536

Yesenia Sandoval
P.O. Box 54
Moapa, NV 89025

Young Equine Services Inc.
P.O. Box 64096
Lubbock, TX 79424

Zavala County Appraisals Dist.
323 West Zavala Street
Crystal City, TX 78839

Zee Medical
1618 West Oakey
Las Vegas, NV 89102

ZRC Worldwide
145 Enterprises Drive
Marshfield, MA 02050

# United States Bankruptcy Court
## District of Nevada

In re  **Wiser Construction, LLC.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Wiser Construction, LLC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 19, 2011

Date

/s/ Charles T. Wright NV

**Charles T. Wright NV No.10285**

Signature of Attorney or Litigant

Counsel for  **Wiser Construction, LLC.**

**Piet & Wright**
**3130 S. Rainbow Blvd., Suite 304**
**Las Vegas, NV 89146**
**(702) 566-1212 Fax:(702) 566-4833**
**todd@pietwright.com, tiffany@pietwright.com, veronica@pietwright.com**